FILED BY FAX

CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff iCall, Inc.

FILED E-filing

2012 MAY 11 P 3: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ICALL, INC.,

    Plaintiff,

vs.

TRIBAIR, INC., ERIC REIHER,
and Does 1 – 5,

    Defendants.

Case No. CV 12 2406

COMPLAINT FOR INJUNCTIVE RELIEF
AND DAMAGES FOR TRADEMARK
INFRINGEMENT, TRADEMARK
DILUTION, AND UNFAIR COMPETITION

1. Lanham Act § 32 (15 U.S.C. hereinafter
referred to as U.S.C. § 1114)
2. Lanham Act § 43 (15 U.S.C. § 1125(a))
3. Lanham Act § 43 (15 U.S.C. § 1126(c))
4. Cal. Bus. & Prof. Code § 17200, *et seq.*
5. Declaratory relief

JURY DEMAND

For its complaint against defendants Tribair, Inc. ("Tribair") and Eric Reiher ("Reiher"),

jointly referred to sometimes herein as "Defendants," plaintiff iCall, Inc. ("Plaintiff"), alleges:

## JURISDICTION

1. This is an action for infringement of a federally registered trademark pursuant to

15 USC §1114, 15 USC §1125(a), 15 USC §1125(c), 15 USC §1125(d) and unfair competition

under California Business & Professions Code § 17200, *et. seq.*, and violations of the California

trademark law, California Business & Professions Code §§ 14245, 14320, and 14330.

2. This Court has jurisdiction over this action pursuant to: 28 USC §§ 1331 and 1338(a) and

(b), and 15 USC §1121, as an action for violations of the Lanham Act, 15 USC §§ 1051, *et seq.*,

28 USC § 1332(a)(1), and has pendent, supplemental and ancillary jurisdiction pursuant to 28

U.S.C. § 1367 of state law claims arising from a common nucleus of operative fact under the

California State Unfair Competition, Trademark Infringement, Trademark Dilution, and Trade

Name Infringement Laws contained herein under the provisions of 28 USC §1338(b) in that said

claims are joined with a substantial and related claim under the trademark laws of the United

States, 15 USC §§ 1051, *et seq*. Further, this Court has jurisdiction under the United States

Declaratory Judgment Act, 28 USC §§2201 and 2202.

3.     Venue is proper under 28 USC § 1391(d), because Defendants are aliens, to wit, Tribair is a

corporation incorporated in Canada, and Reiher is a natural person and a resident of Canada;

venue is further proper under 28 USC § 1391(b)(2) because the Defendants have caused injury to

Plaintiff and loss of customers in this District by generating consumer confusion and the

likelihood of confusion regarding Plaintiff's "iCall" Federally-registered trademark by marketing

goods and services in the App Store operated by Apple, Inc. within the Northern District of

California at 1 Infinite Loop, Cupertino, California 95014.

## INTRADISTRICT ASSIGNMENT

4.     Pursuant to L.R. 3-2(c), intradistrict assignment of this Intellectual Property Action is made

on a District-wide basis.

## PARTIES

5.     Plaintiff is a corporation incorporated in the State of Delaware, registered to do business in

the State of California pursuant to Cal. Corp. Code § 2105 as Entity No. C3281083 in the State

of California, doing business in the State of California. Plaintiff is additionally the assignee of

the trade name rights of its predecessor in interest, the first corporation to register as a California

corporation under the iCall, Inc. trade name.

6.    Defendant Tribair is a Canadian company officed at 1343 Rue des Pluviers, Longueil, Quebec, Canada J4G 2N4.

7.    Defendant Reiher is the Chief Executive Officer of Tribair, a natural person officed at 1343 Rue des Pluviers, Longueil, Quebec, Canada J4G 2N4.

8.    This Court has personal jurisdiction over Defendants, because Defendants have caused a likelihood of confusion with Plaintiff's registered trademark, have tarnished and diluted Plaintiff's famous mark, and have caused Plaintiff to lose a substantial number of customers in the State of California and in this judicial District. Defendants have used the means and instrumentalities of interstate commerce, including but not limited to the Internet, interstate telephone communications, the mails, and other interstate communications within this judicial District, and therefore they, and each of them, have purposely availed themselves of the laws of the State of California operative within this judicial District.

9.    The full extent of the facts linking the fictitiously named defendants Does 1 through 5 with the matters alleged herein, and/or the true names or capacities, whether individual, corporate, partnership, associate, member or otherwise of said fictitiously named defendants, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as Doe 1 through 5 negligently, wantonly, recklessly, tortiously and unlawfully committed the acts that proximately caused injury and damages to Plaintiff as alleged herein. Plaintiff will hereafter seek leave of court to amend this complaint to allege said defendants' true names and capacities when the same have been ascertained.

10.   Plaintiff alleges, on information and belief, that each defendant named herein including those named as Does, is and at all relevant times mentioned was, the agent, servant,

1    co-conspirator, advertiser, and/or employee of each of the other Defendants and, in doing the

2    things alleged herein, was acting in the course and scope and with the knowledge of each of the

3
4    other named Defendants. Plaintiff further alleges on information and belief that each Defendant

5    named herein aided and abetted the others by authorizing and/or ratifying the acts herein alleged.

6                    **PLAINTIFF'S FEDERAL AND CALIFORNIA RIGHTS**

7    11.  Complainant has the following exclusive rights respecting the iCall mark and name:

8
9                a.      To offer goods and services in interstate and international

10                commerce using the iCall® mark in International Class 38 for

11                telephone communication services, including aural and optical

12                information transmission.  (Exhibit 1, USPTO Registration No.

13                2,194,066, issued 10/6/1998, first use in commerce 4/1/1996.) [1]

14                b.      To use ICALL.COM, and all second-level confusingly-

15                similar domain names, on the Internet based on first registration of

16                the ICALL.COM domain and use in commerce of the iCall® mark.

17                (Exhibit 2, page 1.) [2]

18                c.      To offer "Telecommunications Services, Carrier Services,

19                and Mobile Platforms" in the State of California using iCall

20                Registered Service Mark 66916.  (Exhibit 3.) [3]

21                d.      To use iCall as a California trade name.  (Exhibit 4.) [4]

22                    **iCall's Sixteen Years of Use In Interstate Commerce**

23   12.  With first use in commerce commencing March 1, 1996, iCall and its predecessors in

24   interest have used the iCall® mark in commerce for over sixteen (16) years to identify its

25   services and distinguish them from those made and sold by others, prominently displaying the

26   ─────────────────────────
27   [1] The Lanham Trademark Act, 15 U.S.C. § 1114.
     [2] The Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).
28   [3] Cal. Business & Profession Code §14247.
     [4] Cal. Business & Professions Code § 14415.

iCall® mark and iCall, Inc. trade name on the products themselves, by hosting advertisements, displays, and other materials associated therewith at the iCall.Com website, and in the Apple App Store. The App Store page devoted to the iCall VoIP App is attached as Exhibit 5. Plaintiff has invested approximately $4,000,000 in the development and marketing of the iCall® software.

13. Plaintiff's primary product and service is the provision of free and low-cost long-distance telephone communication using a Voice-over Internet protocol ("VoIP") calling platform that operates on desktop computers and mobile devices like the Apple iPhone and the iPod Touch. iCall® VoIP includes proprietary functions driven by unique patented software.

### Plaintiff's Mark Is Famous Within The Internet VoIP Market

14. iCall® VoIP has become popular because of its efficacy and user-friendliness. To use VoIP, a consumer must have either a computer with an Internet connection, or a handheld device that has Internet access through a wireless network; therefore, virtually the entire market for VoIP is contained within the Internet, and is exclusively comprised of Internet users. iCall® VoIP provides very substantial cost-savings to Internet users, who can make voice calls around the world using their unlimited Internet access accounts, for which they usually pay a fixed monthly fee, instead of incurring costly per-minute charges and over-plan-limit fees using their wireless accounts. iCall® VoIP thus provides measureable cost-savings to both businesses and individuals, increasing consumer access to voice communications at decreased expense, and fulfilling the promise of the Internet to facilitate worldwide connectivity. Plaintiff has been a leader in VoIP for both individuals and companies, and offers wholesale VoIP solutions for business through iCall® Carrier Services.

15.  iCall® VoIP service is particularly valuable for persons and businesses making long

distance and international telephone calls over cellular "smartphones" that incur high toll-

charges through the established system of wireless telephone service providers, but can avoid

these unnecessary costs by using their Internet access to take advantage of iCall® VoIP.

16.  Plaintiff has used the iCall.Com domain and the iCall® mark exclusively for development,

distribution and marketing of telephone and VoIP services, wherefore Plaintiff's iCall® mark has

acquired public acceptance and an associated secondary meaning in the mind of the consuming

public that connects the iCall® mark with Plaintiff's VoIP service, thereby creating goodwill that

inures to Plaintiff's benefit.

17.  The iCall® VoIP software has been downloaded over fifteen-million (15,000,000) times,

and the iCall® VoIP private network has grown to where it now carries over 1 billion minutes of

voice traffic per month to destinations around the globe.  The www.iCall.Com website enjoys

consistently high traffic rankings on third-party Internet traffic monitors such as Alexa.com, and

the largest volume of Internet visitors arrive at the www.iCall.Com website either by typing in

the iCall.Com domain name directly into their Internet browser address bar, or by typing the

"icall" phrase into a search engine like Google, Yahoo, or Bing.  Such consumer identification of

the iCall® mark indicates that the iCall® mark, the iCall.Com domain, and the iCall, Inc. trade

name have attained a strong secondary meaning in the mind of the VoIP-consuming public.

### Plaintiff's iCall® Mark Is Famous in The Mobile App Market for VoIP

18.  Plaintiff provides a specialized iCall® App for iPhone and iPod users.  Apple, Inc., the sole

source of the iPhone, requires all iPhone App providers to utilize specific developer tools and to

submit their Apps for approval before they can be offered for sale through the iPhone App Store.

In March 2009, Apple, Inc. approved the iCall® iPhone App for distribution through the iPhone

App Store. Because iPhone Apps can also be "played" on the iPod Touch music player, and the iPod Touch has wireless capabilities, the iCall® software allows iPod Touch owners to make long-distance and international calls whenever they are in a standard Internet wireless access zone, such as those commonly found in coffee-houses ("wireless hot spots") thus turning a simple media device into a vehicle for unlimited international phone-calling. iCall® software is completely unique in providing VoIP to users of the iPod Touch. Consumers may download the iCall® App for free, and upgrade to a higher level of service for $9.95 per month.

19. Third-party media outlets have lauded the iCall® App, including the influential ModMyi.com blog, that described the iCall® iPhone App as "the next step in VoIP technology as a whole."[5] Plaintiff continued to blaze a trail that brought it national press when it became the first iPhone VoIP App to offer free VoIP calls on the AT&T mobile network, which garnered Plaintiff's iCall® iPhone App the designation of "App of the Week" on February 2, 2010, in the "Gadgetwise" column in the Personal Tech section of the New York Times Business page.[6] One week later, on February 10, 2010, the New York Times published a second article that highlighted Plaintiff's iCall® iPhone App, entitled "Better Calling For Less, By Skipping the Cell Network."[7]

20. Plaintiff's iCall® mark has attained fame as a uniquely-identifiable VoIP provider among personal and business consumers in the Internet App market for VoIP.

/ / /

/ / /

/ / /

---

[5] <http://modmyi.com/forums/iphone-news/316841-icall-first-voip-appstore-app.html>
[6] http://gadgetwise.blogs.nytimes.com/2010/02/02/we-have-all-long-known-how-t/
[7] http://www.nytimes.com/2010/02/11/technology/personaltech/11smart.html

**Defendant Tribair Is Using the WiCall Mark In the App Store And Elsewhere**

**In A Manner Likely to Cause, and Causing, Consumer Confusion, Mistake, and Deception**

21.   Defendants, without Plaintiff's consent, are using the nearly-identical "WiCall" mark to market a competing VoIP App in the Apple App Store, where it appears side-by-side with the iCall VoIP App when a search is made for the text-string "icall" in the App Store search box, as depicted in Exhibit 6.  Defendants have proliferated the infringing "WiCall" mark elsewhere on the Internet, as depicted in Exhibit 7, partial results for a Google search of "wicall app".

22.   Plaintiff discovered Defendant's infringement of the iCall® mark on or about March 16, 2012, and promptly made demand upon Defendant to cease the infringing use.

23.   Defendant's have refused to cease use of the infringing "WiCall" mark.

24.   Defendants offer competing VoIP services within the same market channel as Plaintiff. Defendant's intention in adopting the "WiCall" mark was to create an inherently confusing mark to usurp the goodwill and secondary association of the iCall® with Plaintiff's VoIP service, and in order to attract, confuse, mislead, and deceive the large number of Internet users searching for "icall" using Google, Yahoo!, Bing, or other search engines.

25.   Defendants have used the "WiCall" mark in the United States, on the Internet, and in other channels of communication that reach all fifty (50) states within the United States.

26.   Defendants' usurpation of plaintiff's iCall® mark by incorporating it bodily into the "WiCall" mark is entirely without permission or authority of Plaintiff.

27.   Defendants' "WiCall" mark is confusingly similar to plaintiff's federally registered iCall® mark in sight, sound, and meaning.

28. Defendants have maximized the similarity in sight by copying the typeface and typography of "iCall," i.e., by using a sans-serif font with a lower-case "i" and capital "C," both when utilizing the iCall® mark singly and in the "WiCall" mark.

29. Defendants' usurpation of the iCall® mark to promote substantially similar VoIP services in Internet commerce leads to the likelihood of confusion.

30. Defendants' use of "WiCall" as a mark wholly incorporating the iCall® mark is likely to cause and has caused confusion with plaintiff's federally registered and incontestable iCall® mark and trade name because the two marks are (1) similar in sight, sound and meaning, (2) used to promote substantially similar goods and services, (3) are advertised and promoted to the same classes of consumers on the Internet, and (4) are advertised and promoted in the same channels of trade. Such similarities are likely to cause and have caused confusion as to origin, sponsorships, source, or affiliation.

31. Defendants' use of the iCall® mark singly and within the "WiCall" mark has diluted and tarnished the unique character of the iCall® mark in the market for VoIP products and services.

32. On March 20, 2012, after receiving actual notice from Plaintiff that the "WiCall" mark is infringing, Defendants submitted fraudulent trademark application Serial Number 85574570 to the United States Patent and Trademark Office in International Class 038, falsely averring therein that "to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive…" A true copy of the said fraudulent application is attached hereto as Exhibit 8.

/ / /

**FIRST CLAIM FOR RELIEF**
**Infringement of a Registered Trademark in Violation of**
**Section 32 of the Lanham Act, 15 USC § 1114**
**Against All Defendants**

33. Plaintiff re-alleges and incorporates by reference each and every allegation set forth herein as if set forth in full hereat.

34. As alleged above, Plaintiff owns a federal trademark registration for and is the senior user of the incontestable iCall® mark. Plaintiff has successfully protected its exclusive use of the mark against all other businesses in the telephone and telecommunications business that have attempted to utilize the mark. Plaintiff is the sole lawful user of the mark in the telecommunications field including all forms of telephonic audio and video transmission.

35. Defendants commenced use of the iCall® mark singly and by incorporating it into the inherently confusing "WiCall" mark in 2012, long after Plaintiff's first date of use in commerce in 1996.

36. Plaintiff has not consented to Defendants' use of the iCall® mark expressly or by implication.

37. Defendants have constructive notice of the plaintiff's rights in its federally registered and incontestable iCall® mark.

38. Defendants have been on actual notice of Plaintiff's rights as alleged herein since no later than March 16, 2012.

39. Defendants' usurpation of Plaintiff's iCall® mark by incorporating it into the inherently confusing "WiCall" mark in connection with the advertising, distributing, offering for sale and selling of VoIP and long distance calling services in interstate commerce similar or related to those offered by Plaintiff constitutes use in commerce of the iCall® mark in a manner likely to

cause, and causing, actual confusion, mistake and deception among consumers. Such use therefore infringes upon Plaintiff's rights in its registered, incontestable iCall® mark.

40. Plaintiff has been damaged by Defendants' trademark infringement by reason of the likelihood that customers and potential customers have been confused as to the source or affiliation, sponsorship or approval of Defendants's goods and the relationship of such goods to Plaintiff. Such confusion takes different forms with different consumers, and however such confusion takes effect, it leads to mistaken associations between Plaintiff's products and services and those provided by Defendants, which causes damage and irreparable harm to Plaintiff.

41. Defendants have profited from the actions of trademark infringement alleged herein.

42. By reason of defendants' actions alleged herein plaintiff is likely to suffer irreparable injury to its business, goodwill and property. Plaintiff is entitled, pursuant to 15 USC § 1117, to recover from Defendants the damages they have sustained and will sustain as a result of Defendants' wrongful conduct as alleged herein. Plaintiff is further entitled to recover from Defendants' gains, profits and advantages that Defendants have obtained as a result of the wrongful conduct alleged herein. Plaintiff, at present is unable to ascertain the full extent of its damages, or the gains, profits and advantages that Defendants have obtained by reason of their wrongful conduct, the full amount thereof to be proven at trial.

43. Defendants' acts of infringement have been willful and taken without regard to the established rights of Plaintiff.

44. Plaintiff is entitled pursuant to USC § 1116, to an injunction restraining defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further acts of infringement in violation of the Lanham Act.

45. Plaintiff has no adequate remedy at law. Unless defendants are enjoined from committing these unlawful acts as set forth above, plaintiff will continue to suffer irreparable harm.

46. This is an exceptional case; wherefore Plaintiff is entitled to an award of its reasonable attorney's fees incurred in the prosecution of this action, pursuant to 15 U.S.C. § 1117.

**SECOND CLAIM FOR RELIEF**
**Use Of A False Designation In Violation Of Section 43(a)**
**of the Lanham Act, 15 U.S.C. § 1125(a)**
**Against All Defendants**

47. Plaintiff re-alleges and incorporates by reference each and every allegations set forth herein as if set forth in full hereat.

48. The iCall® mark is a distinctive mark, uniquely associated with Plaintiff, that identifies Plaintiff as the sole, true and legitimate source of iCall® VoIP products and services.

49. Defendants have caused their VoIP and long-distance products and services similar to, and in the perception of Internet consumers virtually indistinguishable from those of Plaintiff, to enter into interstate commerce in connection with the iCall® mark and the "WiCall" designation. Defendants' unconsented and unlawful use of the iCall® mark and the "WiCall" mark to market their VoIP and long-distance products and services are false designations of origin, that have actually caused confusion and mistake among consumers, have deceived consumers as to the affiliation, connection, or association of Defendants with Plaintiff, or alternatively and conjunctively, have confused, caused mistake among, and deceived consumers as to the affiliation, connection or association of Plaintiff with Defendants. Such false designations have also caused confusion as to the origin, sponsorship, or approval of goods and/or services of Plaintiff, and are likely to cause such confusion, mistake and/or deception among consumers in the future.

50. By reason of Defendants' actions alleged herein, Plaintiff is likely to suffer and has suffered irreparable injury to its business, good will and property.

51.  Defendants have profited from their actions of trademark infringement alleged herein.

52.  By reason of Defendants' actions alleged herein, Plaintiff is likely to suffer irreparable injury to its business, good will and property.  Plaintiff is entitled, pursuant 15 U.S.C. § 1117, to recover from Defendants the damages they have sustained and will sustain as a result of Defendants' wrongful conduct as alleged herein.  Plaintiff is further entitled to recover from Defendants the gains, profits and advantages that Defendants have obtained as a result of the wrongful conduct alleged herein.  Plaintiff is presently unable to ascertain the full extent of its damages, or the gains, profits and advantages that Defendants have obtained by reason of the wrongful conduct described herein.

53.  On information and belief, Defendants' acts of infringement have been willful and taken without regard to the established rights of the Plaintiff.

54.  Plaintiff is entitled pursuant to 15 U.S.C. § 1116, to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts of infringement in violation of the Lanham Act.

55.  Plaintiff has no adequate remedy at law.  Unless Defendants are enjoined from committing these unlawful acts as set forth above, Plaintiff will continue to suffer irreparable harm.

56.  This is an exceptional case; wherefore Plaintiff is entitled to an award of its reasonable attorney's fees incurred in the prosecution of this action, pursuant to 15 U.S.C. § 1117.

**THIRD CLAIM FOR RELIEF**
**Dilution Of A Famous Mark In Violation Of Section 43**
**of the Lanham Act, 15 U.S.C. § 1126(c)**
**Against All Defendants**

57.  Plaintiff realleges and incorporates herein all allegations set forth herein as if set forth fully hereat.

58.  Plaintiff's federally registered incontestable iCall® mark is distinctive and famous as one of the premier names in the VoIP App marketplace.

59. Defendants first commenced usurping the iCall® mark and using the "WiCall" mark and trade name in 2012, by which time Plaintiff had used its iCall® mark as a source identifier in the Apple App Store for three (3) years, and attained fame within the VoIP App market. Defendants have used the "WiCall" mark since Plaintiff's iCall® mark attained fame within the VoIP App market.

60. Defendants are usurping the iCall® mark and using the "WiCall" mark to market products and services that, to the Internet consumer, are virtually indistinguishable from those offered by Plaintiff.

61. Defendants' usurpation of the iCall® mark results in their use of a mark nearly-identical in sight, sound, and meaning to Plaintiffs' iCall® mark, therefore blurring the distinctiveness and consumer recognition of Plaintiffs' mark as a unique identifier in commerce.

62. Defendants' use of the inherently confusing "WiCall" mark and trade name results in their use of a mark confusingly similar in sight, sound, and meaning to Plaintiffs' iCall® mark, therefore blurring the distinctiveness and consumer recognition of Plaintiffs' mark as a unique identifier in commerce.

63. Accordingly, by the acts alleged above, Defendants have diluted and tarnished the distinctive qualities of Plaintiffs' iCall® mark in violation of 15 U.S.C. § 1125(c).

64. Upon information and belief, Defendants have profited from their actions of trademark infringement alleged herein.

65. By reason of Defendants' actions alleged herein, Plaintiff is likely to suffer irreparable injury to its business, good will and property. Plaintiff is entitled, pursuant to 15 U.S.C. § 1117, to recover from Defendants the damages it has sustained and will sustain as a result of Defendants' wrongful conduct as alleged herein. Plaintiff is further entitled to recover from

Defendants the gains, profits and advantages that Defendants have obtained as a result of the wrongful conduct alleged herein. Plaintiff is presently unable to ascertain the full extent of its damages, or the gains, profits and advantages that Defendants have obtained by reason of the wrongful conduct described herein.

66. Defendants' acts of infringement have been willful and taken without regard to the established rights of Plaintiff.

67. Plaintiff is entitled pursuant to 15 U.S.C. § 1116, to an injunction restraining Defendants, their officers, agents and employees and all persons acting in concert with them, from engaging in any further such acts of infringement in violation of the Lanham Act.

68. Plaintiff has no adequate remedy of law. Unless Defendants are enjoined from committing those unlawful acts as set forth above, Plaintiff will continue to suffer irreparable harm.

69. This is an exceptional case; wherefore Plaintiff is entitled to an award of its reasonable attorney's fees incurred in the prosecution of this action, pursuant to 15 U.S.C. § 1117.

**FOURTH CLAIM FOR RELIEF**
**Unfair Competition In Violation of**
**Cal. Bus. & Prof. Code § 17200, Et. Seq.**
**Against All Defendants**

70. Plaintiff realleges and incorporates by reference herein each and every allegation set forth herein as if set forth fully hereat

71. Defendants are all "persons" within the meaning of California's Business and Professions Code § 17201.

72. As a result of the continued advertising, promotion, offering for sale, and sales of VoIP and telephone services by plaintiff for over sixteen (16) years under the iCall® mark, said mark has developed a secondary meaning among purchasers in Plaintiff's and Defendants's trade area, and is a distinctive trademark.

73. iCall® has come to indicate to such purchasers that Plaintiff's VoIP and related products originate only with Plaintiff.

74. Defendants' use of the iCall® mark by bodily incorporating it in the "WiCall" mark is likely to cause, and on information and belief, has actually caused consumer confusion, mistake and deception regarding the source of the goods and services offered and sold by Defendants in interstate commerce.

75. Defendants' usurpation and use of the iCall® mark by bodily incorporating it in the "WiCall" mark to offer and sell VoIP, long-distance, and related products and services, just as Plaintiff has done for sixteen years prior, constitutes unfair competition and unfair business practices through the infringement of Plaintiffs' preexisting rights in the iCall® mark.

76. Defendants have infringed Plaintiffs' iCall® mark as alleged herein with the intent to deceive the public into believing that goods and services advertised by Defendants are made by, approved by, sponsored by, or affiliated with Plaintiff, and/or to oppress Plaintiff; alternatively and conjunctively, Defendants have engaged in such conduct with the intent to deceive the public into believing that goods and services advertised by Plaintiffs are made by, approved by, sponsored by, or affiliated with Defendant, and/or to oppress Plaintiff.

77. Plaintiff has been and continues to be damaged by Defendants' acts of unfair competition and unfair business practices.

78. Accordingly Defendants' conduct constitutes unfair competition and an unfair business practice under California Business and Professions Code § 17200 et seq. as an infringement of Plaintiffs' rights. Plaintiff is entitled to injunctive relief ordering Defendants to cease such unlawful business practices and unfair competition pursuant to California Business and Profession Code § 17203.

79.   Pursuant to California Business and Professions Code § 17200 et seq., Plaintiff is entitled to an award restoring to Plaintiff any monies or profits that Defendants have wrongfully acquired or caused to be lost as a result of their violations, as will be established by proof at trial.

80.   Defendants have acted intentionally and despicably with oppression, fraud and malice toward Plaintiff, with the intention of annoying and injuring Plaintiff and damaging Plaintiff's lawful business.  Plaintiff, therefore is entitled to an award of punitive damages for the sake of example and by way of punishing Defendants pursuant to California Civil Code § 3294.

### FIFTH CLAIM FOR RELIEF
**Declaratory Relief Pursuant To**
**28 U.S.C. §§ 2201 and 2002**
**Against All Defendants**

81.   Plaintiff realleges and incorporates herein by reference each and every allegation set forth herein as if set forth fully hereat.

82.   An actual controversy now exists between Plaintiff and Defendants concerning:

> (a) Plaintiff's rights to exclusive use of the iCall® trademark, the
> California Service Mark, and the iCall, Inc. trade name, and
> to bar the Defendants' from using any marks, designations
> of origin, trade names, that are confusingly similar to, or
> colorable imitations of, the said trademark, service mark,
> and trade name;

> (b) The invalidity of Defendant's fraudulent trademark application
> Serial Number 85574570 now pending with the United
> States Patent and Trademark Office;

(d) Plaintiff's rights to obtain an accounting and disgorgement of

all monies, accounts receivable, and purchase orders related

to the sale of goods and services using the "WiCall" mark;

(e) The liability of Defendants for trademark infringement, false

designation of origin, trademark dilution, and unfair

competition under the Lanham Act;

(f) The liability of Defendants for trademark infringement, false

designation of origin, trademark dilution, and unfair

competition, under California and/or common law;

(f) Whether Defendants are barred by equitable doctrines including

laches, unclean hands, waiver and estoppel, from asserting

any rights to exploit colorable imitations of Plaintiff's

mark.

83. Plaintiff is unable to use its trademarks effectively without actual and likely confusion in the marketplace until a judicial determination of the foregoing disputed issues is obtained.

84. Wherefore, pursuant to 28 U.S.C. §§ 2201 and 2202, Plaintiff seeks a declaration of the rights and duties of the parties.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests entry of judgment in its favor and against Defendants as follows:

A.    A permanent injunction prohibiting Defendants from:

1.    Using the iCall® mark alone or in combination with other words, symbols or designs including in any manner in connection with telephone service, long distance service, or VoIP products and services;

2.    Using the mark "WiCall" as the name of designation of origin of any product or service, alone or in combination with other words, symbols or designs in connection with telephone service, long distance service, or VoIP products and services;

3.    Using any representations of fact in connection with its products which are likely to cause confusion, or to cause a mistake or to deceive as to the affiliation, connection or association of Defendants and Plaintiff, or as to the origin, sponsorship or approval of Defendants' products by Plaintiff;

4.    Using any colorable imitation of California Registered Service Mark 66916 to label, identify, promote, advertise, sell, or offer any products or services within the State of California;

5.    Prosecuting Defendant's fraudulent trademark application Serial Number 85574570, now pending with the United States Patent and Trademark Office;

6.    Prosecuting any other trademark applications that may have the effect of clouding Plaintiff's exclusive rights to the use of the iCall® mark and California Registered Service Mark 66916;

B.    An award of actual damages suffered by Plaintiff in such amount as shall be established by proof;

C.    An accounting and disgorgement of Defendants' profits from the sale of goods and services made in any manner resulting from the Defendants' use of the "WiCall" mark, under 15 U.S.C. § 1117, in such amount as shall be established by proof;

1  D.   An accounting and disgorgement of any monies or profits that Defendants have

2  wrongfully acquired or caused to be lost as a result of their violations of the California Business

3  and Professions Code §§ 17200 et. seq., 14320, 14330, and 14415, in such amount as shall be

4

5  established by proof;

6  E.   A finding that the infringements by Defendants were willful, and/or that Plaintiff's

7  recovery is inadequate based on Defendants' profits; wherefore treble damages are warranted

8  pursuant to 15 U.S.C. § 1117(a);

9

10  F.   A finding that this is an exceptional case, and that an award to Plaintiff of its full costs

11  and reasonable attorney's fees is therefore warranted pursuant to 15 U.S.C § 1117;

12  G.   An order pursuant to 15 U.S.C. § 1116(a), requiring Defendants to file with the Court and

13  serve on Plaintiff within thirty (30) days after service of an injunction order as requested herein,

14  a report in writing under oath setting forth in detail the manner and form in which they have

15

16  complied with the Court's Order;

17  H.   Punitive damages pursuant to California Civil Code § 3294;

18  I.   Pre-judgment interest, costs, expenses and reasonable attorney's fees for this suit;

19  J.   Such other and further relief that this Court may deem just and proper.

20  Dated: May 10, 2012                    CHARLES CARREON, ESQ.

21                                                    Charles
                                                       Carreon
22                                                    2012.05.10
23                                                    20:23:52 -07'00'
       By:
24     CHARLES CARREON (127139)
       Attorney for Plaintiff ICall, Inc.
25

26

27

28

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a jury trial.

Dated: May 10, 2012                    CHARLES CARREON, ESQ.

Charles Carreon
2012.05.10
20:24:17 -07'00'

By: _____
CHARLES CARREON (127139)
Attorney for Plaintiff ICall, Inc.

---

COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES FOR TRADEMARK INFRINGEMENT, Page 21 of 21

EXHIBIT   4

# Exhibit 1

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,194,066

Registered Oct. 6, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

## ICALL

WYATT WILLIAMS AND JOEL LIBOVE PART-
NERSHIP, THE (PARTNERSHIP) , DBA
ICALL,
15005 BEACON RIDGE #200
SENECA, SC 29678

FOR: TELEPHONE COMMUNICATION
SERVICES, INCLUDING AURAL AND OPTI-
CAL INFORMATION TRANSMISSION, IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-1-1996; IN COMMERCE
11-19-1997.

SN 75-098,581, FILED 5-3-1996.

HENRY S. ZAK, EXAMINING ATTORNEY

Side - 1

## NOTICE OF ACKNOWLEDGEMENT
## OF §15 DECLARATION
**MAILING DATE: Jan 26, 2010**

The affidavit of incontestability filed in connection with the registration identified below meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. The affidavit is acknowledged.For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov/.

| | |
|---|---|
| **REG NUMBER:** | **2194066** |
| **MARK:** | **ICALL** |
| **OWNER:** | **GILBERT, ARLO C, MR.** |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Charles Carreon
Online Media Law, PLLC
2165 S. Avenida Planeta
Tucson, AZ   85710

EXHIBIT 2

# Exhibit 2

**Domain:** icall.com - Whois History

**Cache Date:** 2002-11-11

**Registrar:** G.K. GROUP, L.L.C.

**Server:** whois.gkg.net

**Created:**

**Updated:**

**Expires:**

**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated wil
43892@whois.gkg.net

Registrant:
    None
    Mackel John
    444 S. Figueroa St.
    Suite 1675
    Los Angeles, CA 90071
    US
    (310) 849-9356
    43892@whois.gkg.net

Administrative Contact:
    None
    Mackel John
    444 S. Figueroa St.
    Suite 1675
    Los Angeles, CA 90071
    US
    (310) 849-9356
    43892@whois.gkg.net

Technical Contact:
    None
    Mackel John
    444 S. Figueroa St.
    Suite 1675
    Los Angeles, CA 90071
    US
    (310) 849-9356
    43892@whois.gkg.net

Billing Contact
    None
    Mackel John
    444 S. Figueroa St.
    Suite 1675
    Los Angeles, CA 90071
    US
    (310) 849-9356
    43892@whois.gkg.net

    Registrar..: gkg.net (http://register.gkg.net/)
    Domain Name: ICALL.COM
       Created on..............: 25-NOV-1996
       Expires on..............: 15-JAN-2004
       Record last updated on..: 01-SEP-2002

    Domain servers in listed order:

    NS1.FORMNEX.NET                  208.179.252.224
    NS2.FORMNEX.NET                  208.179.252.241

**EXHIBIT   3**

# Exhibit 3

# State of California
## Secretary of State

## CERTIFICATE OF REGISTRATION OF SERVICE MARK

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

| | |
|---|---|
| Service Mark Reg. No.: | 66916 |
| Name of Registrant: | iCall, Inc. |
| Business Address: | 41 West Putnam Ave., Greenwich, CT 06930 |
| State of Incorporation/ Organization: | Delaware |
| Date First Used in California: | March 3, 1999 |
| Date First Used Anywhere: | April 1, 1996 |
| Description of Service Mark: | iCall |
| Description of Services with which the Service Mark is Used: | Telecommunications Services; Carrier Services; Mobile Platforms |
| Class Number(s): | 38 |
| Date of Registration: | November 9, 2010 |
| Term of Registration Extends to and Includes: | November 9, 2015 |

In accordance with the application filed in this office, the Service Mark described above has been duly registered. A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 30th day of November 2010



*Jeha Bowen*

**DEBRA BOWEN**
**Secretary of State**

NP-26 (REV 1/2007)

00066916

# iCall

# Exhibit 4



California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries | Other Services |

**Business Entities (BE)**

Online Services
- Business Search
  Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial
Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

## Business Entity Detail

Data is updated weekly and is current as of Friday, April 13, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | ICALL, INC |
| Entity Number: | C2156652 |
| Date Filed: | 03/10/1999 |
| Status: | MERGED OUT |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | ** 811 WILSHIRE BLVD STE 1650 |
| Entity City, State, Zip: | LOS ANGELES CA 90017 |
| Agent for Service of Process | ** RESIGNED ON 10/22/2001 |
| Agent Address: | * |
| Agent City, State, Zip: | * |

# Exhibit 5



| | Store | Mac | iPod | iPhone | iPad | iTunes | Support | |

## iTunes Preview

What's New    What is iTunes    What's on iTunes    iTunes Charts    How To

### iCall Free VoIP
#### By iCall, Inc.
Open iTunes to buy and download apps

View More By This Developer



View in iTunes

Free

Social

Requirements

#### Customer Ratings

#### Description

Selected as a New York Times app of the week. iCall is used by over 4,000,000 people worldwide. iCall is changing the way people around the world communicate

iCall Free VoIP Support ›                                           ...More

#### What's New in Version 2.0.0

More

### iPhone Screenshots





### Customer Reviews

Idk what everyones talking about ★ ★ ★ ★ ★

other calling app out there.

**Would be easier to review if it worked?!**
by

Awesome ★ ★ ★ ★ ★

# Exhibit 6



EXHIBIT 7

# Exhibit 7

+Charles   Search   Images   Maps   Play     YouTube   News   Gmail   Documents   Calendar   More ·

Google     wicall android                                     [search]     chascarre   0   +   [icon]

Search                                                                    [icons]   ⚙

Everything         **WiCall : VoIP call, wifi call - Android Apps on Google Play**
                   https://play.google.com/store/apps/details?id=com.wicall&hl=en
Images             Mar 29, 2012   Make cheap calls using your wifi / 3G. Cheaper than Skype out, better
                   than Viber "The cheapest VOIP service on the **Android** Market" Incredibly ...
Maps

Videos             **WiCall : VoIP call, wifi call - Android app on AppBrain**
                   www.appbrain.com › All apps › Communication
News               ★★★★  Rating: 4.2 · 1779 votes
                   **WiCall** : VoIP call, wifi call: **Android** app (★★★★, >250000 downloads) ⇒ "The
Shopping           cheapest VOIP service on the **Android** Market" Incredibly cheap...

Applications
                   **WiCall : VoIP call, wifi call for Android - Download.com**
More               download.cnet.com/**WiCall**-VoIP.../3000-10440_4-75614034.html
                   Nov 23, 2011 -- The cheapest VOIP service on the **Android** Market Incredibly cheap
Tucson, AZ         mobile calls, you won't believe our rates for your long distance or ...
Change location
                   **Wicall rates - Best Android Apps: WiCall, VoIP callswith | Best ...**
Show search tools  bestandroidappsfree.com/.../best-**android**-apps-**wicall**-voip-callswith/
                   Oct 1, 2011   Best **Android** Apps: **WiCall** for **Android**, VoIP calls, the use of VoIP has
                   never been so easy, as long distance cards and Skype already hate us.

                   **WiCall: Wifi Calling on Android - YouTube**
                   [thumbnail] www.youtube.com/watch?v=JhX2-njn_O4
                   Nov 10, 2011   48 sec.  Uploaded by zenilabs
                   Upgrade to the latest Flash Player for improved playback
                   ► 0:48  performance. Upgrade now or more info. 195 views ...

                   More videos for **wicall android** »

                   **Wifi Voiper WiCall for Android : Free trial credit - FREEvCALLS**
                   freevcalls.blogspot.com/.../wifi-voiper-**wicall**-for-**android**-free.html
                   Oct 24, 2011   Zenitalk.com has below applications available in **Android** market -. Wifi
                   Voiper for **Android**; **WiCall** for **Android**; Call Africa for **Android**, Call ...

                   **WiCall : VoIP call, wifi call - Free Download for Android**
                   sobetilapaloncete2.bazaarandroid.com/.../**wicall**:...
                   ★★★★★ Rating: 5 - 1 vote
                   **android**.permission.INTERNET Allows applications to open network sockets.
                   **android**.permission.RECORD_AUDIO Allows an application to record audio...

                   **Amazon.com: WiCall : VoIP call, wifi call: Appstore for Android**
                   www.amazon.com/**WiCall**-VoIP-call-wifi/dp/B006GIBPKE
                   References to alcohol, tobacco and drugs • Simulated gambling or references to
                   casinos and gambling culture • Partial or brief nudity in a non-sexual context ...

                   **WiCall : call over wifi 11 free download for 1.5 and up**
                   www.freenew.net/**android**/**wicall**-call-over-wifi-11/144710.htm
                   Sep 27, 2011   **WiCall** : call over wifi 11 free download, download **WiCall** : call over
                   wifi 11 **Android** app for free within one single click. We only collect free ...

                   **Wicall Android Android Apps & Games | DroidMill**
                   droidmill.com/tag:**wicall**+**android**
                   10+ items   Facebook for **Android**. Tagged **Android** App, Official eBay ...
                   Facebook for **Android**      100000000-500000000   3.6 (2792302)  Share and ...
                   **WiCall** : VoIP call, wifi call  100000-500000        4.2 (2027)    Make cheap...

                                                                    Ad · Why this ad?

                   Verizon Wireless
                   www.verizonwireless.com/
                   Find Exclusive Deals on the Latest **Droid** Devices at the Official Site!
                   192 people +1'd Verizon Wireless
                   + Show map of 7350 N La Cholla Blvd, Tucson and nearby locations

                        Goooooooooogle ›
                        1 2 3 4 5 6 7 8 9 10    **Next**

                   Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google



+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google    wicall app                                              🔍        Charles Carreon  0   + Share

Search

Everything

### WiCall : VoIP call, wifi call - Android Apps on Google Play
 https : play google com/store apps/details? . wicall
★★★★☆  758 votes - Free - Android
Mar 29, 2012 – Make cheap calls using your wifi / 3G  Cheaper than
Skype out, better than Viber "The cheapest VOIP service on the Android
Market" Incredibly ...

Images

Maps

Videos

### WiCall : VoIP call, wifi call - Android app on AppBrain
www appbrain com › All apps › Communication
★★★★☆  2 715 votes  Free - Android - Communication
WiCall · VoIP call, wifi call Android app (★★★★★½ >250000 downloads) ⇒ "The
cheapest VOIP service on the Android Market" Incredibly ...

News

Shopping

Applications

More

### WiCall - Cheap VoIP Phone Call for iPhone 3GS, iPhone 4, iPhone ...
itunes apple com/us/app wicall-cheap-voip-phone   id489885695?
★★★★☆  26 votes - Free
Apr 13 2012 – To download the free app WiCall - Cheap VoIP Phone Call by Tribair
... WiCall is simply the easiest and cleanest application to make cheap ...

Tucson, AZ
Change location

Show search tools

### free wicall app - free android and iphone app along with software ...
www freenew net-search ?k=free+wicall+app
15+ items – Download free wicall app free android and iphone apps along ...
WiCall : call over wifi 9                                Save on
Racing Penguin, Flying Free - by Top Free Games - Best Apps 2.0  Racing ...

### WiCall : VoIP call, wifi call - Android Apps and Tests - AndroidPIT
www androidpit com › All Android Apps › Communication
The cheapest VOIP service on the Android Market" Incredibly cheap mobile calls, you
won't believe our rates for your long distance or international calls ...

### WiCall - Cheap VoIP Phone Call - iOS app from Tribair Inc ...
www appolicious com   apps/1023281-wicall-cheap-voip-phone-cal
Apr 13 2012   Ratings and reviews for WiCall - Cheap VoIP Phone Call

### WiCall : VoIP call, wifi call - Download.com
download cnet com/WiCall-VoIP   /3000-10440_4-75614034 html
Free   Android   Communication
Nov 23 2011   Wicall is a prepaid mobile wireless telephone service with no plan, ...
Rate extract (other rates can be check in the RATE's tab in the app) in US ...

### App Shopper: WiCall - Cheap VoIP Phone Call (Productivity)
appshopper com/productivity wicall-cheap-voip-phone call
WiCall - Cheap VoIP Phone Call. iOS iPhone. WiCall is simply the easiest and
cleanest application to make cheap internet phone calls all over the world  WiCall ...

### WiCall - Cheap VoIP Phone Call - Details | App Annie
www appannie com wicall-cheap-voip-phone-call
Jan 3  2012 – WiCall is simply the easiest and cleanest application to make cheap
internet phone calls all over the world. WiCall has reached 1 million users ...

### WiCall - Cheap VoIP Phone Call Productivity iPhone App - Online ...
www topproductivityapps com/wicall-cheap-voip-phone-call-product
Jan 3  2012 – TopProductivityApps com gives WiCall - Cheap VoIP Phone Call
iPhone & WiCall - Cheap VoIP Phone Call iPod Touch Productivity App ...

Ad related to wicall app                                          Why this ad?

### Apps on Google Play
play google com/
Browse and install Android apps from your phone, tablet or the web
1 706 people - +'d this page
  Apps & Games - Music - Books - Movies

Searches related to wicall app
wicall app iphone
wicall app review

Goooooooogle ›
1 2 3 4 5 6 7 8 9 10    Next

Advanced search   Search Help   Give us feedback

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google   wicall app

Charles Carreon   0   + Share

Search

Everything
Images
Maps
Videos
News
Shopping
Applications
More

Tucson, AZ
Change location

Show search tools

Ad related to **wicall** app                                   Why this ad?

**App Store: Download Apps | apple.com**
www.apple com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything.
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**Wifi Voiper WiCall for Android : Free trial credit - FREEvCALLS**
freevcalls.blogspot com/ /wifi-voiper-wicall-for-android-free html
Oct 24 2011 – How to get Zenitalk **App** and free trial credit -  Goto Android Market:
Search for required **application** (Wifi Voiper, **WiCall**). Call Africa  Call Arabia, ...

**WiCall - Cheap VoIP Phone Call - Iphone Ipad ... - Phone Apps**
www phone**apps** com/ios/us/  **wi**call---cheap-voip-phone-call html
Jan 3  2012 –  **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world. **WiCall** has reached 1 million users ...

**WiCall - Cheap VoIP Phone Call for iPhone - App Info & Stats ...**
www iosnoops com/app**info**/**wicall**-cheap-voip-phone  /489885695
Jan 3  2012 – **WiCall** - Cheap VoIP Phone Call by Tribair  **WiCall** is simply the easiest
and cleanest **application** to make cheap internet phone calls all over ...

**WiCall - Cheap VoIP Phone Call - 10 Killer Apps, Productivity**
10killer**apps** com/us/app/id/489885695/com tribair **wicall**
price: $0.00, version  1.5 1, category: Productivity, seller: Tribair Inc, size: 4.8 MB

**WiCall : VoIP call, wifi call - Free Download for Android**
sobetillapeloncete2 bazaarandroid com/**app**/  **wi**call/
★ ★ ★ ★ ★ Rating  5   1 vote
This store does not have an associated Twitter account. New **apps** will not be
tweeted. User Stores. + Click to Expand. Loading... **WiCall**  VoIP call, wifi call - 33 ...

**WiCall - Mobile - Brothersoft.com**
mobile.brothersoft com/**wicall**  call over wifi 1104
Free  Android
Sep 29  2011 – **WiCall** is based on CSipSimple and is licensed under
GNU GPL v3. More information in the **app**  content rating: Everyone
Compatible devices: ...

**WiCall : call over wifi 11 free download for 1.5 and up**
www freenew net/android/**wi**call-call-over-wifi-11/144710 htm
Sep 27  2011  **WiCall** . call over wifi 11 free download, download **WiCall** . call over
wifi 11 Android **app** for free within one single click. We only collect free ...

**WiCall - Cheap VoIP Phone Call - mobile9**
gallery mobile9 com/asf/?urd=solhpvxvLbxt
Jan 9, 2012 – **WiCall** - Cheap VoIP Phone Call. Developed by Tribair. Imported by
mobile9 empty star  FREE. Download On **App** Store. Add to Favourite ...

**WiCall : VoIP call, wifi call - Discover Android Apps**
www discover**app** net/view_**app**-com **wi**call html
Mar 8  2012 – **Wicall** is a prepaid mobile wireless telephone service with no plan, ...
Rate extract (other rates can be check in the RATE's tab in the **app**) in US ...

**WiCall - Cheap VoIP Phone Call App Rank Graphs -- TopAppCharts ...**
www topappcharts com/  /app-details-**wicall**-cheap-voip-phone-call
**WiCall** - Cheap VoIP Phone Call Graphs of **App** Ranking -- TopAppCharts.com.

Ad related to **wicall** app                                   Why this ad?

**Apps on Google Play**
play google com/
Browse and install Android **apps** from your phone, tablet or the web
1,706 people +1'd this page
Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app iphone
wicall app review

‹ G‹o‹o‹o‹o‹o‹o‹o‹o‹o‹ogle ›

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google     wicall app                                          [ 🔍 ]      Charles Carreon   0   + Share

**Search**      Images  about  31  100  results  (0.41  seconds)        👤  ⟲  ⚙

Everything       Ad related to **wicall app**                              Why this ad?

Images           **App Store: Download Apps | apple.com**
                 www.apple.com/apps
Maps             With hundreds of thousands of **apps**, There's an **app** for almost anything
                 - The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone
Videos

News             **WiCall - Appel VoIP pas cher - iOS application metrics from AppData**
                 www.appdata.com  apps/apps/3434971-**wicall**-cheap-voip-phone-ca
Shopping         Description  **WiCall** is simply the easiest and cleanest **application** to make cheap
                 internet phone calls all over th More   Rating: 4.0 stars based on 280 ratings ...
Applications

More             **brad wicall (@bradwicall) on Twitter**
                 twitter.com/bradwicall
Tucson, AZ       Sign up for Twitter to follow brad **wicall** (@bradwicall). We are a ... Check out this
Change location  iPhone **App**  Bradz Salons itunes.apple.com/us/**app**/bradz-s... 7:27 PM Mar ...

Show search tools  **Amazon.com: WiCall : VoIP call, wifi call: Appstore for Android**
                 www.amazon.com/**WiCall**-VoIP-call-wifi/dp/B006GIBPKE
                 The **WiCall**  VoIP call, wifi call **app** allows you to make incredibly cheap mobile calls
                 You won't believe the rates for your long distance or international calls

                 **WiCall - Cheap VoIP Phone Call App Download Review**
                 productivity.appdownloadreview.com/  /**wicall**-cheap-voip-phone-ca
                 Mar 21, 2012 -- Review **WiCall** - Cheap VoIP Phone Call productivity **app** online at
                 productivity.appdownloadreview.com website. You can download this **app** ...

                 **WiCall : VoIP call, wifi call - Android Apps - Best Android Apps, New...**
                 android-apps.com › Applications › Communication
                 Sep 8, 2011  Make cheap calls using your wifi / 3G. Cheaper than Skype out, better
                 then Viber "The cheapest VOIP service on the Android Market" ...

                 **WiCall : VoIP call, wifi call for Android Review | Appeggs.com**
                 www.appeggs.com/apps/com.wicall.2817.html
                 Dec 19, 2011 -- **WiCall** : VoIP call, wifi call Review By AppEggs.com - **WiCall** : VoIP
                 call, wifi call for Android **app** available now! You can download **WiCall** ...

                 **iPhone, iPod Touch, iPad Application List » WiCall - Cheap VoIP ...**
                 iphoneapplicationlist.com/**app**/id489885605/
                 Jan 2, 2012 -- **WiCall** is simply the easiest and cleanest **application** to make cheap
                 internet phone calls all over the world. **WiCall** has reached 1 million users ...

                 **Wicall rates - Best Android Apps: WiCall, VoIP callswith | Best ...**
                 bestandroidappsfree.com/  /best-android-**apps**-**wicall**-voip-callswith/
                 Oct 1, 2011  Best Android **Apps**: **WiCall** for Android, VoIP calls, the use of VoIP has
                 never been so easy, as long distance cards and Skype already hate us

                 **WiCall - Cheap VoIP Phone Call - Download.com**
                 download.cnet.com/**WiCall**-Cheap  /3000-2124_4-75633724.html
                 Free  iOS
                 Apr 14, 2012 -- **WiCall** is simply the easiest and cleanest **application** to make cheap
                 internet phone calls all over the world

                 **Top Pictures - wicall**
                 en.toppictures.com/**wicall**
                 **WiCall** - Cheap VoIP Phone Call for iPhone 3GS, iPhone 4, iPhone 4S ... - 320x480.
                 Tribair Web SiteWiCall - Cheap  itunes.apple.com. **WiCall**  VoIP call, wifi ...

                 Ad related to **wicall app**                              Why this ad?

                 **Apps on Google Play**
                 play.google.com/
                 Browse and install Android **apps** from your phone, tablet or the web
                 1,706 people +1'd this page
                 - Apps & Games - Music - Books - Movies

                 Searches related to **wicall app**
                 wicall app iphone
                 wicall app review

                 ‹ Goooooooooogle ›
                 

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google    wicall app    Charles Carreon   0   + Share

## Search

Everything
Images
Maps
Videos
News
Shopping
Applications
More

Tucson AZ
Change location

Show search tools

Ad related to **wicall app**    Why this ad?

**App Store: Download Apps | apple.com**
www.apple.com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything.
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**WiCall : VoIP call, wifi call - Android app from Zenitalk VOIP, call with ...**
www.androidapps.com/ /apps/796748-**wicall**-voip-call-wifi-call-zen
Mar 29 2012 – **WiCall** VoIP call, wifi call. Zenitalk VOIP, call with us Free Download
this **app** ► Free Download this **app** ▼. **WiCall** : VoIP call, wifi call ...

tablet calling - Android
www.androidzoom.com › › Communication
★★★★☆ 300 votes  Free - Android
This **app** is using your tablet Wifi connection to make calls. Tags:
tabletcalling, tablet calling apk, **wicall** apk, tablet calling apk, tablet
calling download

**WiCall - Cheap VoIP Phone Call app | Chomp**
chomp.com/a/GKoW/**wicall**-cheap-voip-phone-call
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months

**Wi call up uncapped Fudadin for third Test | Cricket News | Cricbuzz ...**
www.cricbuzz.com/ /**wi-call**-up-uncapped-fudadin-for-third-test
**Wi call** up uncapped Fudadin for third Test  Port of Spain, 2012/04/23 08:37:20 ...
Mobile Site & **Apps**  m.cricbuzz.com · Android  iphone  Blackberry  Windows ...

**Wicall's Carpets - Canyon Country, CA, 91351 - Citysearch**
losangeles.citysearch.com › Santa Clarita
Feb 6. 2012  **Wicall's** Carpets in Canyon Country ... reviews on **Wicall's** Carpets
and other Floor Contractors in Canyon Country ... Download our **app** now.

**Brad Wicall | Facebook**
www.facebook.com/zbradz
Brad **Wicall** is on Facebook. Join Facebook to connect with Brad **Wicall** and others
you may know. Facebook gives people the power to share and makes the ...

**WiCall - Cheap VoIP Phone Call App for iPad, iPhone**
appfinder.lisisoft.com/**app**/**wicall**-cheap-voip-phone-call.html
Jan 3, 2012 – iPhone, iPod and iPad **WiCall** - Cheap VoIP Phone Call touch **app**
listings, price and news softwares . **Apps** for iPod, iPad, iPhone.

**WiCall : call over wifi 9 free download for 1.5 and up**
www.freenew.net/android/**wicall**-call-over-wifi-9/99221.htm
Sep 27  2011 – **WiCall** : call over wifi 9 free download, download **WiCall** : call over wifi
9 Android **app** for free within one single click We only collect free **apps** ...

**WiCall : VoIP call, wifi call 34 Apk | APKSI**
apks.androidmaniac.net/**wicall**-voip-call-wifi-call-34-apk/
Now you can download **WiCall** : VoIP call  wifi call 34 Apk for your Android phone  Get
**WiCall** : ... Browse last **APPS** added for your ANDROID: Angry Birds ...

**WiCall : VoIP call, wifi call - Download Android Apps : Android ...**
androiddev.orkitra.com/download/**apps**/7appsd
**WiCall** : VoIP call, wifi call - Download Android **Apps** - Incredibly cheap mobile calls,
you won't believe our rates for your long distance or international calls.

Ad related to **wicall app**    Why this ad?

**Apps on Google Play**
play.google.com/
Browse and install Android **apps** from your phone, tablet or the web
1 706 people +1'd this page
Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app **iphone**
wicall app **review**

‹ Gooooooooogle ›

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google   wicall app   [search]   Charles Carreon   0   + Share

Search   [   ]   👤   ⚙

Everything

Images

Maps

Videos

News

Shopping

Applications

More

Tucson, AZ
Change location

Show search tools

Ad related to **wicall app**   Why this ad?

**App Store: Download Apps | apple.com**
www apple com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**WiCall : call over wifi for Android 1.0 - Downloadplex.com**
www downloadplex com › Mobile › Android › Application
Free - Android
**WiCall** : call over wifi for Android 1 0, Downloads: 36, License: Freeware, By: Zenitalk,
Size 7 2 Make your calls over wifi with **WiCall**

**WiCall : call over wifi - Android - Apk - android Apps**
www apkbrain com\apps\WiCall-···call-over-wifi-42449 html
Aug 28 2011   Make your calls over wifi with **WiCall**  -- Save on your telephone bill
bypass your regular carrier and make VOIP calls using your wifi internet ...

**WiCall - Cheap VoIP Phone Call:iPhone/iPad/iPod touch Applistion ...**
www ro iphone-**application**-list com\6007\  489885695 ht   - Romania
**WiCall** is simply the easiest and cleanest **application** to make cheap internet calls all
over the world. **WiCall** has reached 1 million users within 3 months. Try it for ...

**WiCall - Cheap VoIP Phone Call**
www iphoneandipadapp com/apps/0oKPap_**wicall**-cheap-voip-phone
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months.

**Android Wicall Apk**
www webtopicture com/android/android-**wicall**-apk html
**WiCall** · VoIP call  wifi call - Free **Application** for Android **WiCall** · call over wifi apk for
Android - **WiCall**   call over wifi   Vonage Dialer - Android Call Radiation ...

**Wicall Apk**
74 222 8 91/**wicall**-apk html
Free **application** category  Communication  APK download size  4 43 MB, 1779
people rated **WiCall**   VoIP call  wifi call version 34 for Android smartphones so ...

**WiCall - Cheap VoIP Phone Call - iOS application metrics from ...**
www appdata com\  apps/apps/3434971-**wicall**-goodkope-telefoonte
Description  **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over th More   Rating: 4.0 stars based on 268 ratings ...

**App Review: WiCall - Cheap VoIP Phone Call - Buttercapp**
buttercapp com\reviews productivity-**wicall**-cheap-voip-phone-call
Mar 8  2012 – **App** reviews for **WiCall** - Cheap VoIP Phone Call from users like
yourself

**WiCall - Cheap VoIP Phone Call for iPhone & iPad | AppsFriends ...**
kw appsfriends com\app-**wicall**-cheap-voip-phone-call html - Kuwait
Jan 3  2012 – **WiCall** - Cheap VoIP Phone Call for iPhone & iPad · **WiCall** is simply
the easiest and cleanest **application** to make cheap internet phone calls ...

**WiCall - 安価な電話コール - iOS application metrics from AppData**
207 210 122 211\ios_**apps**/apps/3434971-**wicall**-
Description  **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over th More   Rating: 4.0 stars based on 268 ratings ...

Ad related to **wicall app**   Why this ad?

**Apps on Google Play**
play.google com/
Browse and install Android **apps** from your phone  tablet or the web
1 706 people +1'd this page
Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app iphone
wicall app review

‹ Goooooooogle ›

+Charles  Search  Images  Maps  Play  YouTube  News  Gmail  Documents  Calendar  More ·

Google    wicall app                                    🔍    Charles Carreon   0   + Share

Search

Everything

Images                Ad related to **wicall app**                          Why this ad?

Maps                  **App Store: Download Apps | apple.com**
                      www.apple.com/apps
Videos                With hundreds of thousands of **apps**, There's an **app** for almost anything.
                      The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone
News

Shopping              **Wicall Voip Call - DownloadNew.org**
                      downloadnew.org › iPhone › Productivity
Applications          by Mark Jobs · More by Mark Jobs
                      Feb 6, 2012 – Download **Wicall** Voip Call ▶ Currently we have about 2 new
More                  downloads ... Android **Apps**, Android Games, iPhone/iPad, Fonts, Games,
                      Scripts ...
Tucson, AZ
Change location       **Free WiCall : call over wifi download**
                      mobile.brothersoft.com/**wicall**--call-over-wifi-download-119484.html
Show search tools     Free **WiCall** , call over wifi download for Android. ... down up Mobile, Windows,
                      Mobile, Games, Mac, Widgets; Drivers; Web **Apps**. search. Current Device ...

                      **WiCall : VoIP call, wifi call Android application - AppStoreHQ**
                      www.appstorehq.com/**wicall**-voipcall-wifcall-android-881794/**app**
                      The cheapest VOIP service on the Android Market"Incredibly cheap mobile calls, you
                      won't believe our rates for your long distance or

                      **WiCall - Cheap VoIP Phone Call free download for iPhone, iPod and ...**
                      www.ifreeware.net/download-**wicall**--cheap-voip-phone-call.html
                      Apr 13, 2012 – **WiCall** - Cheap VoIP Phone Call - **WiCall** is simply the easiest and
                      cleanest **application** to make cheap internet phone calls all over the world

                      **WiCall - Cheap VoIP Phone Call for iPhone - appstore.modmyi.com**
                      appstore.modmyi.com/iphone/**wicall**-cheap-voip.../id489685695
                      **WiCall** - Cheap VoIP Phone Call for iPhone by Tribair **WiCall** is simply the easiest and
                      cleanest **application** to make cheap internet phone calls all over the world.

                      **WiCall - Appel VoIP pas cher : free iPhone and iPad application ...**
                      www.appsmaniak.com    **application**/**wicall**-appel-voip-pas-cher-148
                      Jan 3, 2012 – **WiCall** - Appel VoIP pas cher : free iPhone and iPad **application** ; Full
                      description screenshots, drop prices - AppsManiak

                      **Wicall last name - Wicall family - MyHeritage.com**
                      lastnames.myheritage.com/last-name/**Wicall**
                      **Wicall** genealogy and family history facts. Find information about the **Wicall** family,
                      see the geographical distribution of the **Wicall** last name

                      **WiCall - Cheap VoIP Phone Call - App Details - Web-based ...**
                      www.appsgeni.com/app/WiCall_-_Cheap_VoIP/489685695/
                      Jan 3, 2012 – **WiCall** is simply the easiest and cleanest **application** to make cheap
                      internet phone calls all over the world. **WiCall** has reached 1 million users ...

                      **WICALL Trademark Application of Tribair Inc. - Serial ...**
                      trademarks.justia.com ›   › Categories › Telecommunications
                      Word Mark, **WICALL**. Status Code, 630. Status, New **Application**-Record initialized
                      not assigned to examiner  Status Date, 2012-03-28  Serial Number ...

                      **Wicall.ipa - RapidShareMix - Search for Shared Files**
                      www.rapidsharemix.com/?q=**wicall** ipa
                      **wicall** ipa – shared files results .... Need Password? Check the source of the link.
                      download free iphone ipad ipod touch **application**  March 2011. 1 2 3 4 5 6 7 8 ...

                      Ad related to **wicall app**                          Why this ad?

                      **Apps on Google Play**
                      play.google.com/
                      Browse and install Android **apps** from your phone, tablet or the web
                      1,706 people +1'd this page
                      Apps & Games - Music - Books - Movies

                      Searches related to **wicall app**
                      **wicall app iphone**
                      **wicall app review**

                      ‹ Goooooooooogle ›

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google    wicall app

Charles Carreon   0   + Share

Search

Everything
Images
Maps
Videos
News
Shopping
Applications
More

Tucson AZ
Change location

Show search tools

Ad related to wicall app                                          Why this ad?

**App Store: Download Apps | apple.com**
www.apple.com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything.
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**WiCall: Wifi Calling on Android - YouTube**
www.youtube.com/watch?v=JhX2-nn_O4
Nov 10 2011 - 48 sec - Uploaded by zenlabs
Como Baixar **app** Pego de Graçaby gabrielsoutomaracaja1950
views ... Milwaukee **WI - Call** (414 ...
**►** 0:48

More videos for **wicall app** »

**WiCall : VoIP call, wifi call - Aplikacja na AppBrain**
pl.appbrain.com ›   › Komunikacja - Translate this page
★★★★   2,520 votes   Free   Android - Communication
**WiCall** : VoIP call, wifi call. Android **app** (★★★★ >250000 downloads) ⇒ "The
cheapest VOIP service on the Android Market" Incredibly cheap

**Wicall Cheap Voip Phone Call Related Softwares Free Downloads**
free windows9download.net/ 'wicall-cheap-voip-phone-call.html
Description **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world. **WiCall** has reached 1 million users within ...

**WiCall - Cheap VoIP Phone Call - iPhone App**
www.hawkee.com/apps/25178740/
Jan 3, 2012 - **WiCall** - Cheap VoIP Phone Call. iPhone **App**. 0 like(s)  Like it. **WiCall** -
Cheap VoIP Phone Call. Platform. iPhone **App**. Developer. Tribair 2012 ...

**Review of WiCall - Cheap VoIP Phone Call - iPhone apps search ...**
www.iphone-apps-search.com : apps/  'WiCall+-+Cheap+VoIP+Pho.
Jan 10 2012 - **App** name: **WiCall** - Cheap VoIP Phone Call. Price: free. Category.
Productivity. Updated Jan 10, 2012 Current Version: 1.5.1 Size: 4.80 MB

**Pictures - wicall**
en.bestpicturesof.com/**wicall**
5+ items – One source for photos, illustrations and drawings of **wicall**
**WiCall** - Cheap VoIP Phone Call for iPhone 3GS, iPhone 4, iPhone 4S  320x480
**WiCall** : VoIP call, wifi call **App** for Android | DroidMill                         307x512

**WiCall : VoIP call, wifi call Android apk Download | Review of WiCall ...**
apk-apps.com/apk_app/81251_WiCall__VoIP_call_wifi_call.html
Jan 23 2012 – **App** name: **WiCall** : VoIP call, wifi call. Price: free. Category.
Communication. Updated: January 23, 2012. Current Version: 33. Requires ...

**Magic 104 Web Radio - Radio One Communications LLC of WI. Call ...**
www.magic104fm.com/
EMAIL US FOR YOUR CHANCE TO WIN!! E-Mail Your Contact Info For Your Chance
To Win From Magic 104 Web Radio. YOUR MAGIC 104 CAST ...

**Download WiCall : call over wifi apk for Android - free WiCall : call ...**
www.downloadsarea.com/Android_WiCall-call-over-wifi/
Sep 21 2011 – **WiCall** : call over wifi apk - Free Download **WiCall** : call over wifi 13 in
Communication Description **WiCall** : call ... More information in the **app**

**WiCall - Cheap VoIP Phone Call alternative and apps like WiCall ...**
www.findappalike.com/WiCall-Cheap-VoIP-Phone-Call-596588984
30+ items – Find **apps** like and similar to **WiCall** - Cheap VoIP Phone Call
Documents And Templates   by Docstoc Inc
Battery Doctor +             by Beijing Kingsoft Internet Security software Co.Ltd

Ad related to wicall app                                          Why this ad?

**Apps on Google Play**
play.google.com/
Browse and install Android **apps** from your phone, tablet or the web
1.706 people +1'd this page
Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app **iphone**

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

Google   wicall app                                🔍            Charles Carreon ▾   + Share

Search                                                                                ⚙

**Everything**
Images
Maps
Videos
News
Shopping
Applications
More

**Tucson, AZ**
Change location

Show search tools

### WiCall - Cheap VoIP Phone Call Review | Best10Apps.com
www.best10apps.com/apps/wicall-cheap-voip-phone-call.489885695
Feb 21, 2012 – **WiCall** - Cheap VoIP Phone Call Review by Best10Apps.com. **WiCall**
- Cheap VoIP Phone Call is a noteworthy Productivity **app** for Compatible ...

### WiCall : VoIP call, wifi call - Android - Mobile app download ...
www.butterscotch.com/preview/ /WiCall--VoIP-Call-Wifi-Call
Mar 10, 2012 – Download **WiCall** . VoIP call, wifi call : VoIP call, wifi call
Freeware

### WiCall [App][iOS 4.x - Ba-k
ba-k.com.showthread.php?t=2936601 · Mexico · Translate this page
2 posts · 2 authors - Apr 14
EDITO  Esta  **App** Solo Sirve Para llamadas De Emergencia, Un Ejemplo  Mama
Marcame A Mi Cel, No Tengo Saldo ô Mama Estoy Bien Airato ...

### WiCall : VoIP call wifi call android free android apps mobile phone ...
www.magomobile.com/Downloads/DownloadFile.ashx?Styleld...
sorry, anonymous download closed temporarily, please log in. all downloads are free
for registered users! Login or Sign up now!

### Robert Wicall Health, Life Advisor FREE Background Check | New ...
www.advisorbackgroundcheck.com/view_advisor_profile.php?id
... profile for Robert **Wicall** of New Braunfels, TX on AdvisorBackgroundCheck.com. ...
one count of making a false statement in an **application** for a U.S passport.

### WiCall - Today's BEST APPS
appaware.com/app/wicall-voip-call-wifi-call/com.wicall
**WiCall** . VoIP call, wifi call by Zentalk VOIP, call with us: "The cheapest VOIP service
on the Android Market" Incredibly cheap mobile calls, you won't believe our ...

### WiCall : VoIP call, wifi call Android apk Download | Review of WiCall ...
picforyou.co.cc/apk_app/61251_WiCall__VoIP_call_wifi_call.html
**App** name: **WiCall**  VoIP call, wifi call  Price: free  Category: Communication
Updated: January 23, 2012  Current Version: 33  Requires Android: 1.5 and up

### Updates Log for WiCall : VoIP call, wifi call - Free Application for ...
www.androidblip.com/ apps/wicall-voip-call-wifi-call-261207-chan
Updates Log for **WiCall** . VoIP call, wifi call - Free **Application** for Android.

### TopAppsToday - WiCall - Cheap VoIP Phone Call
www.topappstoday.com/apps /wicall-cheap-voip-phone-call
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months

### WiCall: VoIP-Anruf, wifi nenne - Android Apps und Tests - AndroidPIT
www.androidpit.de ›  › Kommunikation · Translate this page
Unglaublich billig mobil telefonieren, werden Sie nicht glauben, dass unsere Preise für
Ihre Fern-oder Auslandsgespräche (viel billiger als die Verwendung von ...

Ad related to wicall app                                    Why this ad?

**Apps on Google Play**
play.google.com/
Browse and install Android **apps** from your phone, tablet or the web
1,706 people +1'd this page
⊹ Apps & Games - Music - Books - Movies

**Searches related to wicall app**
wicall app iphone
wicall app review

‹ Goooooooooogle ›
**Previous**   3 4 5 6 7 **8** 9 10 11 12   **Next**

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google



+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google   wicall app                                    🔍        Charles Carreon   0   + Share

Search

Everything

Images

Maps

Videos

News

Shopping

Applications

More

Tucson, AZ
Change location

Show search tools

**Information Available Via WiCall - Display**
https //www forwardhealth wi gov/   /Default aspx?   **WiCall**
**WiCall**, ForwardHealth's AVR system, gathers inquiry information from callers .....
Required Information When Starting the EHR Incentive Program **Application** ...

**Download WiCall - Cheap VoIP Phone Call 1.5.1 - Productivity**
www myfiledown com/mobile/iphone-ipad/   ./wicall-363348 html
Jan 10 2012 – Description: **WiCall** is simply the easiest and cleanest **application** to
make cheap internet phone calls all over the world. **WiCall** has reached 1 ...

**Free Call: Wifi Voiper WiCall for Android : Free trial credit**
allfreecall blogspot com   ./wifi-voiper-**wicall**-for-android-free html
Dec 31 2011 – How to get Zenitalk **App** and free trial credit - Goto Android
MarketSearch for required **application** (Wifi Voiper, **WiCall**, Call Africa, Call Arabia, ...

**WiCall - Cheap VoIP Phone Call app - download & reviews of ...**
www bavoo com/**wicall**-cheap-voip-phone-call-**app**-571299 html
Category: Productivity. Publisher: Tribair. Released On: 03 Jan, 2012. Version: 1.5 0.
Updated On -. Age Rating: 4+. Languages: English, Arabic, Chinese, ...

**WiCall : call over wifi - Android**
www androidsoftware us/**Applications/WiCall**--call over wifi html
Aug    , 2011 – Make your calls over wifi with **WiCall**  ... long distance or international
calls at very inexpensive rates -- **WiCall** i..  ... More information in the **app**

**WiCall - Cheap VoIP Phone Call (Productivity) | XYDO**
www xydo com    /44614740-**wicall**-_-cheap_voip_phone_call_pro
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months

**WiCall - Cheap VoIP Phone Call - iAppFind**
www iappfind com/**app**/489885695
Jan 3, 2012 - **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world  **WiCall** ha

**Bada wifi call trend: WiCall : VoIP call, wifi call, ooVoo Video Call ...**
android podnova com/trends/bada_wifi_call html - Translate this page
**WiCall**  VoIP call, wifi call  Free ... Make free 6-way group video calls with ooVoo's
video chat **app** for Android.. Make video ... Dell Voice - Free Phone **App** Free ...

**WiCall - Cheap VoIP Phone Call - iPhone Apps | i[App]Phone**
www iappphone com/**apps**-489885695/**wicall** cheap-voip-phone-call
Track all iPhone/iPod **apps** on iTunes store. Check review and movies on i[**App**]
Phone **WiCall** - Cheap VoIP Phone Call

**Free download links for WiCall - Cheap VoIP Phone Call ipa and ...**
www linkrepo com/**app**/4486546/**WiCall**--Cheap-VoIP-Phone-Call
**WiCall** - Cheap VoIP Phone Call. Description: **WiCall** is simply the easiest and
cleanest **application** to make cheap internet phone calls all over the world. **WiCall** ...

Ad related to **wicall app**                              Why this ad?

**Apps on Google Play**
play google com/
Browse and install Android **apps** from your phone, tablet or the web
1 706 people +1'd this page
   Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app **iphone**
wicall app **review**

‹ Goooooooooogle ›
**Previous**    4  5  6  7  8  **9**  10 11 12 13    **Next**

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google      wicall app

Charles Carreon   0   + Share

Search      Page 1 of about 41,100 results (0.21 seconds)

Everything

Images

Maps

Videos

News

Shopping

Applications

More

**Tucson, AZ**
Change location

Show search tools

Ad related to wicall app      Why this ad?

**App Store: Download Apps | apple.com**
www.apple.com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything.
 · The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**Wifi call apk torrent trend: WiCall : VoIP call, wifi call, ooVoo Video ...**
android.podnova.com/trends/wifi_call_apk_torrent.html
10+ items   Make free 6-way group video calls with ooVoo's video chat **app** ...
Free   System Tuner          4.4/5 (2612)   Category: Tools
Free   Remote Web Desktop Demo  4.1/5 (231)   Category: Tools

**WiCall - Cheap VoIP Phone Call Every Day Free App**
app.rflktv.net/viewitem.php?id=489885695
Jan 3, 2012 - **WiCall** - Cheap VoIP Phone Call, the first brand in the world limited time
free to provide the largest and most full-day limit free **App** fastest service.

**WiCall - Cheap VoIP Phone Call - Productivity - Apps4iOS iPhone ...**
www.apps4ios.net/application.aspx?t=wicall-cheap-voip-phone-call
Jan 3, 2012 - **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world. **WiCall** has reached 1 million users ...

**Wicall Android Android Apps & Games | DroidMill**
66.228.55.9/tag/wicall+android
10+ items   Facebook for Android, Tagged Android **App**, Official eBay ...
Facebook for Android      100000000-500000000  3.6 (2890019)  Share and ...
**WiCall** : VoIP call, wifi call  100000-500000      4.2 (2430)    Make cheap ..

**Wicall S Carpet Promo - VidoEmo - Emotional Video Unity**
www.vidoevo.com/yvideo.php?i=  wicall-s-carpet-promo=
**Wicall** S Carpet Promo Upload, share, download and embed your videos  ... **Wicall** s
Carpets & Flooring Santa Clarita HotSpotSCV ... Android **App** - IRS2Go ...

**AppSpotlight - WiCall - Cheap VoIP Phone Call**
appspotlight.com/app/info/489885695/
AppSpotlight - shining light on **WiCall** - Cheap VoIP Phone Call - see reviews, price
and popularity history, and more.

**WiCall - Cheap VoIP Phone Call | Productivity**
www.osspace.net/apps/  application   /21436-wicall-cheap-voip-pho.
Feb 24, 2012 - Read reviews, get customer ratings, see screenshots, and learn more
about **WiCall** - Cheap VoIP Phone Call on the **App** Store. Download ...

**Wicall's Carpets, Inc. - 26635 Valley Center Drive, Unit 104 Santa ...**
www.scvchamber.com/Floor-Coverings ... /Wicall'S-Carpets.-Inc
**Wicall's** Carpets, Inc. - 26635 Valley Center Drive, Unit 104 Santa Clarita, CA ...
Membership **Application** · Newsletter · Message from Chairman · Message from ...

**WiCall - Cheap VoIP Phone Call - AppStoreRank.net — App Store ...**
appstorerank.net/info/489885695
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months

**Business - WiCall - Cheap VoIP Phone Call**
www.freeproductivityapps.info/Business-wicall-cheap-voip-phone-ca
Free **WiCall** - Cheap VoIP Phone Call iOS **App**. ... App Store Rating . 4 **WiCall** -
Cheap VoIP Phone Call . ( all customer reviews ). Product Company - Tribair ...

Ad related to wicall app      Why this ad?

**Apps on Google Play**
play.google.com/
Browse and install Android **apps** from your phone, tablet or the web
 1,706 people +1'd this page
 · Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app iphone
wicall app review

‹ G о о о о о о о о о g l e ›

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

Google

wicall app

Charles Cerreon   0   + Share

Search

*page 1 of about 4,860 results (0.23 seconds)*

Everything
Images
Maps
Videos
News
Shopping
Applications
More

**Tucson, AZ**
Change location

Show search tools

Ad related to **wicall app**                                             Why this ad?

**App Store: Download Apps | apple.com**
www.apple.com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**WiCall - Cheap VoIP Phone Call - 生產力 - iPhone - appappapps ...**
www.appappapps.com/apps    WiCall Cheap-VoIP-Phon    Hong Kong
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world  **WiCall** has reached 1 million users within 3 months.

[PDF] **Curriculum Vitae: May 2011 NICHOLAS CONSTANTINE ...**
faculty.ed.uiuc.edu/burbules/cv%20May%2011.pdf
File Format: PDF/Adobe Acrobat - Quick View
Grayce **Wicall** Gauthier Professor (2002-2007). Edward William ......
http://ensemble.atlas.uiuc.edu/app/sites/TSvuPBZxdE2O8XBbCvm9ig.aspx?
destinationID=T ...

**Android VoIP Apps**
androidapps.com/android-voip-apps
Mar 6  2012 – **WiCall** may be the solution for you  The **app** allows you to use your Wifi
(or 3G /4G) to make VoIP calls with your Android phone or honeycomb ...

**WiCall Cheap VoIP Phone Call | Flickr - Photo Sharing!**
www.flickr.com/photos/workinghostgatorcoupons/6922855751/
Feb 23  2012 – **WiCall** Cheap VoIP Phone Call. ... Alarm Clock with Weather, Sleep
Timer, and Flashlight  abc Notes FREE Checklist & Sticky Note **Application** ...

**Wicall  Apk**
74.222.8.91/**wicall**- apk.html
Free **application** category: Communication, APK download size. 4.48 MB, 1779
people rated **WiCall** : VoIP call, wifi call version 36 for Android smartphones so ...

**WiCall - Дешевые телефонный звонок - iOS application metrics ...**
207.210.122.211/ios_**apps**/apps/3434971-**wicall**-g-nstige-telefonat
Description  **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over th More .  Rating: 4.0 stars based on 268 ratings ...

**com.wicall - Best Android Apps**
www.bestappsmarket.com/p/tree/node?kd=9048&title=com-**wicall**
com **wicall** - List of the Best **Apps** for Android Phones to download now for FREE.

**WICALL - Reviews & Brand Information - Tribair Inc. Longueuil ...**
www.trademarkia.com ›    › Communications Services
On Wednesday, March 28, 2012, status on the **WICALL** trademark changed to NEW
**APPLICATION** - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER.

**WiCall - Cheap VoIP Phone Call | Touch My Apps | Appstore**
apps.touchmyapps.com/**apps**-**wicall**-cheap-voip-phone-call
Apr 28  2012 – **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world  **WiCall** has reached 1 million users ...

**WiCall : VoIP call, wifi call:Amazon:Mobile Apps**
www.amazon.com/gp/aw/d/B006ATV3KG?pd=1&i
Amazon:**WiCall**  VoIP call, wifi call. ... Product Main  Manufacturer: ZeniLabs
Manufacturer reference: com **wicall** ASIN: B006ATV3KG ...

Ad related to **wicall app**                                             Why this ad?

**Apps on Google Play**
play.google.com/
Browse and install Android **apps** from your phone, tablet or the web
1,706 people +1'd this page
Apps & Games - Music - Books - Movies

Searches related to **wicall app**
wicall app **iphone**
wicall app **review**

‹ G∞∞∞∞∞gle ›

+Charles   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More -

Google    wicall app                                      🔍      Charles Carreon   0   + Share

## Search

- Everything
- Images
- Maps
- Videos
- News
- Shopping
- Applications
- More

Tucson, AZ
Change location

Show search tools

**Best VoIP iPhone Apps - Online VoIP iPhone & iPod Touch ...**
www.topproductivityapps com/voip-productivity-iphone-apps-59 html
**WiCall** - Cheap VoIP Phone Call iPhone App: Version 1.6 1 | Tribair, **WiCall** is simply
the easiest and cleanest **application** to make cheap internet phone calls all ...

**WiCall** Voip Android Apps & Games | DroidMill - Linode
li297-9 members linode com/tag/**WiCall**+voip
10+ items - **WiCall** : VoIP call, wifi call, 3CXPhone - VoIP / SIP phone, ...
**WiCall** : VoIP call, wifi call  4.2 (2278)  Make cheap calls using your wifi / 3G ...
VOIP Phone AngPhone      3.5 (462)   VOIP Phone for Android AngPhone 1.This ...

Install **WiCall** : call over wifi - Android App Storm
www androidappstorm com/install/com **wicall** shtml
Starting to install the android **apps** : **WiCall** : call over wifi,the package name .
com **wicall**  Savo on phono bills by making your calls over your wifi  Make your ...

tribair **wicall** free download - **app** software
app freedownload123 com s tribair-**wicall**
tribair **wicall** free Download - **app** software at freedownload123.com.

**WiCall** : VoIP call, wifi call on only**Android App Superstore**
www mobihand com/263/product asp?id=721568
**WiCall** : VoIP call, wifi call**Android Apps** - Make cheap calls using your wifi / 3g.
Cheaper than Skype out, better than Viber Incredibly cheap mobile calls, you ...

**wicall** crack **Apps** - Android - Apk
www apkbrain com/search/**wicall**+crack/
**wicall** crack,android **apps**,android games,free download android apps&games

**WiCall** - Cheap VoIP Phone Call - review, free download  .ipa **app** ...
topapp net/app-10vF-**WiCall**___Cheap_VoIP_Phone_Call/
Jan 3, 2012 -   **WiCall** - Cheap VoIP Phone Call iphone **app**. **WiCall** is simply the
easiest and cleanest **application** to make cheap internet phone calls all over ...

phone call **wicall** softwares - Free download - FreeWares - Reviews
www lsisoft com/tools/phone-call-**wicall**-orddat html
Software tools for phone call **wicall**  free download software and ,Call Tape ...
PCHand Media Converter Pro is a all-in-one media converter **application** for ...

**WiCall** Voip Android Apps & Games | DroidMill
droidmill com/tag/**WiCall**+voip
**WiCall** : VoIP call, wifi call, 3CXPhone - VoIP / SIP phone, Tribair VOIP your phone,
HQ Video SIP/IMS client (VoIP), IaxAgent Beta, Nimbuzz Messenger, VOIP ...

**WiCall** - Cheap VoIP Phone Call | App Dork
www appdork com/app/**wicall**_cheap_voip_phone_call_574663
Apr 13, 2012   **WiCall** is simply the easiest and cleanest **application** to make cheap
internet phone calls all over the world. **WiCall** has reached 1 million users ...

Ad related to **wicall app**                              Why this ad?

**Apps on Google Play**
play google com/
Download free **apps** instantly to your Android phone or tablet
1 706 people +1'd this page
  + Apps & Games - Music - Books - Movies

Searches related to **wicall app**
**wicall app iphone**
**wicall app review**

‹ Goooooooooogle ›
**Previous**      7  8  9  10 11 **12** 13 14 15 16      **Next**

Advanced search    Search Help    Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google

Google      wicall app                                               🔍           Charles Cameron   0    + Share   

Search      Pages: the word is that results just concerned

Everything

Images

Maps

Videos

News

Shopping

Applications

More

**Tucson, AZ**
Change location

Show search tools

Ad related to **wicall app**                                          Why this ad?

**App Store: Download Apps | apple.com**
www apple com/apps
With hundreds of thousands of **apps**. There's an **app** for almost anything
The Mac App Store - Over 200,000 apps for iPad - Apps for iPhone

**MobileRated: WiCall : VoIP call, wifi call**
android mobilerated com/en/35/com **wicall**
Find Android Games & **Apps**. Free Android Downloads. **WiCall** : VoIP call, wifi call.
Provided By: Zenitalk VOIP, call with us. Category: Communication. Android ...

**Download WiCall - Cheap VoIP Phone Call for iPhone - 1.5.1 ...**
downloadnew.org/   **wicall**-cheap-voip-phone-call-for-ipho

by Mark Jobs   More by Mark Jobs
by Tribair ▼ Download **WiCall** - Cheap VoIP Phone Call for iPhone Version.
... http://itunes.apple.com/us/**app**/**wicall**-cheap-voip-phone-call/id489885695?
mt=8 ...

**WiCall - Cheap VoIP Phone Call - mobile9**
gallery.mobile9 com/asf?/uid=iolhpvxvLbxf&ref=4147
Jan 9, 20   – mobile9 is an **app** store and more  ... **WiCall** is simply the easiest and
cleanest **application** to make cheap internet calls all over the world

**WiCall - Cheap VoIP Phone Call:iPhone/iPod touch Applistion List**
www dm iphone-app-lists com › Productivity
**WiCall** is simply the easiest and cleanest **application** to make cheap internet calls all
over the world. **WiCall** has reached 1 million users within 3 months. Try it for ...

**Wicall Apps - Android**
www.androidzoom com › Android Apps
Download **Wicall Apps** for Android. Reviews, screenshots and comments from the
Android Market about Wicall like WiCall . VoIP call, wifi call. "The cheapest ...

**Download program WiCall : VoIP call, wifi call by Zenitalk**
**wicall**-voip-call-wifi-call android informer com/download/
**WiCall** . VoIP call, wifi call ... You can also use the QR code reading software on your
phone to download the **app** by scanning the provided image with your ...

**Wicall's Carpet Promo - YouTube**
www youtube com/watch?v=JOBSFnBSYps
Jun 28, 2009 . 30 sec · Uploaded by kyleford
**Wicall's** Carpets & Flooring | Santa Clarita | HotSpotSCVby ...
Persian Carpet. mp4by eshrafnezhad21 views ...

More videos for **wicall app** »

**WiCall - Cheap VoIP Phone Call**
www appshots net/app_directory/view_**app**/489885695
**WiCall** - Cheap VoIP Phone Call. Price: FREE. Version. 1.6.2. Platform: iphone
Category. Productivity. Is this your **app**? You can feature it on our homepage.

**WiCall – Cheap VoIP Phone Call « Smartphone and Application ...**
www.saman us/**wicall**-cheap-voip-phone-call/
**WiCall** is simply the easiest and cleanest **application** to make cheap internet phone
calls all over the world. **WiCall** has reached 1 million users within 3 months.

**Voip Phone Services: WiCall : VoIP call, wifi call - Android App**
androdir com/tags/voip-phone-services/
10+ items · Voip Phone Services: **WiCall**   VoIP call, wifi call, Mobile Voip ...
**WiCall** : VoIP call, wifi call          by Zenitalk VOIP, call with us / www.zenitalk com
Mobile Voip phone, Save money   by Zenitalk VOIP, call with us / www.zenitalk ...

Ad related to **wicall app**                                          Why this ad?

**Apps on Google Play**
play.google com/
Browse and install Android **apps** from your phone, tablet or the web
1 706 people +1'd this page
   Apps & Games - Music - Books - Movies

Searches related to **wicall app**

wicall app **iphone**

EXHIBIT   8

# Exhibit 8

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85574570**
**Filing Date: 03/20/2012**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | WiCall |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | WiCall |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tribair Inc. |
| *STREET | 1343 rue des pluviers |
| *CITY | Longueuil, Quebec |
| *COUNTRY | Canada |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | J4G2N4 |
| PHONE | 1 (514) 501-0705 |
| EMAIL ADDRESS | eric@tribair.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

# WiCall

Longueuil, Quebec J4G2N4, Canada
1 (514) 501-0705(phone)
eric@tribair.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Eric Reiher/ Date Signed: 03/20/2012
Signatory's Name: Eric Reiher
Signatory's Position: CEO


RAM Sale Number: 1736
RAM Accounting Date: 03/21/2012

Serial Number: 85574570
Internet Transmission Date: Tue Mar 20 15:12:54 EDT 2012
TEAS Stamp: USPTO/FTK-173.177.42.169-201203201512547
44058-85574570-4901e84376a08c10ae5aa764e
d10c29df0-CC-1736-20120320143213076500

| WEBSITE ADDRESS | www.tribair.com |
|---|---|

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Canada |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 038 |
|---|---|
| IDENTIFICATION | Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Telecommunication services, namely, wireless telephone services |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/03/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/03/2012 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\855\745\85574570\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | "WiCall" with capital W and C |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| *NAME | Tribair Inc. |
|---|---|
| FIRM NAME | Tribair Inc. |
| *STREET | 1343 rue des pluviers |
| *CITY | Longueuil, Quebec |
| *COUNTRY | Canada |

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 85574570
### Filing Date: 03/20/2012

## To the Commissioner for Trademarks:

**MARK:** WiCall (Standard Characters, see mark)
The literal element of the mark consists of WiCall.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Tribair Inc., a corporation of Canada, having an address of
    1343 rue des pluviers
    Longueuil, Quebec J4G2N4
    Canada

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 038:  Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Telecommunication services, namely, wireless telephone services

In International Class 038, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 01/03/2012, and first used in commerce at least as early as 01/03/2012, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) "WiCall" with capital W and C.
Specimen File1

For informational purposes only, applicant's website address is: www.tribair.com
The applicant's current Correspondence Information:
    Tribair Inc.
    Tribair Inc.
    1343 rue des pluviers

| | |
|---|---|
| *ZIP/POSTAL CODE | J4G2N4 |
| PHONE | 1 (514) 501-0705 |
| *EMAIL ADDRESS | eric@tribair.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Eric Reiher/ |
| * SIGNATORY'S NAME | Eric Reiher |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 1 (514) 501-0705 |
| * DATE SIGNED | 03/20/2012 |

