1   JOHN C. KIRKE, #175055
    ANDREW S. MACKAY, #197074
2   SOPHIA E.C. SCHWARTZ, #272915
    DONAHUE GALLAGHER WOODS LLP
3   Attorneys at Law
    1999 Harrison Street, 25th Floor
4   Oakland, California  94612-3520
    P.O. Box 12979
5   Oakland, California  94604-2979
    Telephone:    (510) 451-0544
6   Facsimile:    (510) 832-1486

7   Attorneys for Defendants and
    Counterclaimant
8   TRIBAIR, INC. and ERIC REIHER

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  ICALL, INC.,                      │  CASE NO.  CV 12 2406

13              Plaintiff,            │  **COUNTERCLAIM OF TRIBAIR, INC.**

14       v.                          │  [JURY TRIAL DEMANDED]

15  TRIBAIR, INC., ERIC REIHER and
16  DOES 1-5,

17              Defendants.

18  TRIBAIR, INC.,

19              Counterclaimant,

20       v.

21  ICALL, INC.,

22              Counterdefendant.

23

24

25

26

27

28

As and for its counterclaim against Plaintiff and Counterdefendant iCall, Inc. ("iCall, Inc.") Defendant and Counterclaimant Tribair, Inc. ("Tribair") allege as follows:

### PARTIES

1.      Tribair Inc. is a company organized under the laws of Canada.

2.      iCall, Inc. is a Delaware corporation.

### JURISDICTION

3.      The Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. 1367(a). The Court has personal jurisdiction over iCall, Inc. because iCall, Inc. does business in this State and because iCall voluntarily submitted to the jurisdiction of the Court by filing its Complaint for Injunctive Relief and Damages for Trademark Infringement, Trademark Dilution and Unfair Competition against defendants Tribair and Eric Reiher on May 11, 2012 (the "Complaint").

### FACTS

4.      In its Complaint, iCall, Inc. claims ownership of the iCall mark and its registration in the United States Patent and Trademark Office ("USPTO"), U.S. Reg. No.2,194,066 (the "iCall Registration"). The iCall Registration is for "telephone communication services, including aural and optical information transmission."

5.      The iCall Registration originally issued in 1998 to The Wyatt Williams and Joel Libove Partnership d/b/a iCall (the "Partnership"). An assignment dated January 20, 2000, and recorded in the USPTO on or about February 12, 2000, provides that the Partnership assigned "any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066" to an individual named John Dahl. Copies of such recordation and assignment documents are attached as Exhibit A. The registrant did not assign the iCall mark or the goodwill of the business connected with the use of and symbolized by the mark.

6.      An assignment dated January 31, 2000, and recorded in the USPTO on or about February 23, 2000, provides that Mr. Dahl assigned to iCall, Inc., a California corporation, "any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066." Copies of such recordation and assignment documents are attached as Exhibit B. Mr. Dahl did not

-1-

assign the iCall mark or the goodwill of the business connected with the use of and symbolized by the mark.

7.      An assignment dated September 17, 2001, and recorded in the USPTO on or about August 27, 2004, provides that iCall Holdings Ltd., iCall Ltd., iCall, Inc. (a Delaware corporation) and "its merged predecessor" iCall, Inc., a California corporation assigned to an individual named John Mackel "any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066." Copies of such recordation and assignment documents are attached as Exhibit C. The assignors did not assign the iCall mark or the goodwill of the business connected with the use of and symbolized by the mark.

8.      An assignment dated July 30, 2004, and recorded in the USPTO on or about August 27, 2004, provides that Mr. Mackel assigned to the individual named Arlo C. Gilbert "any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066." Copies of such recordation and assignment documents are attached as Exhibit D. Mr. Mackel did not assign to Mr. Gilbert the iCall mark or the goodwill of the business connected with the use of and symbolized by the mark.

9.      On or about March 7, 2008, an assignment dated March 7, 2008, was recorded with the USPTO, which purports to assign from Mr. Gilbert to iCall, Inc. the iCall mark and the goodwill of the business symbolized by the mark. Copies of such recordation and assignment documents are attached as Exhibit E.

10.     A Nunc Pro Tunc assignment dated November 24, 2009, was recorded with the USPTO on or about December 10, 2009, which purports to transfer nunc pro tunc effective July 30, 2004, from Mr. Mackel to Mr. Gilbert the iCall mark and the goodwill associated therewith. Copies of such recordation and assignment documents are attached as Exhibit F.

11.     On December 16, 2009, iCall, Inc. filed a declaration of incontestability with the USPTO under 15 U.S.C. § 1065.

12.     An assignment of a registration is not valid to transfer a mark or the registration, therefore, unless it includes the mark and the goodwill of the business connected with the use of and symbolized by the mark.

13.     As evidenced by the assignments recorded with the USPTO the Partnership (Ex. A); John Dahl (Ex. B); iCall Holdings, Ltd., iCall Ltd., iCall, Inc. and its "merged predecessor" iCall, Inc. (Ex. C); and John Mackel (Ex. D) failed to assign both (l) the iCall mark and (2) the goodwill of the business connected with the use of and symbolized by the mark. Said assignments are therefore invalid assignments in gross and did not transfer any right, title or interest in the iCall mark or its registration to the purported assignees.

14.     As a result, Mr. Gilbert never owned the iCall mark that is the subject of Reg. No. 2,194,066 or its registration and could not assign it or its registration to iCall, Inc. Therefore, iCall, Inc. is not the owner of the iCall mark that is the subject of Reg. No. 2,194,066, or the registration.  iCall, Inc.'s filing of a declaration of incontestability pursuant to 15 U.S.C. § 1065 was, therefore, invalid and void ab initio.

15.     iCall, Inc.'s purported registration and its rights to the designation iCall have been abandoned due to the above assignments in gross from the Partnership (Ex. A); John Dahl (Ex. B); iCall Holdings, Ltd., iCall Ltd., iCall, Inc. and its "merged predecessor" iCall, Inc. (Ex. C); and John Mackel (Ex. D). The initial assignment, the assignments shown in Exhibits B through D and any subsequent assignments are invalid and of no effect. As a result of these multiple and serial abandonments, the registration of the iCall mark is void and abandoned and iCall, Inc. has no rights to either the iCall mark or to its registration, Reg. No. 2,194,066.

16.     On May 11, 2012, iCall filed the Complaint against Tribair arising out of Tribair's use of the mark "WiCall", which iCall alleges infringes on the iCall mark.

## FIRST CLAIM FOR RELIEF

### (Cancellation of U.S. Trademark Registration No. 2,194,066)

17.     Tribair re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 16 as though fully set forth.

18.     iCall, Inc.'s Trademark Registration No. 2,194,066 is and at the time of its registration was the generic designation for the services for which it is registered, namely, telephone communication services.

-3-

19. iCall, Inc,'s Trademark Registration No. 2,194,066 has been abandoned and therefore has lost all capacity as a source indicator for iCall, Inc.'s services.

20. Tribair is harmed by iCall, Inc.'s Trademark Registration No. 2,194,066 in that the prima facie effect of such registration tends to impair Tribair's rights to use the mark in question.

21. In view of the above allegations, iCall, Inc. is not entitled to continue registration of its alleged Trademark Registration No. 2,194,066 in that the alleged mark does not function to identify iCall, Inc.'s services and distinguish them from those offered by others.

## SECOND CLAIM FOR RELIEF

### (Declaratory Relief)

22. Tribair re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 21 as though fully set forth.

23. An actual controversy now exists between iCall, Inc. and Tribair regarding iCall, Inc.'s rights with respect to the iCall Registration and WiCall's right to use the WiCall mark. The controversy is of sufficient immediacy and reality to warrant declaratory relief under 28 U.S.C. § 2201.

24. Tribair is unable to use its WiCall mark effectively until a judicial determination of the foregoing disputed issues is obtained.

25. Wherefore, pursuant to 28 U.S.C. §§ 2201 and 2202, Tribair seeks a declaration of the rights and duties of the parties.

## PRAYER FOR RELIEF

WHEREFORE, Tribair prays for judgment as follows:

1. Declare that the iCall Registration has been involuntarily abandoned under 15 U.S.C. § 1127;

2. Declare that the iCall Registration is generic and not subject to exclusive ownership by iCall, Inc.;

3. That the iCall Registration be canceled and judgment be awarded in favor of Tribair and against iCall;

4. That Tribair be awarded its reasonable attorneys' fees and costs of suit; and

-4-

COUNTERCLAIM OF TRIBAIR, INC.                    CASE NO. CV 12 2406

1        5.    For such other and further relief as the Court deems just and proper.

2    Dated: July 2, 2012              DONAHUE GALLAGHER WOODS LLP

3

4                            By: _____

5                            John C. Kirke
                             Attorneys for Defendant and Counterclaimant

6                            TRIBAIR, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and local rule 38-201, Defendant and Counterclaimant Tribair, Inc. hereby demands trial by jury.

Dated: July 2, 2012                    DONAHUE GALLAGHER WOODS LLP


By: _____
John C. Kirke
Attorneys for Defendant and Counterclaimant
TRIBAIR, INC.

-6-

# EXHIBIT A

# Trademark Assignment Details

**Reel/Frame:** 2037 / 0285    View Recorded Assignment                **Pages:** 4
**Received:** 03/22/2000                **Recorded:** 02/12/2000
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Total properties: 1**

1    **Serial #:** 75098581     **Filing Dt:** 05/03/1996     **Reg #:** 2194066     **Reg. Dt:** 10/06/1998
    **Mark:** ICALL

## Assignor

1  WYATT WILLIAMS AND JOEL LIBOVE PARTNERSHIP, THE, D/B/A ICALL

                                           **Exec Dt:** 01/20/2000
                          **Entity Type:** GENERAL PARTNERSHIP
                          **Citizenship:** SOUTH CAROLINA

## Assignee

1  JOHN DAHL
    P.O. BOX 10058
    NEWPORT BEACH, CALIFORNIA 92658

                                          **Entity Type:** INDIVIDUAL
                          **Citizenship:** CALIFORNIA

## Correspondence name and address

    MALCOLM B. WITTENBERG
    P.O. BOX 7936
    FOUR EMBARCADERO CENTER, SUITE 1900
    SAN FRANCISCO, CA 94120-7936

Search Results as of: 09/16/2010 02:17 PM

---

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 16, 2008 v.2.0.1

03-22-2000

02-12-2000

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67



101292375

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

## RECORDATION FORM COVER SHEET
### TRADEMARKS ONLY

TO:  The Commissioner of Patents and Trademarks:  Please record the attached original document(s) or copy(ies).

### Submission Type

☒ New

☐ Resubmission (Non-Recordation)
Document ID#

☐ Correction of PTO Error
Reel #            Frame #

Corrective Document
Reel #            Frame #

### Conveyance Type

☒ Assignment          ☐ License

☐ Security Agreement          ☐ Nunc Pro Tunc Assignment

☐ Merger

☐ Change of Name          Effective Date
Month  Day  Year
01/20/00

☐ Other    23497.00010

### Conveying Party                    ☐ Mark if additional names of conveying parties attached

Name    The Wyatt Williams and Joel Libove Partnership, D/B/A ICALL

Formerly

Execution Date
Month  Day  Year
01/20/00

☐ Individual    ☒ General Partnership    ☐ Limited Partnership    ☐ Corporation    ☐ Association

☐ Other

☐ Citizenship/State of Incorporation/Organization    South Carolina

### Receiving Party                    ☐ Mark if additional names of receiving parties attached

Name    John Dahl

DBA/AKA/TA

Address (line 1)    P.O. Box 10058

Address (line 2)

Address (line 3)    Newport Beach          California          92658
City                    State/County          Zip Code

☒ Individual          ☐ General Partnership          ☐ Limited Partnership

☐ Corporation          ☐ Association

☐ Other

☐ Citizenship/State of Incorporation/Organization    California

If document to be recorded is an assignment and the
receiving party is not domicile in the United States,
an appointment of a domestic representative is
attached. (Designation must be a separate document
from Assignment.)

03/20/2000 DNGUYEN  00000129 033821  2194066
01 FC:481      40.00 CH

FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering
the data needed to complete the Cover Sheet.  Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the
Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503.  See OMB Information Collection Budget Package
0651-0027, Patent and Trademark Assignment Practice.  DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.
**Mail documents to be recorded with required cover sheet(s) information to:**
**Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231**

TRADEMARK

FORM PTO-1618B
Expires 06/30/99
OMB 0651-0027

**Page 2**

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

## Domestic Representative Name and Address

Enter for the first Receiving Party only.

| | |
|---|---|
| Name | Malcolm B. Wittenberg |
| Address (line 1) | Crosby, Heafey, Roach & May |
| Address (line 2) | P.O. Box 7936 |
| Address (line 3) | Four Embarcadero Center, Suite 1900 |
| Address (line 4) | San Francisco, CA 94120-7936 |

## Correspondent Name and Address

Area Code and Telephone Number | 415  543-8700

| | |
|---|---|
| Name | Malcolm B. Wittenberg |
| Address (line 1) | P.O. Box 7936 |
| Address (line 2) | Four Embarcadero Center, Suite 1900 |
| Address (line 3) | San Francisco, CA 94120-7936 |
| Address (line 4) | |

**Pages**    Enter the total number of pages of the attached conveyance document including any attachments.    # 2

## Trademark Application Number(s) or Registration Number(s)

☐ Mark if additional numbers attached

*Enter either the Trademark Application Number or the Registration Number (DO NOT ENTER BOTH numbers for the same property).*

| Trademark Application Number(s) | | | | Registration Number(s) | |
|---|---|---|---|---|---|
| | | | 2,194,066 | | |
| | | | | | |
| | | | | | |

## Number of Properties

Enter the total number or properties involved.    # 1

## Fee Amount

Fee Amount for Properties Listed (37 CFR 3.41):  $ 40.00

Method of Payment:
Deposit Account

Enclosed ☐          Deposit Account ☒

(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number:    # 03-3821

Authorization to charge additional fees:    Yes ☒    No ☐

## Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.  Charges to deposit account are authorized, as indicated herein.*

| Malcolm B. Wittenberg | [signature] | 2/10/00 |
|---|---|---|
| Name of Person Signing | Signature | Date |

12166040

## TRADEMARK ASSIGNMENT

This Agreement is entered into by John Dahl (Assignee), with a principal place of business at P.O. Box 10058, Newport Beach, California 92658 and The Wyatt Williams and Joel Libove Partnership, D/B/A ICall, a South Carolina Partnership, (Assignor), with its principal place of business at 15005 Beacon Ridge, # 200, Seneca, South Carolina 29678.

For good and valuable consideration, The Wyatt Williams and Joel Libove Partnership, D/B/A ICall, does hereby assign to John Dahl any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066.

By: _____

The Wyatt Williams and Joel Libove Partnership
d/b/a ICall, a South Carolina Partnership

Title:  General Manager

Date:  20 Jan 00          Jan 20, 2000

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

On _____, 2000, before me, _____, personally appeared _____
_____.- personally known to me - OR - ~ proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and official seal

_____
(SIGNATURE OF NOTARY)

2180639 1

**ALL-PURPOSE ACKNOWLEDGEMENT**

State of California

County of _COUTRA COSTA_ } ss.

On _JANUARY 20, 2000_ before me, _A. HARDSTONE_
(DATE)                                              (NOTARY)

personally appeared _JOEL LIBOVE_ and _CHARLES WYATT WILLIAMS_
(SIGNERS)

☐ personally known to me    - OR -    ☒ proved to me  on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

A. HARDSTONE
Comm. # 1233445
NOTARY PUBLIC - CALIFORNIA
Contra Costa County
My Comm. Expires August 29, 2003

WITNESS my hand and official seal.

_D. Hardstone_
NOTARY'S SIGNATURE

**━━━ OPTIONAL INFORMATION ━━━**

The information below is not required by law. However, it could prevent fraudulent attachment of this acknowledgement to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT
OF
SIGNER

Top of Thumbprint here

APA 5/99                        VALLEY-SIERRA  800-362-3369

# EXHIBIT B

# Trademark Assignment Details

**Reel/Frame:** 2059 / 0901          View Recorded Assignment          **Pages:** 3
**Received:** 04/26/2000
**Conveyance:** ASSIGNMENT: EFFECTIVE 01-31-2000          **Recorded:** 02/23/2000

## Total properties: 1

1          **Serial #:** 75098581          **Filing Dt:** 05/03/1996          **Reg #:** 2194066          **Reg. Dt:** 10/06/1998
           **Mark:** ICALL

## Assignor

1   DAHL, JOHN

                                                                **Exec Dt:** 01/31/2000
                                                                **Entity Type:** INDIVIDUAL
                                                                **Citizenship:** UNITED STATES

## Assignee

1   ICALL, INC.
    ONE WILSHIRE BLDG.                                           **Entity Type:** CORPORATION
    624 SOUTH GRAND AVENUE, SUITE 2900                           **Citizenship:** CALIFORNIA
    LOS ANGELES, CALIFORNIA 90017

## Correspondence name and address

    CROSBY, HEAFEY, ROACH & MAY
    MALCOLM B. WITTENBERG
    P.O. BOX 7936
    FOUR EMBARCADERO CENTER, SUITE 1900
    SAN FRANCISCO, CA 94120-7936

Search Results as of: 09/16/2010 02:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.1

**FORM PTO-1618A**
Expires 08/30/99
OMB 0651-0027

04-26-2000

|||||||||||||||||

101334294

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

## RECORDATION FORM COVER SHEET
## TRADEMARKS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

### Submission Type

- [X] New
- [ ] Resubmission (Non-Recordation)
  Document ID# _____
- [ ] Correction of PTO Error
  Reel # _____ Frame # _____
- [ ] Corrective Document
  Reel # _____ Frame # _____

### Conveyance Type

- [X] Assignment
- [ ] Security Agreement
- [ ] Merger
- [ ] Change of Name
- [X] Other 23497.00010

- [ ] License   *Ard*
- [ ] Nunc Pro Tunc Assignment   *2.23-00*

Effective Date
Month Day Year
01/31/00

### Conveying Party

- [ ] Mark if additional names of conveying parties attached

Name   John Dahl

Formerly _____

Execution Date
Month Day Year
01/31/0

- [X] Individual
- [ ] General Partnership
- [ ] Limited Partnership
- [ ] Corporation
- [ ] Association
- [ ] Other _____
- [ ] Citizenship/State of Incorporation/Organization   U.S.

### Receiving Party

- [ ] Mark if additional names of receiving parties attached

Name   iCall, Inc.

DBA/AKA/TA _____

Address (line 1)   One Wilshire Bldg.

Address (line 2)   624 South Grand Avenue, Suite 2900

Address (line 3)   Los Angeles,   California   90017
                    City            State/Country   Zip Code

- [ ] Individual
- [ ] General Partnership
- [ ] Limited Partnership
- [X] Corporation
- [ ] Association
- [ ] Other _____
- [ ] Citizenship/State of Incorporation/Organization   California

If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

### FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.
**Mail documents to be recorded with required cover sheet(s) information to:**
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

FORM PTO-1618B
Expires 06/30/99
OMB 0651-0027

**Page 2**

U.S. Department of Commerce
Patent and Trademark Office
**TRADEMARK**

## Domestic Representative Name and Address

Enter for the first Receiving Party only.

| | |
|---|---|
| Name | Malcolm B. Wittenberg |
| Address (line 1) | Crosby, Heafey, Roach & May |
| Address (line 2) | P.O. Box 7936 |
| Address (line 3) | Four Embarcadero Center, Suite 1900 |
| Address (line 4) | San Francisco, CA 94120-7936 |

## Correspondent Name and Address

Area Code and Telephone Number  | 415  543-8700

| | |
|---|---|
| Name | Malcolm B. Wittenberg |
| Address (line 1) | P.O. Box 7936 |
| Address (line 2) | Four Embarcadero Center, Suite 1900 |
| Address (line 3) | San Francisco, CA 94120-7936 |
| Address (line 4) | |

## Pages

Enter the total number of pages of the attached conveyance document including any attachments.  #  1

## Trademark Application Number(s) or Registration Number(s)

☐ Mark if additional numbers attached

*Enter either the Trademark Application Number or the Registration Number (DO NOT ENTER BOTH numbers for the same property).*

| Trademark Application Number(s) | | | Registration Number(s) | |
|---|---|---|---|---|
| | | | 2,194,066 | |
| | | | | |
| | | | | |

## Number of Properties

Enter the total number or properties involved.  #  1

## Fee Amount

Fee Amount for Properties Listed (37 CFR 3.41):  $  40.00

Method of Payment:
Deposit Account

Enclosed ☐     Deposit Account ☒

(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number:  #  03-3821

Authorization to charge additional fees:  Yes ☒   No ☐

## Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit accounts are authorized, as indicated herein.*

| Malcolm B. Wittenberg | | 2/10/00 |
|---|---|---|
| Name of Person Signing | Signature | Date |

12166040

## TRADEMARK ASSIGNMENT

This Agreement is entered into by John Dahl (Assignor), with a principal place of business at P.O. Box 10058, Newport Beach, California 92658 and iCall, Inc., a California Corporation (Assignee), with its principal place of business at One Wilshire Building, 624 South Grand Avenue, Suite 2900, Los Angeles, California 90017 (Assignee).

For good and valuable consideration, John Dahl, does hereby assign to iCall, Inc. any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066.

By: _____
John Dahl

Date: _____January  31,  2000_____

STATE OF CALIFORNIA
COUNTY OF Orange

On _Innuary 31_, 2000, before me, _Richard Buckner, Notary Public_ personally appeared _John Dahl_ _____ personally known to me ⌐OR - ~ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
(SIGNATURE OF NOTARY)

RICHARD BUCKNER
COMM...1231676
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 8, 2003

12181630.1

# EXHIBIT C

# Trademark Assignment Details

**Reel/Frame:** 3039 / 0886          View Recorded Assignment          **Pages:** 3
**Received:** 09/01/2004
**Conveyance:** ASSIGNS THE ENTIRE INTEREST          **Recorded:** 08/27/2004

## Total properties: 1

1     **Serial #:** 75098581          **Filing Dt:** 05/03/1996          **Reg #:** 2194066          **Reg. Dt:** 10/06/1998
      **Mark:** ICALL

## Assignors

1     ICALL HOLDINGS, LTD.                                        **Exec Dt:** 09/17/2001
                                                                  **Entity Type:** CORPORATION
                                                                  **Citizenship:** BERMUDA

2     ICALL LTD.                                                  **Exec Dt:** 09/17/2001
                                                                  **Entity Type:** CORPORATION
                                                                  **Citizenship:** BERMUDA

3     ICALL LTD.                                                  **Exec Dt:** 09/17/2001
                                                                  **Entity Type:** CORPORATION
                                                                  **Citizenship:** DELAWARE

4     ICALL LTD.                                                  **Exec Dt:** 09/17/2001
                                                                  **Entity Type:** CORPORATION
                                                                  **Citizenship:** CALIFORNIA

## Assignee

1     MACKEL, JOHN                                                **Entity Type:** INDIVIDUAL
      10316 LORENZO DRIVE                                         **Citizenship:** UNITED STATES
      LOS ANGELES, CALIFORNIA 90064

## Correspondence name and address

      FITZPATRICK, CELLA, HARPER & SCINTO
      TILA M. DUHAME
      30 ROCKEFELLER PLAZA
      NEW YORK, NY 10112-3800

Search Results as of: 09/16/2010 02:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.1

09-01-2004

TRANSMITTAL OF
TF

4/27/04

102826771

To the Director, U.S. Patent and Trademark Of

1. Name of conveying party(ies):

AUG 2 7 2004

iCall Holdings, Ltd.

[ ] Individual(s)               [ ] Association
[ ] General Partnership         [ ] Limited Partnership
[ ] Corporation-State
[x] Other Bermuda Corporation

Additional name(s) of conveying party(ies) attached?
[X] Yes                    [ ] No

2. ...uments or copy thereof.

...ving party(ies):

Name: John Mackel

Street Address: 10316 Lorenzo Drive

City: Los Angeles      State CA      ZIP 90064

[X] Individual(s) citizenship USA
[ ] Association
[ ] General Partnership
[ ] Limited Partnership
[ ] Corporation-State
[ ] Other
If assignee is not domiciled in the United States, a domestic
representative designation is attached:      [ ] Yes      [ ] No
(Designation must be a separate document from Assignment)
Additional name(s) & address(es) attached?   [ ] Yes   [X] No

3. Nature of conveyance:
[x] Assignment              [ ] Merger
[ ] Security Agreement      [ ] Change of Name
[ ] Other _____

Execution Date: September 17, 2001

4. Application number(s) or registration number(s):

A. Trademark Application No.(s)

B. Trademark Registration No.(s) 2,194,066

Additional numbers attached?    [ ] Yes    [X] No

5. Name and address of party to whom correspondence
concerning document should be mailed:

Name: _____ Fitzpatrick, Cella, Harper & Scinto

30 Rockefeller Plaza

New York, New York 10112-3800

Telephone No.: (212) 218-2100

Facsimile No.: (212) 218-2200

6. Number of applications and registrations involved: 1

7. Total fee (37 CFR 3.41):  ..  $40.00

[ ] Enclosed
[X] Authorized to be charged to deposit account

8. Deposit account number

06-1205

(Attach duplicate copy of this page if paying by deposit account):

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the
original document.*

Tila M. Duhaime                    _____            Aug 26, 2004
Name of Person Signing             Signature                Date

09/01/2004 STUN11  00000009 061205  2194066

01 FC:8521        40.00 DA

Total number of pages including cover sheet, attachments, and documents:

Form #123

NY_MAIN 448366v1

# ATTACHMENT TO TRADEMARK RECORDAL COVER SHEET

1.    (Con't)

iCall Ltd.
Bermuda Corporation
Citizenship: Bermuda
Execution Date: September 17, 2001

iCall Ltd.
Delaware Coporation
Citizenship: Delaware
Execution Date: September 17, 2001

iCall Ltd.
California Corporation
Citizenship: California
Execution Date: September 17, 2001

NY_MAIN 448369v1

## TRADEMARK ASSIGNMENT

This Agreement is entered into by iCall Holdings Ltd., a Bermuda corporation, and its subsidiaries iCall Ltd., a Bermuda corporation, iCall, Inc., a Delaware corporation, and its merged predecessor iCall, Inc., a California corporation (Assignor), with its principal place of business at One Wilshire Building, 624 South Grand Avenue, Suite 2900, Los Angeles, California 90017, and John Mackel (Assignee), 10316 Lorenzo Drive, Los Angeles, CA 90064.

1.      For good and valuable consideration, Assignor does hereby assign to Assignee any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066.

2.      Assignee hereby accepts assignment of U.S. Trademark Registration No. 2,194,066.

iCall Holdings Ltd.

By: _____

Anthony Fischler, Director

_____

John Mackel

STATE OF CALIFORNIA

COUNTY OF Los Angeles

On 9/17 , 2001, before me, Muthiah Nachiappan , personally appeared Anthony Howard Fischler personally known to me - OR - proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____

(SIGNATURE OF NOTARY)

MUTHIAH NACHIAPPAN
Comm. # 1283949
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Dec. 8, 2004

# EXHIBIT D

# Trademark Assignment Details

**Reel/Frame:** 3039 / 0884     View Recorded Assignment             **Pages:** 2
**Received:** 09/01/2004             **Recorded:** 08/27/2004
**Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST

**Total properties: 1**

1     **Serial #:** 75098581       **Filing Dt:** 05/03/1996       **Reg #:** 2194066       **Reg. Dt:** 10/06/1998
      **Mark:** ICALL

## Assignor

1   MACKEL, JOHN

                                     **Exec Dt:** 07/30/2004
                                  **Entity Type:** INDIVIDUAL
                                  **Citizenship:** NONE

## Assignee

1   GILBERT, ARLO C.
      1180 AVENUE OF THE AMERICAS, 14TH FLOOR           **Entity Type:** INDIVIDUAL
      IDOWNLOAD.COM                                   **Citizenship:** UNITED STATES
      NEW YORK, NEW YORK 10036

## Correspondence name and address

      FITZPATRICK, CELLA, HARPER & SCINTO
      TILA M. DUHAIME
      30 ROCKEFELLER PLAZA
      NEW YORK, NY 10112-3800

                                 Search Results as of: 09/16/2010 02:18 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.1

09-01-2004

TRANSMITTAL O~
T~

102826772

To the Director, U.S. Paten~ and Trademar~ O~                        ~uments or copy thereof.

1.   Name of conveying party(ies)~                          2.   Name and address o~ receiving party(ies):

John Mackel                                                Name: Arlo C. Gilbert

[X] Individual(s)              [ ] Association               Street Address: iDownload.com
[ ] General Partnership        [ ] Limited Partnership       1180 Avenue of the Americas, 14th Floor
[ ] Corporation-State
[ ] Other _____                                        City: New York        State NY      ZIP 10036

Additional name(s) of conveying party(ies) attached?        [x] Individual(s) citizenship   USA
[ ] Yes          [X] No                                     [ ] Association
                                                            [ ] General Partnership
3.   Nature of conveyance:                                  [ ] Limited Partnership
[x] Assignment              [ ] Merger                      [ ] Corporation-State
[ ] Security Agreement      [ ] Change of Name              [ ] Other _____
[ ] Other _____                                       If assignee is not domiciled in the United States, a domestic
                                                            representative designation is attached:   [ ] Yes   [ ] No
                                                            (Designation must be a separate document from Assignment)
Execution Date: July 30, 2004                               Additional name(s) & address(es) attached?  [ ] Yes  [x] No

4.   Application number(s) or registration number(s):

     A.  Trademark Application No.(s)                            B.  Trademark Registration No.(s) 2,194,066

                          Additional numbers attached?   [ ] Yes      [x] No

5.   Name and address of party to whom correspondence      6.   Number of applications and registrations involved: 1
     concerning document should be mailed:

     Name: _____ Fitzpatrick, Cella, Harper & Scinto      7.   Total fee (37 CFR 3.41): ..  $ 40.00

              30 Rockefeller Plaza                              [ ] Enclosed
                                                               [X] Authorized to be charged to deposit account
              New York, New York 10112-3800                8.   Deposit account number

     Telephone No.:  (212) 218-2100                             06-1205
                                                               (Attach duplicate copy of this page if paying by deposit account):
     Facsimile No.:  (212) 218-2200

                                   DO NOT USE THIS SPACE

9.   Statement and signature.

     *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the
     original document.*

     Tila M. Duhaime            [signature]                    Aug. 26, 2004
     _____    _____        _____
     Name of Person Signing            Signature                       Date
                          Total number of pages including cover sheet, attachments, and documents:

Form #123
09/01/2004 GTOH11    00000008 061205   2194066
01 FC:8521         40.00 0A

NY_MAIN 448355v1

## TRADEMARK ASSIGNMENT

This Agreement is entered into by John Mackel (Assignor), whose address is 10316 Lorenzo Drive, Los Angeles, CA 90064, and Arlo C. Gilbert (Assignee), whose address is IDownload.com, 1180 Avenue of the Americas, 14th Floor, New York, New York 10036.

    1.  For good and valuable consideration, Assignor does hereby assign to Assignee any and all of its right, title, obligation and interest in U.S. Trademark Registration No. 2,194,066.

    2.  Assignee hereby accepts assignment of U.S. Trademark Registration No. 2,194,066.



John E. Mackel, Assignor

Arlo C. Gilbert, Assignee

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On July 30, 2004, before me, M. Chacon, personally appeared John E. Mackel personally known to me – OR – (proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

(Signature of Notary)

[seal]

M. CHACON
Commission # 1282088
Notary Public - California
Los Angeles County
My Comm. Expires Nov 24, 2004

# EXHIBIT E

# Trademark Assignment Details

**Reel/Frame:** 3733 / 0748          View Recorded Assignment 🖼          **Pages:** 3
**Received:** 03/07/2008                              **Recorded:** 03/07/2008
**Attorney Dkt #:** 03735.000001
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

### Total properties: 1

**1**      **Serial #:** 75098581          **Filing Dt:** 05/03/1996          **Reg #:** 2194066          **Reg. Dt:** 10/06/1998
          **Mark:** ICALL

### Assignor

**1**   GILBERT, ARLO C.                                              **Exec Dt:** 03/07/2008
                                                                     **Entity Type:** INDIVIDUAL
                                                                     **Citizenship:** UNITED STATES

### Assignee

**1**   ICALL, INC.                                                  **Entity Type:** CORPORATION
        TWO SOUNDVIEW DRIVE                                          **Citizenship:** DELAWARE
        GREENWICH, CONNECTICUT 06830

### Correspondence name and address

        TIMOTHY J. KELLY
        30 ROCKEFELLER PLAZA, 38TH FLOOR
        FITZPATRICK, CELLA, HARPER & SCINTO
        NEW YORK, NY 10112

                                          Search Results as of: 09/16/2010 02:18 PM

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| Arlo C. Gilbert | | 03/07/2008 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
| --- | --- |
| Name: | iCall, Inc. |
| Street Address: | Two Soundview Drive |
| City: | Greenwich |
| State/Country: | CONNECTICUT |
| Postal Code: | 06830 |
| Entity Type: | CORPORATION: DELAWARE |

**PROPERTY NUMBERS** Total: 1

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Registration Number: | 2194066 | ICALL |

**CORRESPONDENCE DATA**

Fax Number:          (212)218-2200
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:               2122182100
Email:               tkelly@fchs.com, epagan@fchs.com, docketing@fchs.com
Correspondent Name:  Timothy J. Kelly
Address Line 1:      30 Rockefeller Plaza, 38th Floor
Address Line 2:      FITZPATRICK, CELLA, HARPER & SCINTO
Address Line 4:      New York, NEW YORK   10112

| ATTORNEY DOCKET NUMBER: | 03735.000001 |
| --- | --- |
| NAME OF SUBMITTER: | Timothy J. Kelly |
| Signature: | /tjk/ |
| Date: | 03/07/2008 |

2194066    CH  $40.00

Total Attachments: 1
source=Assignment#page1.tif

## UNITED STATES
## TRADEMARK ASSIGNMENT

WHEREAS, Arlo C. Gilbert, an individual having an address at 1180 Avenue of the Americas, 14th Floor, New York, NY 10036 (the "Assignor"), is the owner of the trademark ICALL and United States Trademark Registration No. 2,194,066 for the mark ICALL (hereinafter the "Trademark") and;

WHEREAS, iCall, Inc., a corporation organized and existing under the laws of the State of Delaware, located and doing business at Two Soundview Drive, Greenwich, CT 06830 (the "Assignee"), is desirous of acquiring all right, title and interest in and to the Trademark together with the goodwill of the business symbolized by the Trademark.

NOW, THEREFORE, in exchange for good and valuable consideration paid to Assignor by Assignee, the receipt of which is hereby acknowledged, Assignor hereby assigns to Assignee all of Assignor's right, title, and interest in and to the Trademark together with the goodwill of the business symbolized by the Trademark.

Signed at Greenwich, Connecticut this 7th day of March, 2008.

Arlo C. Gilbert

By:

Title: Owner/Assignor

PCHS_WS 2021760_1.DOC

# EXHIBIT F

# Trademark Assignment Details

**Reel/Frame:** 4111 / 0760     View Recorded Assignment                                         **Pages:** 4
**Received:** 12/10/2009                       **Recorded:** 12/10/2009
**Attorney Dkt #:** ICALL 12.10.09
**Conveyance:** NUNC PRO TUNC ASSIGNMENT

## Total properties: 1

| 1 | **Serial #:** 75098581 | **Filing Dt:** 05/03/1996 | **Reg #:** 2194066 | **Reg. Dt:** 10/06/1998 |
|---|---|---|---|---|
| | **Mark:** ICALL | | | |

## Assignor

1   MACKEL, JOHN E. MR.

                                                     **Exec Dt:** 11/24/2009
                                   **Entity Type:** INDIVIDUAL
                             **Citizenship:** UNITED STATES

## Assignee

1   GILBERT, ARLO C. MR.
     41 WEST PUTNAM AVENUE
     GREENWICH, CONNECTICUT 06830

                                                 **Entity Type:** INDIVIDUAL
                                   **Citizenship:** UNITED STATES

## Correspondence name and address

CHARLES CARREON
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

Search Results as of: 09/16/2010 02:18 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.1

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 07/30/2004 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Mr. John E Mackel | | 11/24/2009 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Mr. Arlo C Gilbert |
| Street Address: | 41 West Putnam Avenue |
| City: | Greenwich |
| State/Country: | CONNECTICUT |
| Postal Code: | 06830 |
| Entity Type: | INDIVIDUAL: UNITED STATES |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2194066 | ICALL |

**CORRESPONDENCE DATA**

Fax Number:         (520)843-2083
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:               5208410835
Email:               chas@charlescarreon.com
Correspondent Name:  Charles Carreon
Address Line 1:      2165 S Avenida Planeta
Address Line 4:      Tucson, ARIZONA  85710

| ATTORNEY DOCKET NUMBER: | ICALL 12.10.09 |
|---|---|
| NAME OF SUBMITTER: | Charles Carreon |
| Signature: | /Charles Carreon/ |

OP  $40.00  2194066

| Date: | 12/10/2009 |
|-------|------------|

Total Attachments: 2
source=Mackel-Gilbert-NPT.Signed#page1.tif
source=Mackel-Gilbert-NPT.Signed#page2.tif

## NUNC PRO TUNC ASSIGNMENT OF ENTIRE INTEREST

This *nunc pro tunc* trademark assignment is made from John E. Mackel, 801 S. Grand Avenue, 10th Floor, Los Angeles, California 90017 ("Assignor") to Arlo C. Gilbert, iCall, Inc., 41 West Putnam Ave., Greenwich, Connecticut 06830 ("Assignee").

Whereas, on July 30, 2004, Assignor held all right, title, and interest in and to U.S. Trademark Registration No. 2,194,066, for the mark ICALL, which mark was registered on October 6, 1998 (the "Mark"), and which right, title and interest of Assignor included the goodwill associated with and symbolized by the Mark;

Whereas, on July 30, 2004, Assignor previously executed an assignment that assigned all of his right, title, and interest in and to the Mark to Assignee (the "2004 Assignment"), which Assignment however omitted, due to clerical error, the formal assignment of the goodwill associated with and symbolized by the Mark;

Whereas, Assignor and Assignee agree that the Assignment as originally executed was intended to convey both the Mark and the goodwill associated with and symbolized by the Mark;

Now therefore, for good and valuable consideration that is hereby acknowledged, Assignor hereby assigns, transfers and otherwise conveys to Assignee, all right, title and interest in and to the Mark, including the goodwill symbolized by and associated with the Mark, *nunc pro tunc*, effective as of July 30, 2004.

Date: 11/24/2009 , 2009

Assignor:

John E. Mackel
801 S. Grand Avenue
10th Floor
Los Angeles, California 90017
Tel: 213-624-8407
Fax: 213-624-0174

Dated effective as of: _____

SUBSCRIBED and SWORN to before me
this _____ of _____, 2009

_____
Notary Public
My Commission Expires: _____

*See attached jurat.*

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this

24th day of November, 2009, by

(1)  John E. Maekel
          Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.(,)(X)

(and

(2)  _____
          Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
          Signature of Notary Public

BRENDA LEE TAVERA
Commission # 1711120
Notary Public - California
Los Angeles County
My Comm. Expires Jan 13, 2011

Place Notary Seal Above

---

## OPTIONAL

Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Nunc Pro Tunc Assignment of Entire Interest

Document Date: 11-24-09          Number of Pages: 1

Signer(s) Other Than Named Above: none

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org     Item #5910     Reorder: Call Toll-Free 1-800-876-6827