CHARLES CARREON (SBN 127139)
2165 S. Avenida Planeta
Tucson, AZ 85710
Telephone: 520.841.0835
Facsimile: 503.296.5317
E-mail: chas@charlescarreon.com

Attorneys for Plaintiff and Counterdefendant iCall, Inc.

JOHN C. KIRKE, #175055
SOPHIA E.C. SCHWARTZ, #272915
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Defendants TRIBAIR, INC.
and ERIC REIHER and Counteplaintiff
TRIBAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIBAIR, INC., ERIC REIHER and DOES 1-5,<br><br>　　　　　Defendants. | CASE NO. CV-12-2406 EMC<br><br>**STIPULATION TO ALLOW TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT**<br><br>Date: 8/21/2012<br>Time: 9:00 a.m.<br>Courtroom 5, 17th Floor |

WHEREAS, Plaintiff's counsel has requested to appear by telephone at the CMC to avoid the considerable expense of traveling to the Bay Area from his office in Tucson, Arizona.

WHEREAS, Defendants have no objection to Mr. Carreon appearing telephonically.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the Court is requested to enter an Order in the form submitted

-1-

herewith, authorizing Mr. Carreon to appear telephonically at the Case Management Conference scheduled for 9:00 a.m. August 21, 2012.

Dated: August 14, 2012                    DONAHUE GALLAGHER WOODS LLP


                                          By:s/John C. Kirke
                                             John C. Kirke
                                             Attorneys for Defendants TRIBAIR, INC. and
                                             ERIC REIHER

Dated: August 14, 2012


                                          By: s/Charles Carreon
                                              Charles Carreon
                                              Attorneys for Plaintiff ICALL, INC.

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.