UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TRIBAIR, INC., ERIC REIHER and DOES 1-5,<br><br>        Defendants. | CASE NO. CV-12-2406 EMC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO ALLOW TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT<br><br>Date: 8/21/2012<br>Time: 9:00 a.m.<br>Courtroom 5, 17th Floor |

The Court finds good cause to grant the stipulated request of the parties to permit counsel for plaintiff iCall, Inc. to appear telephonically at the 9:00 a.m., August 21, 2012 Case Management Conference; accordingly, IT IS SO ORDERED. ~~Plaintiff's counsel is further ORDERED to contact the Courtroom Deputy to confirm telephonic arrangements.~~ The Court will call both counsel between 9:00 and 10:00 a.m. on August 21, 2012.

Dated: August __16__, 2012

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Respectfully submitted this 14th day of August, 2012
s/Charles Carreon
_____
CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

-1-