**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | August 21, 2012 | **Time:** | 9:18-9:25 |
| | | **Court Reporter:** | Debra Pas 431-1477 |

**Case No. and Name:**   C12-2406 EMC iCall, Inc. v. Tribair, Inc. et al.

**Attorneys:**   Charles Carreon for Plaintiff
John Kirke for Defendants

**Deputy Clerk:**   Betty Lee

**PROCEEDINGS:**

- Telephonic CMC

**SUMMARY:**

- This case is referred to ADR for mediation.  Mediation is to be completed within 120 days.  Prior to mediation, formal discovery is stayed.   Any discovery beyond initial disclosures shall be taken pursuant to further order of the Court or stipulation.   Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit joint letter on unresolved issues to the Court.

Further telephonic CMC is set for 12/14/12 at 10:30 a.m.  Trial and motion dates will be set at that time.  An updated joint CMC Statement shall be filed by 12/7/12.

**cc:**   **ADR**