CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff iCall, Inc.

JOHN C. KIRKE, #175055
SOPHIA E.C. SCHWARTZ, #272915
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
P.O. Box 12979
Oakland, California  94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Defendants TRIBAIR, INC.
and ERIC REIHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ICALL, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>TRIBAIR, INC., ERIC REIHER and DOES 1-5,<br><br>           Defendants. | CASE NO.  CV 12-2406 EMC<br><br>**MOTION TO AMEND COMPLAINT PURSUANT TO STIPULATION**<br><br>**[LOCAL RULE 6-1]** |
|---|---|

Pursuant to F.R.Civ.P. 15(a)(2), Plaintiff iCall, Inc. ("Plaintiff") and Defendants Tribair, Inc. and Eric Reiher (collectively, "Defendants") and by and through their respective undersigned attorneys, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on May 11, 2012;

WHEREAS, Plaintiff has proposed to file a First Amended Complaint ("FAC") adding a single Claim for Relief for infringement of a California Service Mark, designated as the Fourth Claim for Relief;

-1-

THERFORE, IT IS HEREBY STIPULATED:

That Plaintiff be granted leave of Court to file the FAC in the form submitted herewith;

That Defendants be granted thirty (30) days from the date of filing to file an amended answer to address the allegations of the FAC.

IT IS SO STIPULATED.

Dated:  August 30, 2012            CHARLES CARREON, ESQ.


                                   By: /s/Charles Carreon
                                       Charles Carreon
                                       Attorney for Plaintiff iCall, Inc.


Dated:  August 30, 2012            DONAHUE GALLAGHER WOODS LLP


                                   By: /s/John C. Kirke
                                       John C. Kirke
                                       Attorneys for Defendants TRIBAIR, INC. and
                                       ERIC REIHER

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document was obtained and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: August 30, 2012

                          By: /s/Charles Carreon
                               Charles Carreon