CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff iCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ICALL, INC., | ) Case No.: CV 12 2405 NC |
|---|---|
| Plaintiff, | ) NOTICE OF UNAVAILABILITY |
| vs. | ) |
| TRIBAIR, INC., ERIC REIHER, and Does 1 – 5, | ) |
| Defendants. | ) |
| AND RELATED COUNTERCLAIM | ) |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Charles Carreon will be unavailable for any proceedings of any nature in the above matter from September 4 - 18. Purposely scheduling a conflicting proceeding without good cause is conduct subject to sanction. *Tenderloin Housing Clinic v. Sparks,* 8 Cal.App.4th 299 (1992).

Dated: August 28, 2012                              CHARLES CARREON, ESQ.


By: _____
CHARLES CARREON (127139)
Attorney for Plaintiff iCall, Inc.

NOTICE OF UNAVAILABILITY, Page 1 of 1