1   JOHN C. KIRKE, BAR NO. 175055
    johnk@donahue.com
2   ANDREW S. MACKAY, BAR NO. 197074
    andrew@donahue.com
3   SOPHIA E. C. SCHWARTZ, BAR NO. 272915
    sophia@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
5   1999 Harrison Street, 25th Floor
    Oakland, California  94612-3520
6   P.O. Box 12979
    Oakland, California  94604-2979
7   Telephone:     (510) 451-0544
    Facsimile:      (510) 832-1486
8
    Attorneys for Defendants
9   TRIBAIR, INC. and ERIC REIHER

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ICALL, INC.,                          Case No.  CV 12 2406

14              Plaintiff,                **DECLARATION OF ERIC REIHER IN**
                                          **OPPOSITION TO MOTION FOR**
15        v.                              **PRELIMINARY INJUNCTION**

16  TRIBAIR, INC., ERIC REIHER and        Date:         November 15, 2012
17  DOES 1-5,                             Time:         1:30 p.m.
                                          Ctrm:         5, 17th Floor
18              Defendants.               Judge:        Hon. Edward M. Chen

19
    AND RELATED COUNTERCLAIM.
20

21

22

23

24

25

26

27

28

- 1 -

1    I, Eric Reiher, hereby state and declare as follows:

2        1.      I am the Chief Executive Officer of the company Tribair, Inc. (hereafter "Tribair"),

3    a defendant in this action.

4        2.      I have a Master Degree in Computer Science from the University of Montreal.

5    Prior to Tribair, I was Chief Technology Officer of Mobivox and Chief Operating Officer of

6    Sabse Canada.

7        3.      Tribair selected the name WiCall because it was a simple name that described

8    what the application does: Wi-Fi calls. A Wi-Fi call is a term for a call placed on certain types of

9    wireless local area networks ("WLAN"). The name was selected to clearly and concisely

10   communicate to customers the nature of the product they were downloading. We never

11   considered that anyone would confuse WiCall with iCall, and certainly never intended that

12   consumers would confuse the two applications.

13       4.      Tribair launched a product called "WiCall: VoIP call, wifi call" (hereafter

14   "WiCall") available on Google's Android Market in August, 2012. A corresponding product,

15   WiCall: Cheap VoIP Phone Call became available on Apple's iTunes in January 2012.

16       5.      WiCall has a software component that is free to download and allows Voice over

17   Internet Protocol (VoIP) services. When a customer downloads WiCall onto his or her mobile

18   device, WiCall uses the device's microphone, speakers and Internet connection to let the customer

19   dial traditional telephone numbers without using traditional telephone technology which

20   accumulate long-distance charges from the telephone service provider.

21       6.      WiCall does not offer text messages or video connections, which are currently

22   offered by iCall. iCall's features use the phone's keyboard and camera for these additional

23   features.

24       7.      A customer must use credits in order to enable the calling features of WiCall.

25   Credits are purchased through the application which is linked to Apple's iTunes App Store or

26   Google's Android Market, which in turn bills the customer's credit card.

27       8.      WiCall advertises itself as a cheap VoIP calling service. New customers are given

28   a nominal amount in free credits (less than $1) so they may try the service at no cost. Once these

1   credits have been depleted, a customer must purchase credits to continue to make calls.  Most of

2   WiCall's competitors in the VoIP application market offer free credits and then require payment

3   after the credits are depleted.  In contrast, iCall advertises "Free Calls + Text" on the Google

4   Android Market and in other places.  A true and correct copy of the advertisement is attached

5   hereto as **Exhibit A.**

6        9.     There are over 1000 VoIP applications available, with Skype being by far the most

7   downloaded.  Skype, along with 10 to 20 other applications, is the leading competitor for Tribair's

8   applications.   Competitors include KakaoTalk, Skype, Talkatone, Viber, WeChat, Nimbuzz,

9   Fring, and Google Voice, to name a few.

10       10.    WiCall currently has a lot of momentum with its download and usage.  In Angola,

11  WiCall was the most downloaded application, even compared to other applications such as Angry

12  Birds, Skype and Facebook.  In 9 countries, WiCall has been in the top 10 most downloaded

13  applications.   In 20 countries, WiCall has been the most downloaded in the category of

14  "Productive applications."

15       11.    All of this is done without advertising.  WiCall does not have a website, and

16  Tribair does not pay for advertising on Apple's iTunes App Store or Google's Android Market.

17  The only time a user will find WiCall in those databases is through the search function which

18  populates results based on a formula controlled by Apple or Google.  On the Android Market,

19  WiCall relies on searches for keywords in its full title "WiCall: VoIP call, wifi call" and to a

20  lesser extent, keywords in its description. A true and correct copy of this reproduced title taken

21  from Google's Android Market is attached hereto as **Exhibit B.**

22       12.    A representative of the iTunes App Store called me regarding a complaint

23  submitted by iCall alleging infringement and threatening legal action.  When I explained the

24  source of the name WiCall and our commitment to the application, the App Store refused iCall's

25  request to remove WiCall from its listings.

26       13.    I recently visited the USPTO website.  I found a number of live trademarks that

27  also incorporate the sequence of letters ICALL into their marks.  A true and correct copy of this

28  list of marks listed on the USPTO's website is attached hereto as **Exhibit C.**

14.     Renaming the application would be devastating to customer loyalty.   Customers loyal to the brand WiCall would not find Tribair by searching the keyword WiCall.   If WiCall was renamed for even a short period of time, customer loyalty would be disrupted.

15.     An injunction against using WiCall poses a grave danger to Tribair.   Placement on the search results of the iTunes App Store and Android Market is critical to an application's success.   Being at the top of the list when a user queries keywords like "VoIP" is an extremely valuable commodity.   The highest result has a much higher chance of being downloaded than a result five, ten or fifty slots further down.   No one really knows exactly what would happen to the ordering of results if WiCall was renamed, because Apple and Google use a secret method to order search results on their iTunes App Store and Android Market.   A renamed product might be dropped all the way down to the bottom of keyword search results, even if all of its other features remain the same.   Most users never scroll down very far on a results page, so any drop would have a negative impact on WiCall's number of downloads and consequently, its revenue.

16.     VoIP customers have many different options and would be unlikely to find a renamed product even if they had very much liked the product under its original name.   More likely, they would select one of the more than 1000 applications that offer a service similar to WiCall.   Currently, WiCall enjoys a relatively high rank when customers type in relevant search terms.   For example, if a user searches for "VoIP Calls" in the iTunes App Store, WiCall populates as the fifth result.   A true and correct copy of the results of my user search is attached hereto as **Exhibit D**.   On the Android Market, WiCall populates as the second result.   A true and correct copy of my user search is attached hereto as **Exhibit E.**   Returning to the WiCall name after litigation concludes would not restore WiCall's strong position on the search results, and WiCall would never fully recover regardless of the amount of time, effort and expense Tribair invested.

17.     In an effort to understand iCall's allegations that WiCall is diverting business from iCall, I searched "iCall" in the google.com search engine.   Even though I browsed through the first ten pages of results, WiCall did not appear. A true and correct copy of the pages from my search is attached hereto as **Exhibit F**.   I also searched iCall in Google's Android Market and

- 3 -

1    iTunes.  A true and correct copy of the results of these searches is attached hereto as **Exhibit G.**
2    In each of these stores, iCall is the first application to appear, right next to its distinctive company
3    logo.  When WiCall does appear, it has its own logo and information including the application's
4    author.  There seems to be no plausible confusion that could arise between our VoIP product and
5    iCall's.
6         18.     There are other products and services similar to Plaintiff's iCall which incorporate
7    the iCall name.  Some of those on the Internet are iCallDialer (icalldialer.com), icallhere.com,
8    icallglobal.com, iCall My World &iCall USA (Phone cards), iCall Centre (iopen.co.za), iCall
9    Prepaid   (www.stinternationalcards.com/spanish/Details.asp?Product=4096),   iCall   Manager
10   (icallmanager.com), iCallFree (icallfree.com.ar), icall.ge, icallinsurance.com, iCall Solutions
11   (icall.com.sg) and iCallServices.com.  Applications on Apple's iTunes and Google's Android
12   Market include iCallDialer, iCallDialerLite, I Call You, EasiCall, iCallShotgun, and Ashneh Icall.
13        19.     I am personally familiar with WiCall's logos. The icon reproduced immediately
14   below is WiCall's logo as viewed on Apple's iTunes App Store:



20   The icon reproduced below is WiCall's logo as viewed on Google's Android Market:



26        20.     I am personally familiar with the logo for iCall.  The icon reproduced below is
27   iCall's logo as viewed on Apple's iTunes App Store and Google's Android Market:
28
                                             - 4 -



21.    WiCall's logo on Google's Android Market incorporates the icon for the WiFi Alliance.  The trademarked logo for the WiFi Alliance is reproduced below:



The foregoing is based on my personal knowledge.  If called to testify as a witness, I could and would testify competently thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on October 25, 2012 at Longueuil, Canada.

Eric Reiher

# EXHIBIT A

+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ·          Sign in

Search

| SHOP ◢ | | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |



### iCall: Free Calls + Text
iCall

(1,563)

INSTALL

OVERVIEW

#### Users who viewed this also viewed


**Viber : Free Calls & Messa…**
VIBER MEDIA, LTD
(464,637)
Free


**fring**
FRINGLAND
(78,502)
Free


**Google Voice**
GOOGLE INC. ◆
(99,636)
Free


**HeyWire - FREE Texting**
MEDIAFRIENDS, INC.
(54,817)
Free

#### Users who installed this also installed

### Description

Make & Receive free calls, free texts, phone calls and IM all for free w/ iCall!
Make free calls to real phones AND free calls to other iCall users! New York Times App of the Week, iCall has been downloaded more than 15,000,000 times! Make free calls, instant message, share photos, and chat with friends on Facebook chat, AIM, ICQ, Windows Live Messenger, XMPP and more!

Free, easy, instant registration required. More than 15,000,000 can't be wrong!

Plus you can send free text messages to other iCall users, receive free text messages from users of any other IM service. Free texts and free calls together make iCall a fantastic app. Start sending free texts and making and receiving free calls today!

iCall lets you make free phone calls using VoIP technology. VoIP saves you money by routing your phone call over the internet instead of the cellular network. The other person does NOT need to have iCall installed, you can make free phone calls using VoIP to regular phones!

PC Magazine says:
"iCall teaches Skype a lesson…"

The New York Times says:
"iCall was a breeze to use…"

Features:
● FREE phone calls - ad-supported USA & Canadian calling!
● Receive VoIP calls even when the app is not running
● Calls don't count towards your cell-calling plan
● Dirt-cheap international rates
● No roaming charges
● Compatible with the iPhone, iPod Touch, and iPad. Turn your iPod Touch into a real phone (microphone and headset required for iPod Touch second generation users)
● Instant message with users of iCall, Facebook, AIM, Windows Live Messenger, ICQ, Google Talk and any other XMPP enabled service.
● Share photos with anybody from right inside of iCall
● Use your iCall account anywhere
● Paid plans and premium features available for power users!

Compare iCall to other popular VoIP apps such as: Viber, Skype, Tango, Kakao, ooVoo and Text Plus! Hands down iCall is superior to all other VoIP, video, free call and free text services.

-------------------------------

1.2k

**ABOUT THIS APP**

RATING:
(1,563)

UPDATED:
June 28, 2012

CURRENT VERSION:
0.9.34

REQUIRES ANDROID:
2.2 and up

CATEGORY:
Communication

INSTALLS:
100,000 - 500,000

last 30 days

SIZE:
4.4M

PRICE:
Free

CONTENT RATING:
Everyone



**Eon Phone Lite - Free Calls**
DISCOVER CALLING, INC.
(572)
Free



**VoIP Assistant (Free)**
FIREBALL TECHNOLOGY GROUP, I...
(93)
Free



**SingFafa:Free Voip Call & ...**
PINGSHOW
(73)
Free



**GlobalTalk- free phone calls**
SEAWOLF TECH
(441)
Free

Certain premium features require iCall credits.

*IMPORTANT VOIP OVER CELLULAR DATA NOTICE*
Because some mobile network operators may prohibit or restrict the use of Voice over Internet Protocol (VoIP) functionality over their network, such as the use of VoIP telephony over a cellular network, and may also impose additional fees, or other charges in connection with VoIP, You agree to learn and abide by your cellular carrier's network restrictions. iCall will not be held liable for any charges, fees or liability imposed by your carrier for use of VoIP over 3G or VoIP over 4G

LESS

Visit Developer's Website ›    Email Developer ›    Privacy Policy ›

## App Screenshots





## Videos

## User Reviews    Write a Review >

| | | |
|---|---|---|
| 5 star | | 1,097 |
| 4 star | 161 | |
| 3 star | 85 | |
| 2 star | 47 | |
| 1 star | 173 | |

**Average rating:**

# 4.3

1,563

**Antorenzo** - August 11, 2012 - ZTE X500 with version 0.9.34
### #1 best app
This the best voip app i have it on the computer and andriod and ipod i love this app i only use it for emergancy sometimes then again this tje best app i suggest people out there who want to make free good quailty calls please download icall you will love it

**Vanessa** - July 2, 2012 - LG Optimus One with version 0.9.34
### Convenient
If calls lasted longer than four minutes and you could recieve calls it would be a five star app, other than that its

great :)

**Ivan** - September 3, 2012 - Samsung Admire with version 0.9.34

**Bad limit!**

This app would totally get 5 stars if it wasn't for the 5 minute talk limit that it has for every call! Thats super annoying!! -.-

Read All User Reviews ›

| My Orders & Settings | Redeem | Buy Gift Card | Buy Google Play Credit | English (United States) | Help |

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

icall

Sign in

Web   Images   Maps   Shopping   More ⌄   Search tools

About 1,130,000 results (0.12 seconds)

**iCall** - Free Phone Calls, Video Chat & Texting
www.**icall**.com/
**iCall** lets you make free phone calls, video chat and text on your computer, iPhone, iPod Touch, iPad and Android device.

iCall Mobile
iCall for iOS. Take iCall with you and say goodbye to roaming ...

Get iCall
Install - iCall Desktop - iCall Mobile - ...

Free Calling
A summary of the free iCall calling services. ... In order to help ...

Web Browser Calling
iCall Web runs in any browser and on any platform with Adobe ...

Install
Download iCall for Windows. Good news! iCall should already have ...

My iCall
You are not logged in. My iCall · Login · Register. Username ...

More results from icall.com »

**iCall** - Free Phone Calls, Video Chat, SMS + Instant Text Messages ...
https://itunes.apple.com/us/app/**icall**-free-phone.../id293837001?mt...
Sep 12, 2012 – Description. Make free phone calls to real phones AND other **iCall**
users! New York Times App of the Week, **iCall** has been downloaded more ...

**iCall** - CNET Download.com
download.cnet.com › ... › Web Phones & VoIP Software
         52 reviews - Windows
Mar 10, 2012 – **iCall** is a video and audio call utility that works on Windows and Macs,
as well as most mobile devices.

**iCall** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**ICall**
**iCall**, Inc. is a privately held telecommunications company founded in 2006 by Arlo C.
Gilbert and Andrew H. Muldowney. **iCall** creates and distributes a self titled ...

Apple Lifts 3G VoIP Restrictions, **iCall** with 3G Support Available ...
www.prnewswire.com/.../apple-lifts-3g-voip-restrictions-**icall**-with-3g...
Apple Lifts 3G VoIP Restrictions, **iCall** with 3G Support Available Immediately. **iCall**
VoIP services for the Apple iPhone and iPod Touch are now available for use ...

**iCall** - Dallas, TX - Company | Facebook
www.facebook.com/**icall**
**iCall**, Dallas, TX. 6954 likes · 99 talking about this · 71 were here.

Free Phone Calls With **iCall**
freebies.about.com › ... › Other Freebies › Computer Freebies

by Stacy Fisher - in 394 Google+ circles - More by Stacy Fisher
You can make free PC to phone calls using the free **iCall** software, from the
**iCall** website, or via the free **iCall** iPhone app.

Searches related to **icall**

free voip                          icall for ipod touch
icall review                       icall promo code
icall vs skype                     skype
icall international rates           icall for mac

1   2   3   4   5   6   7   8   9   10   **Next**

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms

**Power Search**

See All

All Results

🎵 Music
🎬 Movies
📺 TV Shows
🅰 Apps
📙 Books
🎙 Podcasts
🎓 iTunes U

 **iCall - Free Phone Calls,...**
Social Networking
Updated Sep 12, 2012
FREE ■

 **WiCall - Cheap VoIP Ph...**
Productivity
Updated Sep 25, 2012
FREE

 **Fake Call "Universal Edition...**
Entertainment
Updated Mar 21, 2012
➕ FREE

 **Tribair - Cheap phone c...**
Productivity
Updated Sep 25, 2012
FREE

See All

 **Fake Call "Universal Edi...**
Entertainment
Updated Mar 21, 2012
➕ FREE

 **Fake Call "Universal Edi...**
Entertainment
Released Sep 06, 2011
➕ $0.99  BUY

iTunes Store     Search Results for  iCall"

**Explore**
Music
Movies
TV Shows
App Store
Books
Podcasts
...More

**Features**
Browse
All HD Movies
HD TV
Pre-Orders
Purchased
iTunes Match

**Help**
Support
iTunes Tutorials
Rent & Buy Movies

**Manage**
Account
Redeem
My Wish List
Change Country



Copyright © 2012 Apple Inc. All rights reserved.   Privacy Policy | Terms and Conditions

# EXHIBIT B

+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ⌄                                              Sign in

Search

SHOP ⌄                                    MY MUSIC    MY BOOKS    MY MAGAZINES    MY MOVIES & TV    MY ANDROID APPS



### WiCall : VoIP call, wifi call

Zenitalk VOIP, call with us

(6,790)

INSTALL

OVERVIEW


### More from developer


**Voice changer calling**
ZENITALK VOIP, CALL WITH US
(7,469)
Free


**tablet calling**
ZENITALK VOIP, CALL WITH US
(804)
Free


**nicer - Call any Phone**
ZENITALK VOIP, CALL WITH US
(574)
Free


**Call Africa**
ZENITALK VOIP, CALL WITH US
(113)
Free

See more ›

### Users who viewed this also viewed


**Viber : Free Calls & Messa...**
VIBER MEDIA, LTD
(465,035)
Free


**GrooVe IP**
SNRB LABS
(2,899)
$4.99


**Nimbuzz Messenger**
NIMBUZZ BV
(89,429)
Free

## Description

Make cheap calls using your wifi / 3G.
Cheaper than Skype out, better than Viber
"The cheapest VOIP service on the Android Market"

Incredibly cheap mobile calls, you won't believe our rates for your long distance or international calls. Much cheaper than calling with Skype out.

Use your Wifi (or 3G / 4G) to make VoIP calls with your android phone or honeycomb.

MORE

Visit Developer's Website ›    Email Developer ›

## App Screenshots

   

## User Reviews    Write a Review >

| | | |
|---|---|---|
| 5 star | | 4,292 |
| 4 star | 1,357 | |
| 3 star | 535 | |
| 2 star | 166 | |
| 1 star | 440 | |

Average rating:

# 4.3

6,790

5.9k

ABOUT THIS APP

RATING:
(6,790)

UPDATED:
September 19, 2012

CURRENT VERSION:
38

REQUIRES ANDROID:
1.5 and up

CATEGORY:
Communication

INSTALLS:
500,000 - 1,000,000



last 30 days

SIZE:
4.5M

PRICE:
Free

CONTENT RATING:
Everyone

**Jody** - October 13, 2012 - Samsung Galaxy S3 with version 38
        **A necessity abroad!**
I travel internationally a good bit and I couldnt stay in touch with family without it! Get it, you won't be dissapointed!



**Bria Android - VoIP Softph...**
COUNTERPATH CORP
(781)
$7.99

## Users who installed this also installed



**call Asia**
ZENTALK VOIP, CALL WITH US
(116)
Free



**Mobile Voip phone, Save m...**
ZENTALK VOIP, CALL WITH US
(220)
Free



**Call America**
ZENTALK VOIP, CALL WITH US
(95)
Free



**call Europe**
ZENTALK VOIP, CALL WITH US
(60)
Free

Anthony - September 28, 2012 - Motorola Atrix with version 38
**Big money saver. Easy to use**
Easy to use and safe to top up Via PayPal. Idiot proof all you need is a Wi-Fi connection. Saved a fortune ringing UK from USA. Easy to track credit as displayed in app. Not an app that I'll use everyday but will depend on when calling from or to a foreign land. Thanks developer. Forgot to mention you get free credit so you can give it a try before you buy, though only 15p or c it goes a long way when calls are so cheap. Install it just in case you need emergency credit or no mobile signal when abroad.

vicente - September 22, 2012 - Samsung Galaxy S3 with version 38
**Not working on Galaxy s3**
What's wrong guys? This app is not working anymore,unnistalled and installed againg but same problem pls update

Read All User Reviews ›

My Orders & Settings    |    Redeem    |    Buy Gift Card    |    Buy Google Play Credit    |    English (United States)    |    Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

App Store   Productivity   Tribair



**Free App**

Category: Productivity
Updated: Sep 25, 2012
Version: 1.6.5
Size: 3.5 MB
Languages: English, Arabic,
Chinese, Dutch, French, German,
Hebrew , Italian, Japanese, Korean…
Portuguese, Russian, Spanish, Thai
Seller: Tribair Inc        ...More
© Tribair 2012

**Rated 4+**

**Requirements:** Compatible with
iPhone 3GS, iPhone 4, iPhone 4S,
iPhone 5, iPod touch (3rd
generation), iPod touch (4th
generation), iPod touch (5th
generation) and iPad. Requires iOS
3.1.2 or later

### Top In-App Purcha...

| | | |
|---|---|---|
| 1 | $10 credits | $9.99 |
| 2 | $20 credits | $19.99 |
| 3 | $30 credits | $29.99 |

### More iPhone Apps by Tribair



Tribair - Cheap phone calls
Blue VoIP
One Calling Card - long dista…
WiCall Business - High qualit…

### Description

WiCall is simply the easiest and cleanest application to make cheap internet phone calls all over the world.

WiCall has reached 4 million users within 9 months. …

Try it for free.

...More

**WiCall - Cheap VoIP Phone Call Support**

### What's New in Version 1.6.5

iOS 6
Improved display

### iPhone Screenshots





### Customer Ratings

**Average rating for the current version:**          22 Ratings          **Rate this application:**

| | |
|---|---|
| | 7 |
| | 5 |
| | 0 |
| ★ | 1 |
| | 9 |

**Average rating for all versions:**          496 Ratings

### Customer Reviews          Current Version (16)          All Versions (371)

Sort By:   **Most Helpful**

Write a Review

**Difficult to get connected**
by DVOISIN - Version 1.6.5 - Sep 26, 2012                                      Report a Concern

I only get connected 10% of the time, after trying several times.

**1 out of 1 customers found this review helpful**                Was this review helpful? Yes | No

---

**Scam**
by dskul2112 - Version 1.6.5 - Sep 26, 2012                                   Report a Concern

Not free at all. Total scam

**1 out of 1 customers found this review helpful**                Was this review helpful? Yes | No

---

**Awesome**
by Kelsey vakulskas - Version 1.6.5 - Sep 26, 2012                            Report a Concern

This app is so awesome

Was this review helpful? Yes | No

---

**It work 4 me.** ■
by Natalia Merlo - Version 1.6.5 - Sep 30, 2012                               Report a Concern

Good international prices

Was this review helpful? Yes | No

---

**Good app**
by Hiren18289 - Version 1.6.5 - Oct 1, 2012                                   Report a Concern

It really worksss

Was this review helpful? Yes | No

---

**Esta chido**
by El mejor25 - Version 1.6.5 - Oct 1, 2012                                   Report a Concern

Esta excellente puedo llamar a mexico mas barato q todo y aqui en eeuu q lindo app

Was this review helpful? Yes | No

---

**avis**
by didou2012   - Version 1.6.5 - Oct 4, 2012                                  Report a Concern

best app in the world

Was this review helpful? Yes | No

---

**Huh**
by Jdswmmr - Version 1.6.5 - Oct 7, 2012                                      Report a Concern

Does not work. I have a very good wifi signal but I cannot connect. I even have money on my account.

Was this review helpful? Yes | No

---

**Good thing**
by Serenity771 - Version 1.6.5 - Oct 11, 2012                                 Report a Concern

Great app!!

Was this review helpful? Yes | No

---

**Awesome**
by Johnny Carrasquillo - Version 1.6.5 - Oct 13, 2012                         Report a Concern

Love it love it

Was this review helpful? Yes | No

## Customers Also Bought

    

**OneCall - Cheap International Call**
Productivity

**CallTime - Cheap US & Canada Phone Call**
Productivity

**My Locked Folder Lite - Dot Lock...**
Productivity

**Bluetooth Share HD Lite**
Productivity

**Госуслуги**
Productivity

**BatterySense Philips Consu...**
Productivity

iTunes Store      App Store      Productivity      Tribair      WiCall - Cheap VoIP Phone Call

**Explore**
Music
Movies
TV Shows
App Store
Books
Podcasts
...More

**Features**
Browse
All HD Movies
HD TV
Pre-Orders
Purchased
iTunes Match

**Help**
Support
iTunes Tutorials
Rent & Buy Movies

**Manage**
Account
Redeem
My Wish List
Change Country

Copyright © 2012 Apple Inc. All rights reserved.   Privacy Policy | Terms and Conditions



# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 18 05:21:27 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: [          ] OR Jump to record: [          ]

**34 Records(s) found (This page: 1 ~ 34)**

Refine Search [live and (*iCall)[COMB]          ]   Submit

Current Search: **S2: live and (*iCall)[COMB]** docs: 34 occ: 68

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 85657192 | | LOGICALL SMART PATH | TSDR | LIVE |
| 2 | 85058304 | | ECONOMICALL | TSDR | LIVE |
| 3 | 85574570 | | WICALL | TSDR | LIVE |
| 4 | 85013657 | | AMPLICALL | TSDR | LIVE |
| 5 | 85067079 | 3960127 | MDICALL | TSDR | LIVE |
| 6 | 85575725 | | WIFICALL | TSDR | LIVE |
| 7 | 85976076 | 4103246 | AMPLICALL | TSDR | LIVE |
| 8 | 85418315 | | MULTICALL | TSDR | LIVE |
| 9 | 85323629 | 4079855 | BASICALLS | TSDR | LIVE |
| 10 | 85199402 | 4048129 | CLINICALL RN | TSDR | LIVE |
| 11 | 79077747 | 3885610 | ACTICALL | TSDR | LIVE |
| 12 | 78891989 | 3360799 | INVISICALL | TSDR | LIVE |
| 13 | 78791918 | 3413046 | HICALL | TSDR | LIVE |
| 14 | 78605942 | 3205074 | VERICALL EDGE | TSDR | LIVE |
| 15 | 78469165 | 3081786 | CONFIDENTICALL | TSDR | LIVE |
| 16 | 77928941 | | VERICALL | TSDR | LIVE |
| 17 | 77702718 | 3890766 | MAJICALL | TSDR | LIVE |
| 18 | 77829047 | 3761311 | LOGICALL | TSDR | LIVE |
| 19 | 77680940 | 3756831 | CERTICALL | TSDR | LIVE |
| 20 | 77600994 | 3704476 | MEDICALL | TSDR | LIVE |
| 21 | 77557780 | 3923594 | SPHERICALL | TSDR | LIVE |
| 22 | 77408631 | 3553171 | INTELLICALL | TSDR | LIVE |
| 23 | 77408551 | 3511672 | I | TSDR | LIVE |
| 24 | 77322142 | 3461407 | MEXICALL | TSDR | LIVE |
| 25 | 76455880 | 2819013 | ICALL | TSDR | LIVE |
| 26 | 76401940 | 2692937 | COGNICALL | TSDR | LIVE |
| 27 | 75933931 | 2440761 | LYRICALL | TSDR | LIVE |

| 28 | 75024080 | 2080127 | PROTICALL | TSDR | LIVE |
| 29 | 75098581 | 2194066 | ICALL | TSDR | LIVE |
| 30 | 74560596 | 1927665 | TOXICALL | TSDR | LIVE |
| 31 | 74493181 | 1921608 | UNICALL | TSDR | LIVE |
| 32 | 74286082 | 1774111 | OMNICALL | TSDR | LIVE |
| 33 | 73787690 | 1614145 | AMERICALL | TSDR | LIVE |
| 34 | 73665878 | 1475495 | MATERNICALL | TSDR | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   PREV LIST   NEXT LIST   IMAGE LIST   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT D

**Power Search**



All Results

-  Music
- Movies
- TV Shows
- Apps
- Books
- Podcasts
- iTunes U

See All

 **VoIP Call**
Productivity
Updated Mar 15, 2011
FREE

 **Viber - Free Phone Cal...**
Social Networking
Updated Sep 30, 2012
FREE

 **MobileVOIP**
Social Networking
Updated May 25, 2012
FREE

 **Talkatone - free phone...**
Social Networking
Updated Oct 10, 2012
FREE

 **WiCall - Cheap VoIP Ph...**
Productivity
Updated Sep 25, 2012
FREE

 **Text Free: Real Phone Nu...**
Productivity
Updated Jun 08, 2012
FREE

See All

 **MobileVOIP**
Social Networking
Updated May 25, 2012
FREE

 **Talkatone - free phone...**
Social Networking
Updated Oct 10, 2012
FREE

 **Vtok - Google talk video c...**
Social Networking
Updated Aug 14, 2012
FREE

 **Line2 - A new phone li...**
Productivity
Updated Oct 19, 2012
FREE

 **MilliTalk   Free Calling ...**
Business
Updated Sep 24, 2012
FREE

 **Skype for iPad**
Social Networking
Updated Oct 11, 2012
FREE

iTunes Store      Search Results for  VoIP Call"

| Explore | Features | Help | Manage |
|---|---|---|---|
| Music | Browse | Support | Account |
| Movies | All HD Movies | iTunes Tutorials | Redeem |
| TV Shows | HD TV | Rent & Buy Movies | My Wish List |
| App Store | Pre-Orders | | Change Country |
| Books | Purchased | | |
| Podcasts | iTunes Match | | |
| ...More | | | |

Copyright © 2012 Apple Inc. All rights reserved.   Privacy Policy | Terms and Conditions



# EXHIBIT E

+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ▾                                                    Sign in

VoIP Call

| SHOP ▵ | | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |

Android Apps   |   All prices   |   SafeSearch: Off   |   Sort by: Relevance

## Android Apps   At least 1000 results

**VOIP -Call Cheaper than Skype**
ROAMING FREE TEAM  /  TOOLS
(1,081)
INSTALL

cheaper calls from your cellphone Our rates are 67% cheaper than Skype Cheaper offers cheap VOIP calls over Wifi. International calls has never been that cheap. Our r...

**WiCall : VoIP call, wifi call**
ZENITALK VOIP, CALL WITH US  /  COMMUNICATION
(6,790)
INSTALL

Make cheap calls using your wifi / 3G. Cheaper than Skype out, better than Viber "The cheapest VOIP service on the Android Market" Incredibly cheap mobile calls, you ...

**KakaoTalk Free Calls & Text**
KAKAO ◆  /  COMMUNICATION
(1,001,850)
INSTALL

KakaoTalk, the ultimate smartphone messenger No.1 rated mobile messenger chosen by 60M in 230+ countries! Check out why everyone loves "Ka-Talking"! *FREE Unlimited V...

**MobileVOIP Cheap Calls**
FINAREA  /  COMMUNICATION
(9,991)
INSTALL

Cheap calls using MobileVOIP over 3G or Wifi! Call roaming free! Cheap Calls: The MobileVOIP dialer lets you make cheap calls to national or international destinations...

**Skype - free IM & video calls**
SKYPE  /  COMMUNICATION
(734,973)
INSTALL

Make free Skype-to-Skype video calls, and call phones at Skype rates on the move Free voice and video calls to anyone else on Skype, whether they're on an Android, iPh...

**Wifi Voip: make VOIP calls**
ZENITALK VOIP, CALL WITH US  /  TRAVEL & LOCAL
(568)
INSTALL

Wifi Voiper lets you make cheap calls to national or international destinations. Make VoIP calls over a wifi connection (or 3G). Forget roaming fees. Wifi Voiper lets...

**Spare Phone - VoIP Voice Calls**
GUIDOLOGY  /  COMMUNICATION
(88)
$2.99 BUY

Spare Phone - Make and receive VoIP calls over WiFi with your Google Voice account! Phone calls without using cell phone minutes! Some comments from users: "So easy -...

**Bria Android - VoIP Softphone**
COUNTERPATH CORP  /  COMMUNICATION
(781)
$7.99 BUY

Bria Android Edition – the SIP Softphone with Video, Voice, SMS, IM & Presence Bria Android Edition is an award-winning SIP-based softphone for your Android OS devices...

**JustVoip voip calls**
FINAREA  /  COMMUNICATION
(102)
INSTALL

Phone costs are pretty high these days. We were sick of paying too much and being ripped off. If you are too, just check out our extremely low rates and see what we me...

**Viber : Free Calls & Messages**
VIBER MEDIA LTD  /  COMMUNICATION
(465,199)
INSTALL

Viber - Be Free to Communicate. Call and text anyone, anywhere. Viber lets everyone in the world connect. Freely. More than 90 million Viber users call, text, and send...

**3CXPhone - VoIP / SIP phone**
3CX  /  COMMUNICATION
(3,112)
INSTALL

Free SIP phone to make VoIP calls via an IP PBX (3CX /Asterisk)or VoIP provider 3CXPhone for Android is a free VoIP Softphone that works with SIP based IP PBXs such as...



**FreePP : Free Call & Free MMS**
FREEPP INC.  /  COMMUNICATION
(6,354)

INSTALL

**********news********** We're always excited to hear from you! If you have any feedback, questions, or concerns, please follow us on Facebook: http://www.facebook.com...

---



**Rebtel: Free and Cheap Calls**
REBTEL  /  COMMUNICATION
(6,183)

INSTALL

Free International Calls to Rebtel App Users, very Cheap elsewhere Rebtel is an Android, iPhone, iPad and Windows phone App that allows you to call for free to your fr...

---



**Bobsled Calling**
BOBSLED BY T-MOBILE  /  COMMUNICATION
(3,864)

INSTALL

Free calling between Web, Android, iPhone/iPod/iPad, and phones. Bobsled Calling gives you UNLIMITED CALLING to all your friends and family - talk to any of your Faceb...

---



**Voice changer calling**
ZENITALK VOIP, CALL WITH US  /  SOCIAL
(7,469)

INSTALL

Prank your friends, surprise your family with our voice changer. Prank your friends, surprise your family. Use your app to make calls with our voice changer. Calls ar...

---



**Vbuzzer VoIP Free Calls**
SOFTROUTE CORP  /  COMMUNICATION
(151)

INSTALL

Vbuzzer allow you to make and receive VoIP calls with crystal clear voice, either FREE or at super low rates. Vbuzzer is a FREE calling app for Android phone. It runs ...

---



**Line2 – Call & Text Like A Pro**
TOKTUMI, INC.  /  COMMUNICATION
(6,681)

INSTALL

Add a second phone line to your Android device! Line2 brings carrier-grade calling and texting to Android. Whether for a business or organization, as a landline replac...

---



**VOIP tablet & phone, call**
MOBILE TELECOMMUNICATIONS  /  COMMUNICATION
(240)

INSTALL

Bring voip to your tablet or phone and make wifi calls. Call voip, call cheap! VOIP phone, "honeycomb" or "Ice Cream Sandwich" tablet, call over WiFi. Call using WiFi...

---



**fring**
FRINGLAND  /  COMMUNICATION
(78,511)

INSTALL

Free Calls, Group Calls, Texting, Video, Group Video, and more! Free Calls and Group Calls: Voice, Video & Texting * fring has moved to a new robust platform that is ...

---



**MO-Call Mobile VoIP**
MORODO GROUP  /  COMMUNICATION
(119)

INSTALL

Avoid high roaming charges or call your friends abroad and spend less money! Make cheap VoIP calls or send low-cost SMS from your Android with MO-Call! With MO-Call ...

---



**GrooVe IP**
SNRB LABS  /  COMMUNICATION
(2,899)

$4.99 BUY

Voice without Minutes! Voice without Minutes! GrooVe IP is an android app that connects to Google Voice using Voice over IP (VoIP). What this means for you is you can...

---



**Nimbuzz Messenger**
NIMBUZZ BV  /  COMMUNICATION
(89,445)

INSTALL

Nimbuzz Messenger is a free chat app & lets you make cheap international calls! Free messages, Free Calls. Unlimited! Nimbuzz Messenger combines the power of internet ...

---



**forfone: Free Calls & Messages**
FORFONE  /  COMMUNICATION
(5,780)

INSTALL

Free and unlimited worldwide CALLS, TEXT, PHOTO & GEOLOCATION messages. forfone is an app that provides FREE WORLDWIDE CALLS , TEXT, PICTURE & LOCATION MESSAGES. Simpl...

---



**Scydo Free Android Calls**
FINAREA  /  SOCIAL
(2,288)

INSTALL

With Scydo you can make FREE Android calls AND iPhone calls to other Scydo users! - You can use the Scydo App worldwide to make free Android calls and free iPhone ca...

---

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

# EXHIBIT F

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

About 1,130,000 results (0.12 seconds)

**iCall - Free Phone Calls, Video Chat & Texting**
www.**icall**.com/
**iCall** lets you make free phone calls, video chat and text on your computer, iPhone,
iPod Touch, iPad and Android device.

| iCall Mobile | Get iCall |
| iCall for iOS. Take iCall with you and say goodbye to roaming ... | Install - iCall Desktop - iCall Mobile - ... |
| Free Calling | Web Browser Calling |
| A summary of the free iCall calling services. ... In order to help ... | iCall Web runs in any browser and on any platform with Adobe ... |
| Install | My iCall |
| Download iCall for Windows. Good news! iCall should already have ... | You are not logged in. My iCall · Login · Register. Username ... |

More results from icall.com »

**iCall - Free Phone Calls, Video Chat, SMS + Instant Text Messages ...**
https://itunes.apple.com/us/app/**icall**-free-phone.../id293837001?mt...
Sep 12, 2012 – Description. Make free phone calls to real phones AND other **iCall**
users! New York Times App of the Week, **iCall** has been downloaded more ...

**iCall - CNET Download.com**
download.cnet.com › ... › Web Phones & VoIP Software
         52 reviews - Windows
Mar 10, 2012 – **iCall** is a video and audio call utility that works on Windows and Macs,
as well as most mobile devices.

**iCall - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/I**Call**
**iCall**, Inc. is a privately held telecommunications company founded in 2006 by Arlo C.
Gilbert and Andrew H. Muldowney. **iCall** creates and distributes a self titled ...

**Apple Lifts 3G VoIP Restrictions, iCall with 3G Support Available ...**
www.prnewswire.com/.../apple-lifts-3g-voip-restrictions-**icall**-with-3g...
Apple Lifts 3G VoIP Restrictions, **iCall** with 3G Support Available Immediately. **iCall**
VoIP services for the Apple iPhone and iPod Touch are now available for use ...

**iCall - Dallas, TX - Company | Facebook**
www.facebook.com/**icall**
**iCall**, Dallas, TX. 6954 likes · 99 talking about this · 71 were here.

**Free Phone Calls With iCall**
freebies.about.com › ... › Other Freebies › Computer Freebies

by Stacy Fisher - in 394 Google+ circles - More by Stacy Fisher
You can make free PC to phone calls using the free **iCall** software, from the
**iCall** website, or via the free **iCall** iPhone app.

Searches related to **icall**

| free voip | icall for ipod touch |
| icall review | icall promo code |
| icall vs skype | skype |
| icall international rates | icall for mac |

1    2    3    4    5    6    7    8    9    10    **Next**

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page30 of 75

About Google

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

Page 2 of about 1,130,000 results (0.16 seconds)

### iCall (icall) on Twitter
https://twitter.com/**icall**
**iCall** is looking for beta testers for our Small Business PBX in the Cloud service. **...**
#Apple is always in our hearts at **iCall** but sometimes they still manage to **...**

### iCall | CrunchBase Profile
www.crunchbase.com › Companies
**iCall** is a VoIP provider offering free ad-supported phone calls to consumers and
wholesale support for enterprise. From their FAQ:

### ICALL SIG - CALICO
https://calico.org/page.php?id=363
Intelligent Computer-Assisted Language Learning (**ICALL**) is an interdisciplinary
research field integrating insights from computational linguistics and artificial **...**

### Amazon.com: Now 43: That's What I Call Music: Now Music,Katy ...
www.amazon.com › Music › Pop
2012 release, the 43rd installment in the American version of this popular series.
Features 20 tracks including cuts from Katy Perry, Carly Rae Jepsen, Justin **...**

### Amazon.com: Now 42: That's What I Call Music: Various Artists: Music
www.amazon.com › Music › Pop
2012 collection, the 42nd installment in the American version of this popular series that
focuses only on the best recent chart hits. Includes music from Kelly **...**

### Amazon.com: NOW That's What I Call Music Vol. 41: Various artists ...
www.amazon.com/Thats-What-Call-Music-Vol/dp/B0070CFKGU
Amazon.com: NOW That's What I **Call** Music Vol. 41: Various artists: MP3 Downloads.

### I Call Fives
**icall**fives.tumblr.com/
Debut self-titled LP out July 10th Washington Township, New Jersey General Manager:
Buddy Nielsen - givebloodmgmt@gmail.com Press Contact: **...**

### I Call Fives - Profile - AbsolutePunk.net
www.absolutepunk.net/**icall**fives
PropertyOfZack has a new playlist feature up today with I **Call** Fives, Stickup Kid, **...**
With The Punches will be touring this Fall with I **Call** Fives with Real Friends **...**

### I Call Fives | Free Music, Tour Dates, Photos, Videos
www.myspace.com/**icall**fives
I **Call** Fives's official profile including the latest music, albums, songs, music videos and
more updates.

### I Call It Love - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/I_**Call**_It_Love
"I **Call** It Love" is the lead single released by American singer Lionel Richie from his
studio album Coming Home (2006). It reached #1 on the urban adult **...**

Searches related to **icall**

free voip                  icall for ipod touch
icall review              icall promo code
icall vs skype            skype
icall international rates      icall for mac

Previous    1   2   3   4   5   6   7   8   9   10    Next

Advanced search    Search Help    Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

icall                                                                          Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

Page 3 of about 1,130,000 results (0.20 seconds)

**Amazon.com: Now That's What I Call Music,Vol. 1: Various Artists ...**
www.amazon.com/Thats-What-Call-Music-Vol/dp/B00000DGOX
Amazon.com: Now That's What I Call Music,Vol. 1: Various Artists: Music.

**Amazon.com: NOW That's What I Call Love: Now: Music**
www.amazon.com › Music › Alternative Rock
2010 collection of heart-warming love songs, a perfect gift for Valentine's Day, a special
anniversary or any other time of the year when you feel like saying 'I love ...

**Amazon.com: Now That's What I Call Christmas!: Various Artists: Music**
www.amazon.com/Now-Thats-What-Call.../dp/B00005OLYC
The title doesn't lie, even if it does sounds like a hyperbolic pitch from an old late-night
cable TV ad. With 36 tracks of various genres spread over two discs, Now ...

**I CALL YOUR NAME Lyrics - BEATLES**
www.elyrics.net › Beatles Lyrics
        Rating: 9/10 - 2 votes
Beatles I Call Your Name lyrics : I call your name But you're not there Was I to blame
For being unfair? Oh, I can't sleep at night Since you've been gone I n...

**I CALL IT LOVE Lyrics - LIONEL RICHIE**
www.elyrics.net › Lionel Richie Lyrics
Lionel Richie I Call It Love lyrics : I look at you, you look at me (You can't tell me you
ain't feeling them butterflies) It?s obvious there's some chemistry...

**Donnie Mcclurkin - I Call You Faithful Lyrics**
www.lyricsmode.com/lyrics/d/donnie.../i_call_you_faithful.html
I Call You Faithful is performed by Donnie Mcclurkin - Get lyrics, music video & widget
and read meanings of this song here.

**I Call Fives | Facebook**
www.facebook.com/icallfives
December · November · October · September. I Call Fives is on Facebook. To connect
with I Call Fives, sign up for Facebook today. Sign UpLog In · Cover Photo ...

**I-Call - The RadioReference Wiki**
wiki.radioreference.com/index.php/I-Call
I-Call. Uniden's name for an individual call between two radios or between a radio and a
console operator on a Motorola or EDACS trunked radio system.

**Now That's What I Call Music! - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Now_That's_What_I_Call_Music!
Now That's What I Call Music! (1983–present) (often shortened to Now!) is a series of
various artists compilation albums released in the United Kingdom and ...

**When I Call Your Name (album) - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/When_I_Call_Your_Name_(album)
When I Call Your Name is the fourth studio album from American country music artist
Vince Gill. It was released in 1989 on MCA Nashville Records. It features ...

Searches related to **icall**

free voip                          icall for ipod touch
icall review                       icall promo code
icall vs skype                     skype
icall international rates           icall for mac

Previous       1  2  3  4  5  6  7  8  9  10       Next

Advanced search    Search Help    Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

Page 4 of about 316,000 results (0.28 seconds)

**I Call Your Name - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/I_Call_Your_Name
"Slow Down"; "Matchbox". "I Call Your Name" is a song written primarily by John
Lennon and credited to Lennon–McCartney. Contents. 1 Overview; 2 Personnel ...

**Now That's What I Call Motown - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Now_That's_What_I_Call_Motown
Now That's What I Call Motown is a special edition compilation album from the (U.S.)
Now That's What I Call Music! series and was released on January 13, ...

**As I Call You Down - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/As_I_Call_You_Down
As I Call You Down is the debut album by American rock supergroup Fistful of Mercy,
released on October 5, 2010. [edit] Track listing. All songs written and ...

**Now That's What I Call Music! 3 (U.S. series) - Wikipedia, the free ...**
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_3_(U.S._serie...
Now That's What I Call Music! 3 was released on December 7, 1999. The album is the
third edition of the (U.S.) Now! series. It peaked at number four on the ...

**Now That's What I Call Music! discography - Wikipedia, the free ...**
en.wikipedia.org/wiki/Now_That's_What_I_Call_Music!_discography
This is an incomplete list of albums, video cassettes, DVDs, etc. belonging to the
various Now That's What I Call Music! series. They are categorised by series ...

**Amazon.com: Now That's What I Call Music! 17: Various Artists: Music**
www.amazon.com › Music › Alternative Rock
With Now 17 the producers of this chart-busting series have accepted, to their credit, a
truism: You can't please 'em all. That accounts for the ...

**Amazon.com: Now That's What I Call Music! 14: Various Artists: Music**
www.amazon.com › Music › Alternative Rock
20. Here Without You - 3 Doors Down. Editorial Reviews. All products are BRAND
NEW and factory sealed. Fast shipping and 100% Satisfaction Guaranteed.

**Amazon.com: Now That's What I Call Music! 4: Various Artists ...**
www.amazon.com › Music › Alternative Rock
The fourth in the series of Top 40-tracking compilations strikes a good balance between
pop radio played-to-death singles, R&B standouts, and straight-up rock ...

**LIONEL RICHIE LYRICS - I Call It Love**
www.azlyrics.com/lyrics/lionelrichie/icallitlove.html
Lyrics to "I Call It Love" song by LIONEL RICHIE: I look at you You look at me (You
can't tell you ain't feeling butterflies) It's obvious, We have...

**iCall: Free Calls + Text - Android Apps on Google Play**
https://play.google.com/store/apps/details?id=com.icall.android
1,556 votes - Free - Android
Jun 28, 2012 – Make & Receive free calls, free texts, phone calls and IM all for free w/
iCall! Make free calls to real phones AND free calls to other iCall users!

Searches related to **icall**

free voip                    icall for ipod touch

icall review                 icall promo code

icall vs skype               skype

icall international rates     icall for mac

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page36 of 75

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Web    Images    Maps    Shopping    More ⌄    Search tools

Page 5 of about 316,000 results (0.18 seconds)

**Now That's What I Call Music, Vol. 42 - iTunes - Apple**
https://itunes.apple.com/us/album/now-thats...i-call.../id520594466
May 1, 2012 – Preview songs from Now That's What I Call Music, Vol. 42 by Various
Artists on the iTunes Store. Preview, buy, and download Now That's What ...

**Now That's What I Call Music! 81 - Now CD - Now Music Store**
www.nowmusicstore.com/*/Now-CD/...s...I-Call.../11ADN01ZE000
20+ items – Watch ad on YouTube Full CD track listing Track nameArtist ...
Somebody That I Used To Know    Gotye feat Kimbra
Stronger (What Doesn't Kill You)    Kelly Clarkson

**NOW Music - The Home of Hit Music | NOW Music**
www.nowmusicstore.com/
YouTube Twitter Spotify Facebook. Free UK Delivery. Various Artists: NOW That's
What I Call 90s Dance; NOW That's What I Call 90s Dance: £12.99: 29/10/12 ...

**Now That's What I Call Music! 80 Official Store**
www.nowmusicstore.com/*/Now-CD/...s...I-Call.../117KB01ZE000
20+ items – Now That's What I Call Music! 80 Official Store.
Moves Like Jagger    Maroon 5 feat. Christina Aguilera
We Found Love    Rihanna feat. Calvin Harris

**Now That's What I Call the 90s - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Now_That's_What_I_Call_the_90s
Now That's What I Call the 90s is a special edition of the (UK) Now! series, released on
26 October 2009. The three-CD set has 60 hits from the 1990s. This was ...

**Now That's What I Call Music! 21 (U.S. series) - Wikipedia, the free ...**
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_21_(U.S._seri...
Now That's What I Call Music! 21 was released on April 4, 2006. The album is the 21st
edition of the (U.S.) Now! series. The album peaked at number two on the ...

**Now That's What I Call Music! 26 (U.S. series) - Wikipedia, the free ...**
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_26_(U.S._seri...
Now That's What I Call Music! 26 was released on November 13, 2007. It is the 26th
edition of the Now That's What I Call Music! series in the United States.

**Now That's What I Call Running - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Now_That's_What_I_Call_Running
Now That's What I Call Running or Now Running is a triple-disc compilation album which
was released in the United Kingdom on 5 March 2012.

**Amazon.com: Now 80: That's What I Call Music: Various Artists: Music**
www.amazon.com › Music › Alternative Rock
Bonnie Tyler-Total Eclipse Of The Heart. Editorial Reviews. All products are BRAND
NEW and factory sealed. Fast shipping and 100% Satisfaction Guaranteed.

**Amazon.com: Now That's What I Call the USA: The Patriotic Country ...**
www.amazon.com › Music › Country
Would you like to update product info or give feedback on images? Editorial Reviews. A
portion of proceeds from every purchase to benefit troops and military ...

Searches related to **icall**

free voip                      icall for ipod touch
icall review                   icall promo code
icall vs skype                 skype
icall international rates       icall for mac

Previous    1  2  3  4  5  6  7  8  9  10    Next

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page38 of 75

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ▾

icall                                                                    [     ■     ]        Sign in

**Web**    Images    Maps    Shopping    Videos    More ▾    Search tools

Page 6 of about 316,000 results (0.23 seconds)

Now That's What **I Call** Music! 12 (U.S. series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_**Call**_Music!_12_(U.S._seri...
Now That's What **I Call** Music! 12 was released on March 25, 2003. The album is the
12th edition of the Now! series in the United States. It debuted and peaked ...

Now That's What **I Call** Music! 20 (U.S. series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_**Call**_Music!_20_(U.S._seri...
Now That's What **I Call** Music! 20 was released on November 1, 2005. The album is the
20th edition of the (U.S.) Now! series. It debuted at number-one on the ...

Now That's What **I Call** Music! 44 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_**Call**_Music!_44_(UK_serie...
Now That's What **I Call** Music 44 or Now 44 was released in 1999. The album is the
44th edition of the (UK) Now! series and the biggest selling Now album of all ...

Now That's What **I Call** Music 4 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_**Call**_Music_4_(UK_series)
Now That's What **I Call** Music 4 or Now 4 was released in 1984. The album is the fourth
edition of the (UK) Now! series. It is the only album in the series which ...

Now That's What **I Call** Music! 6 (U.S. series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_**Call**_Music!_6_(U.S._serie...
Now That's What **I Call** Music! 6 was released on April 3, 2001. The album is the sixth
edition of the (U.S.) Now! series. It debuted at number one on the Billboard ...

What **I Call** Life: Jill Wolfson: 9780312377526: Amazon.com: Books
www.amazon.com › Books › Children's Books › Literature & Fiction
Grade 5–8—Jill Wolfson's novel (Holt, 2005) focuses on 11-year-old Cal Lavender who
must adjust to living in a group home after her mentally ill mother has an ...

Amazon.com: NOW That's What **I Call** 80s Hits: Various artists: MP3 ...
www.amazon.com/NOW-Thats-What-Call-Hits/dp/B004W18MTO
This is a great sample from a great decade which truly lives up to its title. It's great to
see "(I've Had) The Time Of My Life" on a compilation finally so newer fans ...

Whenever **I Call** You Friend
rockalittle.com/whenever.htm
Whenever **I Call** You Friend - written by k. loggins, m. manchester - duet recorded with
Stevie & Kenny Loggins - appears on Kenny Loggins - Nightwatch (1978); ...

Welcome to **Icall**
www.**icall**insurance.com/
Courses · Revision Tests · Faculty Info · News Letter · FAQ's · Help · Request
Password · Feedback · Contact Us · IRDA Login. User Manual. Sponsor Login ...

Videos for **icall** - Report videos


Lionel Richie - **I Call** It
Love - YouTube
youtube.com
Nov 22, 2009


Saint Saviour - **I Call**
This Home ...
youtube.com
May 28, 2012


Vince Gill - When **I**
**Call** Your Name ...
youtube.com
Oct 6, 2009

Searches related to **icall**

free voip                        **icall** for ipod touch
**icall** review                  **icall** promo code
**icall** vs skype                skype
**icall** international rates     **icall** for mac

Previous       1 2 3 4 5 **6** 7 8 9 10       Next

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

icall

Sign in

Web   Images   Maps   Shopping   More ⌄   Search tools

Page 7 of about 316,000 results (0.20 seconds)

### Now That's What I Call Reggae - Now Reggae CD - Now Music Store
www.nowmusicstore.com/*/Now-Reggae...I-Call.../11I3H02SB000
20+ items – Watch ad on YouTube Full CD track listing Track nameArtist ...
Ducent It Wasn't Me   Shaggy Feat. Ricardo 'RikRok
Twist & Shout   Chaka Demus & Pliers Feat. Jack Radics and The Taxi Gang

### Now That's What I Call Music! 70 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_70_(UK_serie...
Now That's What I Call Music! 70 or Now 70 is a compilation album that was released
on 21 July 2008 on Compact Disc and in digital download format.

### Now That's What I Call Music! 54 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_54_(UK_serie...
Now That's What I Call Music! 54 or Now 54 was released on audio cassette and CD in
2003. The album is the 54th edition of the Now! series in the United ...

### Now That's What I Call Music! 24 (U.S. series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_24_(U.S._seri...
Now That's What I Call Music! 24 is a music compilation that was released on March
27, 2007. The album is the 24th edition of the (U.S.) Now! series. It debuted ...

### Now That's What I Call Music! 50 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_50_(UK_serie...
Now That's What I Call Music! 50 or Now 50 was released in 2001 on audio cassette
and Compact Disc. The album is the 50th edition of the Now! series ...

### Now That's What I Call Music! 30 (UK series) - Wikipedia, the free ...
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_30_(UK_serie...
Now That's What I Call Music! 30 or Now 30 was released in 1995. The album is the
30th edition of the (UK) Now! series. It was released on vinyl, audio cassette ...

### Kenny Loggins - Whenever I Call You Friend Lyrics
www.lyricsmode.com/lyrics/k/.../whenever_i_call_you_friend.html
Rating: 3 - 1 vote
Whenever I Call You Friend is performed by Kenny Loggins - Get lyrics, music video &
widget and read meanings of this song here.

### Paul McCrane * Is It Okay If I Call You Mine? Lyrics | from ''Fame ...
www.stlyrics.com/lyrics/famemovie/isitokayificallyoumine.htm
Is It Okay If I Call You Mine? LYRICS by Paul McCrane (from soundtrack "Fame (
Movie)"). Album contains: song lyrics, music videos, ringtone and MP3 >

### i-call - Universität Luzern
www.unilu.ch/deu/i-call_48344.html
i-call stands for International Communications and Art Law, Lucerne. It represents
a research group of the Faculty of Law of the University of Lucerne formed ...

### Blake Shelton * That's What I Call Home Lyrics | Album: Blake Shelton
www.cowboylyrics.com/lyrics/.../thats-what-i-call-home-8640.html
Shelton Blake - That's What I Call Home Lyrics, album Blake Shelton. Blake Shelton
ringtone, MP3, sheet music, song video >>

Searches related to icall

| free voip | icall for ipod touch |
| icall review | icall promo code |
| icall vs skype | skype |
| icall international rates | icall for mac |

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

icall

Sign in

Web   Images   Maps   Shopping   More ⌄   Search tools

Page 8 of about 316,000 results (0.19 seconds)

**Now That's What I Call Music! 42 (U.S. series) - Wikipedia, the free ...**
en.wikipedia.org/.../Now_That's_What_I_Call_Music!_42_(U.S._seri...
Now That's What I Call Music! 42 was released on May 1, 2012. It is the 42nd edition
of the Now! series in the United States and debuted at number three on the ...

**Now That's What I Call the 00s - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Now_That's_What_I_Call_the_00s
Now That's What I Call the 00s is a special edition of the (UK) Now! series, released on
15 February 2010. The three-CD set has 60 hits from the 2000s.

**NOW That's What I Call Music Vol. 41 - iTunes - Apple**
https://itunes.apple.com/us/album/now-thats...i-call.../id496976948
Feb 7, 2012 – Preview songs from NOW That's What I Call Music Vol. 41 by Various
Artists on the iTunes Store. Preview, buy, and download NOW That's ...

**NOW That's What I Call Love (Official Tracklist) | Facebook**
www.facebook.com/notes/...i-call...i-call.../10150571106081628
Now That's What I Call Music! (Official) wrote a note titled NOW That's What I Call
Love (Official Tracklist). Read the full text here.

**Saint Saviour - I Call This Home - YouTube**
www.youtube.com/watch?v=0hxDWz92pXE
May 28, 2012 – Get tickets to my NOV UK tour here http://on.fb.me/QZpJVI or click
individual links below: Edinburgh (Oct 31) - http://bit.ly/OyUWiu York (Nov 1st) ...

**NOW That's What I Call Chill - Now Chill CD - Now Music Store**
www.nowmusicstore.com/*/Now-Chill...s...I-Call.../11JZC02TE000
Full CD track listing Track nameArtist name CD 1 Paradise Coldplay My Kind of Love
Emeli Sandé Need You Now Lady Antebellum Lego House (Acoustic) Ed ...

**iCall 4.0.0.20 - CNET Download.com**
download.cnet.com › ... › Web Phones & VoIP Software
　　　52 reviews - Windows
Dec 16, 2008 – Come to CNET Download.com for free and safe iCall 4.0.0.20
downloads. iCall is software that enables you to make completely free ...

**A New IMS DL I call for Your IMS Applications (IBM Data ...**
https://www.ibm.com/.../a_new_ims_dl_i_call_for_your_ims_applica...
In December 2008, IMS introduced a brand new DL I call, ICAL, to enable an IMS
application program to send a callout request to an external, non-IMS ...

**I CALL FIVES LYRICS - For The Best**
www.plyrics.com/lyrics/icallfives/forthebest.html
Accurate I Call Fives "For The Best" Lyrics: They call me typical As if they know what's
on my mind I'm far from cynical So forgive me for knowin...

**Amazon.com: Now That's What I Call Music! 2: Various Artists: Music**
www.amazon.com/Now-Thats-What-Call-Music/dp/B00000JMYP
DISC, JEWEL BOX AND PRINTED MATERIAL IN LIKE NEW CONDITION. BUY WITH
CONFIDENCE. MONEY BACK IF UNHAPPY. WE LIKE HAPPY ...

Searches related to **icall**

free voip                          icall for ipod touch
icall review                       icall promo code
icall vs skype                     skype
icall international rates           icall for mac

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page45 of 75

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

Page 9 of about 316,000 results (0.20 seconds)

**"Gunsmoke" I Call Him Wonder (TV episode 1963) - IMDb**
www.imdb.com/title/tt0594160/
Rating: 6.1/10 - 14 votes
Directed by Harry Harris. With James Arness, Dennis Weaver, Milburn Stone, Amanda
Blake. An orphaned Indian boy latches on to a cowboy in need of work ...

**Amazon.com: Now That's What I Call Christmas! 2: Various Artists ...**
www.amazon.com/Now-Thats-What-Call.../dp/B0000CD5EY
Amazon.com: Now That's What I Call Christmas! 2: Various Artists: Music.

**COUNTING CROWS LYRICS - Why Should You Come When I Call**
www.azlyrics.com/lyrics/.../whyshouldyoucomewhenicall.html
Lyrics to "Why Should You Come When I Call" song by COUNTING CROWS: It's 1:30
in the morning that's alright by me you just waiting by the phone I should ...

**VA - Now Thats What I Call A Number One(2012)-mp3 torrent ...**
extratorrent.com › ... › Compilation / Various Artists (VA) torrents
Jul 2, 2012 - VA - Now Thats What I Call A Number One2012-mp3 torrent download -
ExtraTorrent.com.

**NOW That's What I Call Music! 80 (Official Tracklist) | Facebook**
www.facebook.com/notes/...i-call...i-call.../10150436450446628
Now That's What I Call Music! (Official) wrote a note titled NOW That's What I Call
Music! 80 (Official Tracklist). Read the full text here.

**One of my baddest women ever, I call her Rihanna / But.. – Made Men**
rapgenius.com/87813
Hah! Making fun of Rozay's earlier metaphor! Drake was trying to trick us making us
think "oh there's another Rihanna? (or as if he's using the name "Rihanna" ...

**iCall Services, Inc. - home**
www.icallservices.com/
Jul 17, 2008 – Contact Us. iCall supports hundreds of thousands of customer
transactions each year with the ability to provide 24/7/365 support through ...

**Now That's What I Call Love - Now Love CD - Now Music Store**
www.nowmusicstore.com/*/Now-Love...I-Call.../119C202LR000
20+ items – Full CD track listing Track nameArtist name CD 1 Only Girl (In ...
Only Girl (In The World)    Rihanna
Fight For This Love    Cheryl COle

**Now That's What I Call Music! 77 - Now CD - Now Music Store**
www.nowmusicstore.com/*/Now-CD/...s...I-Call.../10IYV01ZE000
20+ items – Full CD track listing Track nameArtist name Watch ad on ...
Only Girl (In The World)    Rihanna
Club Can't Handle Me    Flo Rida Feat. David Guetta

**DONNIE MCCLURKIN - I CALL YOU HOLY LYRICS**
www.metrolyrics.com/i-call-you-holy-lyrics-donnie-mcclurkin.html
Donnie Mcclurkin I Call You Holy song lyrics. These I Call You Holy lyrics are performed
by Donnie Mcclurkin Get the music video and song lyrics here.

Searches related to **icall**

free voip                     icall for ipod touch
icall review                  icall promo code
icall vs skype                skype
icall international rates      icall for mac

Previous    4    5    6    7    8    **9**    10    11    12    13    Next

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page47 of 75

Advanced search     Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy & Terms
About Google

Case3:12-cv-02406-EMC    Document31    Filed10/26/12    Page48 of 75

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

icall

Web    Images    Maps    Shopping    More ⌄    Search tools

Sign in

Page 10 of about 316,000 results (0.20 seconds)

**Now That's What I Call Music! 76 - Now CD - Now Music Store**
www.nowmusicstore.com/*/Now-CD/...s...I-Call.../10IYZ01ZE000
20+ items – Full CD track listing Track nameArtist name Watch ad on ...
California Gurls    Katy Perry Feat. Snoop Dogg
I Like It    Enrique Iglesias Feat. Pitbull

**Amazon.com: Now That's What I Call Music! 6: Various Artists ...**
www.amazon.com/Now-Thats-What-Call-Music/dp/B00005A7JC
After the immediate success of its late-2000 Volume 5, which landed at No. 1 in
Billboard, the Now That's What I Call Music! series of hit-single compilations isn't ...

**Amazon.com: NOW That's What I Call Country 4: Various Artists: Music**
www.amazon.com › Music › Country
2011 collection, the fourth installment in NOW's best selling Country series. Features
hits from Lady Antebellum, Blake Shelton, Sugarland, Carrie Underwood, ...

**Billie Myers - Should I Call You Jesus Lyrics**
www.lyrics007.com/.../Should%20I%20Call%20You%20Jesus%20L...
Religions all around the world / Every man, every woman / Every want to be martyr /
We have to learn, to learn / The way we need to live together / If the planet ...

**I CALL IT LOVE LYRICS - LIONEL RICHIE**
www.sing365.com/.../I-Call.../B96C637E2F11CBF4482571F500263...
"I Call It Love" Lyrics by Lionel Richie: I look at you You look at me (You cant tell me
you aint feeling butterflies) Its obvious, Theres some chemistry (I...

**I CALL FIVES LYRICS - Try Hard To Remember**
www.plyrics.com/lyrics/icallfives/tryhardtoremember.html
Accurate I Call Fives "Try Hard To Remember" Lyrics: I remember when you said
Growing up would come in time But I'm still waiting here You've been touchi...

**ISRAEL & NEW BREED - I CALL YOU YOU LYRICS**
www.metrolyrics.com/i-call-you-lyrics-israel-new-breed.html
Israel & New Breed I Call You song lyrics. These I Call You lyrics are performed by
Israel & New Breed Get the music video and song lyrics here.

**Home - icall-healthcare**
www.icall-healthcare.com/
In an environment in which every second is literally of vital importance, it is essential
that you can rely on a high-performance nurse call system. Patients, nursing ...

**Beast - Though I Call Lyrics**
www.lyricsmode.com/lyrics/b/beast/though_i_call.html
    Rating: 5 - 1 vote
Though I Call is performed by Beast - Get lyrics, music video & widget and read
meanings of this song here.

**I CALL YOUR NAME Lyrics - SWITCH**
www.elyrics.net › Switch Lyrics
Switch I Call Your Name lyrics : {I used to think about immature things You know like,
do you love me? Do you want me? Are you gonna call me like you said you ...

Searches related to **icall**

free voip                          icall for ipod touch
icall review                       icall promo code
icall vs skype                     skype
icall international rates           icall for mac

Previous    5  6  7  8  9  **10**  11  12  13  14    Next

Case3:12-cv-02406-EMC   Document31   Filed10/26/12   Page49 of 75

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

# EXHIBIT G

# EXHIBIT G

## Power Search

See All


**iCall - Free Phone Calls,...**
Social Networking
Updated Sep 12, 2012
FREE


**WiCall - Cheap VoIP Ph...**
Productivity
Updated Sep 25, 2012
FREE

**All Results**

🎵 Music
📀 Movies
📺 TV Shows
📱 Apps
📙 Books
🎙 Podcasts
🎓 iTunes U


**Fake Call "Universal Edition...**
Entertainment
Updated Mar 21, 2012
➕ FREE


**Tribair - Cheap phone c...**
Productivity
Updated Sep 25, 2012
FREE

See All


**Fake Call "Universal Edi...**
Entertainment
Updated Mar 21, 2012
➕ FREE


**Fake Call "Universal Edi...**
Entertainment
Released Sep 06, 2011
➕ $0.99  BUY

---

iTunes Store      Search Results for  iCall"

**Explore**
Music
Movies
TV Shows
App Store
Books
Podcasts
...More

**Features**
Browse
All HD Movies
HD TV
Pre-Orders
Purchased
iTunes Match

**Help**
Support
iTunes Tutorials
Rent & Buy Movies

**Manage**
Account
Redeem
My Wish List
Change Country

Copyright © 2012 Apple Inc. All rights reserved.   Privacy Policy | Terms and Conditions



+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ▾

jasonmflom@gmail.com ▾

icall

SHOP ⏶

MY MUSIC    MY BOOKS    MY MAGAZINES    MY MOVIES & TV    MY ANDROID APPS

| Android Apps | All prices | SafeSearch: Off | Sort by: Relevance |

## Android Apps  About 362 results

**iCall: Free Calls + Text**
ICALL  /  COMMUNICATION
(1,563)
INSTALL

Make & Receive free calls, free texts, phone calls and IM all for free w/ iCall! Make free calls to real phones AND free calls to other iCall users! New York Times App...

**iCal Import/Export**
DR.LUE  /  TOOLS
(2,320)
INSTALL

*Attention* The application is currently NOT under development, because of lack of spare time. The license is open source, so feel free to fork the app, or work as a c...

**Tribair VOIP your phone**
MOBILE TELECOMMUNICATIONS  /  COMMUNICATION
(1,376)
INSTALL

TRIBAIR: Voip your phone, free calls between members. VoIP calls over WiFi 45% cheaper than Skype from your android phone. Cheap calling has never been that cheap! Fr...

**I Call SG**
ZHANG QICHUAN  /  BOOKS & REFERENCE
(20)
INSTALL

I Call SG provides a easy way of accessing the most useful and important numbers in Singapore, install it and avoid number look up in haste. It currently includes num...

**KakaoTalk Free Calls & Text**
KAKAO 💎  /  COMMUNICATION
(1,001,801)
INSTALL

KakaoTalk, the ultimate smartphone messenger No.1 rated mobile messenger chosen by 60M in 230+ countries! Check out why everyone loves "Ka-Talking"! *FREE Unlimited V...

**Business Calendar**
APPGENIX SOFTWARE  /  PRODUCTIVITY
(9,746)
$4.99 BUY

Calendar-Application with scroll- and zoomable multi-day view and much more Business Calendar is a complete calendar application that is synchronising with your Google...

**Viber : Free Calls & Messages**
VIBER MEDIA LTD  /  COMMUNICATION
(464,577)
INSTALL

Viber - Be Free to Communicate. Call and text anyone, anywhere. Viber lets everyone in the world connect. Freely. More than 90 million Viber users call, text, and send...

**textPlus Free Text + Calls**
TEXTPLUS  /  SOCIAL
(67,647)
INSTALL

Free text worldwide + Free and cheap calls for US & Canada. Save money. ★--Free Text + Free Calls --★ Plus Free Walkie Talkie + Group SMS with your free US or Canadian...

**Business Calendar Free**
APPGENIX SOFTWARE FREE  /  PRODUCTIVITY
(20,296)
INSTALL

Calendar-Application with scroll- and zoomable multi-day view and much more Business Calendar is a complete calendar application that is synchronising with your Google...

**MobileLife Family Organizer**
COZI  /  PRODUCTIVITY
(674)
INSTALL

Calm the chaos of family life with MobileLife Family Organizer from T-Mobile. MobileLife Family Organizer includes a shared calendar, shopping lists, to do lists and a...

**ICS, vCalendar, iCal Importer**
AURI GROUP LLC  /  PRODUCTIVITY
(15)
$0.99 BUY

Android does not natively support opening ICS, iCal, iCalendar, or Microsoft Outlook vCalendar files. This can be very annoying when you receive a calendar invite and ...





**Basketball Throw!**
WORKPAL   /   ARCADE & ACTION
(19,422)

INSTALL

Basketball Throw! Basketball Game In this basketball game you need to throw the
basketball quickly to score as many points as possible -Drag finger to aim basketball...



**I Call You**
HONEY BEAN 蜜豆兒   /   TOOLS
(12)

INSTALL

A simple phone dial application. Easy to use, only input the phone number and press dial
button to call out. You can use hand write entering number into text-box :P ...



**CalDAV-Sync beta**
MARTEN GAJDA   /   PRODUCTIVITY
(652)

$2.76 BUY

CalDAV-Sync is a CalDAV client for Android to synchronize events. Due to its
implementation as sync adapter it integrates seamlessly with the native calendar app and
…



**FreePP : Free Call & Free MMS**
FREEPP INC.   /   COMMUNICATION
(6,350)

INSTALL

**********news********** We're always excited to hear from you! If you have any
feedback, questions, or concerns, please follow us on Facebook:
http://www.facebook.com...



**Socializer Lite**
SMITTYWARE.COM   /   SOCIAL
(337)

INSTALL

The first true Meetup.com client available for Android. Search/browse/join nearby meetup
groups, keep up with events in your own groups, RSVP and check in at events, a...



**Air Display**
AVATRON SOFTWARE   /   PRODUCTIVITY
(99)

$9.99 BUY

Turn your Android tablet into a second (or third) monitor for your Mac or PC. Ever wish
you had an extra display for your Mac or Windows computer? There's an app for t...



**Call Recorder Galaxy S2 & S3**
KILLER MOBILE   /   TOOLS
(633)

$8.95 BUY

Total Recall Galaxy S2 is the Best Selling Android Call Recorder On the Planet! Total
Recall Call Recorder for the Samsung Galaxy S2 & Galaxy S3 | Full Version | Recor...



**The Missing Sync for Android**
MARK/SPACE, INC.   /   PRODUCTIVITY
(2,046)

INSTALL

Sync your phone/tablet with PC or Mac, USB or wirelessly via Wi-Fi or Bluetooth Sync
with Outlook, iCal and Address Book over USB, Wi-Fi or Bluetooth. Sync media with...



**Fliq Tasks**
MARK/SPACE, INC.   /   PRODUCTIVITY
(296)

INSTALL

The ultimate tasks app that syncs with PC (Outlook) and Mac (iCal & Outlook). The
ultimate free tasks app. Create, edit, sort, colorize, categorize, password protect &...



**Fliq Calendar**
MARK/SPACE, INC.   /   PRODUCTIVITY
(1,038)

INSTALL

Fliq Calendar includes numerous enhancements over the built-in Calendar app. Fliq
Calendar syncs with Microsoft Outlook and Apple iCal and includes numerous
enhancemen...



**QRdvark**
AZALEA SOFTWARE, INC.   /   TOOLS
(92)

INSTALL

QRdvark is a free app that decodes QR barcodes and reacts appropriately. QRdvark is a
free app that decodes QR barcodes and reacts appropriately. QR recognizes all st...



**aCal CalDAV Client (beta)**
MORPHOSS LTD   /   PRODUCTIVITY
(72)

$1.99 BUY

aCal lets you access your CalDAV calendar on Yahoo, iCloud or dotCal. aCal is a
Calendar and Tasklist application which you can use if you have an account on a CalDAV
…



**FriendCaller IM & Video Chat**
C2CALL GMBH   /   COMMUNICATION
(3,965)

INSTALL

Free Group Video Chat, VoIP calls and IM for your Android device! • Multimedia
Messaging – Send images, videos, animations, voice and video messages to your friends.
…

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings    |    Redeem    |    Buy Gift Card    |    Buy Google Play Credit    |    English (United States)    |    Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists



+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ·       jasonmflom@gmail.com ·

icall

SHOP ▲      MY MUSIC     MY BOOKS     MY MAGAZINES     MY MOVIES & TV     MY ANDROID APPS

Android Apps     All prices     SafeSearch: Off     Sort by: Relevance

## Android Apps   About 362 results

**Calendar Slider**
TORNADODROID  /  BUSINESS
(20)
INSTALL

NO LICENSE CHECK IN PRO VERSION! IMPORTANT! You must have google account to use Calendar Slider. Tested on Android 2.3, 3.2, 4.0 <b>Features:</b> * Events show as p...

**facebox**
JIANZHONG LI  /  PHOTOGRAPHY
(235)
INSTALL

The "facebox" is a realtime face editor, with "facebox", your photos can be more funny and amazing! You don't need to know any Photoshop skills, just warp, stretch any...

**SQA Exam Timetable Builder**
KOTIKAN  /  PRODUCTIVITY
(51)
INSTALL

This app provides information and resources to help you prepare for your exams. If you are a pupil at a Scottish secondary school you can create your own personal exam...

**Quick Agenda**
EVERYBODY ALL THE TIME  /  PRODUCTIVITY
(238)
INSTALL

Quick Agenda is a customizable agenda view that displays Google/Touchdown events and tasks from various applications (full list below) and Contact Birthdays. Looks l...

**TonePrint**
TC ELECTRONIC  /  MUSIC & AUDIO
(166)
INSTALL

'Beam' a bit of magic directly into the pickup of your guitar Get musical inspiration in a new and totally cool way! Simply 'beam' a bit of magic through the speaker o...

**Cream Puff for GDE**
WYSIE_SOH  /  PERSONALIZATION
(59)
INSTALL

Note: You need GDE for it to work! Published on behalf of kron2@xda ;). "here is a theme i put together like eclair. i call it cream puff..." - kron2@xda

**Invitation Processor Pro**
EXFRONTIER  /  PRODUCTIVITY
(26)
$1.28 BUY

Do you always wonder how to write iCalendar files attached to event invitation mails to your device calendar? From your email app or file manager send the iCalendar (...

**ICalSync**
KHAOS  /  TOOLS
(113)
INSTALL

New: Import you local ICal files (.ICS) with just a few clicks! Choose ICalSync when opening a .ICS file to import the events into your calendar. ------- Sync your i...

**ICS Importer**
JIT DESIGN  /  PRODUCTIVITY
(71)
INSTALL

Event importer for Icalendar / ICal and Vcalendar files. This import ICAL events from ics files stored on the phone into the Android calendar. Import the event by ei...

**Socializer**
SMITTYWARE.COM  /  SOCIAL
(26)
$3.00 BUY

The first true Meetup.com client available for Android. Search/browse/join nearby meetup groups, keep up with events in your own groups (with notifications!), RSVP and...

**Energy Healing Tips & Methods**
VIELMASSOCIATES LTD  /  ENTERTAINMENT
(10)
INSTALL

This is a collection of Tools, tips, and practices for energy healing This is a collection of Tools, tips, and practices for energy healing meditation over distance. ...



**Invitation Processor Free**
EXFRONTIER  /  PRODUCTIVITY
(65)
INSTALL

Do you always wonder how to write iCalendar files attached to event invitation mails to your device calendar? From your email app or file manager send the iCalendar (...



**ics Databridge**
USELESS THINGS  /  PRODUCTIVITY
(66)
INSTALL

Transfers invitations from ICS files and similar formats in the Google Calendar. ICS files are used for example for invitations with Lotus Notes. Procedure: + If nece...



**MobileNurse**
PHYSICIANS PLUS INSURANCE CORPORATION  /  HEALTH & FITNESS
(5)
INSTALL

"What should I do when my child falls and gets a bump on the head?" "Should I call the doctor if I've had a sore throat for three days?" These are questions that all...



**The Bro Code**
DROID DEV'S  /  ENTERTAINMENT
(7)
$0.99 BUY

Bro Code in English, Español,Deutsch, and Francais. Der Bro Kodex, Le Code Des Potes Now the Full Bro Code in a Pocket Edition, whether you be out at the bar, a bro'...



**Giggity (schedule viewer)**
WILMER VAN DER GAAST  /  BOOKS & REFERENCE
(31)
INSTALL

Browser for festival/conference schedules. Can load schedules published in iCal/xCal /Pentabarf formats, like FrOSCon, CCC/28C3, YAPC, FOSDEM and many more open source/...



**LV-Plan FH Technikum Wien Free**
STEFAN LEONHARTSBERGER, TECHNIKUM WIEN  /  PRODUCTIVITY
(18)
INSTALL

Free LV-Plan for FH Technikum Wien. Stores it on your Phone locally & secure. This app downloads and stores your personal lesson plan of the UAS Technikum Vienna in yo...



**GrassMaster**
INSPIRED 2 DESIGN, LLC  /  BOOKS & REFERENCE
(10)
$1.99 BUY

Have a Picture Perfect Lawn Like the Pros! Lawn Care made Easy for Homeowners! Honestly guys, when it comes to lawns and landscaping, we don't really care where Bermud...



**Crazy Particles Live Wallpaper**
GABRIEL KLEIN  /  ENTERTAINMENT
(30)
INSTALL

Crazy Particles is an animated Live Wallpaper. Fireworks will appear following your finger, falling with the gravity of your phone. I find it quite relaxing. As my f...



**HideBar**
PIETER PAREIT  /  PERSONALIZATION
(27)
$3.49 BUY

Going full screen on your tablet, the easy way! Android service that hides and restores the systembar of android tablets. This enables playing, watching and reading at...



**Holographic Solitaire**
DIGITLWORLD  /  CARDS & CASINO
(2)
$0.99 BUY

Holographic Solitaire is a new solitaire game that takes advantage of Android 3.0 Honeycomb's style and form factor, designed specifically with a tablet in mind. Curr...



**Touhou Beta0.3**
VESPERIAL  /  ARCADE & ACTION
(108)
INSTALL

Hello guys, from now on it will be no more a test, thanks to your comments i decided to work on it until i made a whole level, so now i call it a beta (v03 in this ...



**HamtReversi**
SEUNGMOK HAM  /  BRAIN & PUZZLE
(32)
INSTALL

Out of the developing brain. Reversi game (Othello, Reversi Games) Korean and English are supported. Reversi (othello) game. Also known as Othello, Reversi (reversi) ...



**Recipe Book**
JOSH.BURY.CO  /  BOOKS & REFERENCE
(4)
INSTALL

Do you find that you can't find the recipe you are looking for, now it is easy, all you need to do is download this app. This app contains my top ten recipes that have...

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2012 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ▾          jasonmflom@gmail.com ▾

icall

SHOP ▲          MY MUSIC    MY BOOKS    MY MAGAZINES    MY MOVIES & TV    MY ANDROID APPS

Android Apps          All prices          SafeSearch: Off          Sort by: Relevance

## Android Apps  About 362 results

**Ringtone Maker**
ANSOFT  /  MUSIC & AUDIO
(13)
INSTALL

Make ringtones from your own music library, or record new ones on the fly! Make your own ringtone, alarm, or notification sound from an existing audio file, or record...

**Iscer**
LUC BELLIVEAU  /  PRODUCTIVITY
(92)
INSTALL

Iscer allows Android 1.6+ devices to handle .ics calendar attachments. Tested with calendar invitations sent from Microsoft Outlook, Apple iCal, Mozilla Thunderbird/L...

**Automation tools**
MARCOQF73  /  BUSINESS
(6)
INSTALL

Automation tools for electric engineers. This application was created with the aim to bring together small programs that I call (modules) designed to help people like ...

**SymptomMD**
SELF CARE DECISIONS  /  HEALTH & FITNESS
(7)
$3.99 BUY

It's like having a doctor in your pocket (or purse)! "Should I call the doctor if I've had a sore throat for three days?" "What should I do when my child falls and ge...

**Easy Weight Loss No Exercise!!**
WAYNE HAGERTY  /  HEALTH & FITNESS
(1)
$2.99 BUY

iSucceed Easy Weight Loss, Slim Down Mobile App Introducing what could be the most important APP for those looking to lose weight and keep it off, now available for A...

**Calendar Slider Pro**
TORNADODROID  /  BUSINESS
$1.99 BUY

IMPORTANT! You must have google account to use Calendar Slider. Tested on Android 2.3, 3.2, 4.0 <b>Features:</b> * Events show as page (scroll up/down) * Calendars d...

**StockWatch**
BHS-CONSULTANTS  /  FINANCE
(1)
INSTALL

Watching Your Stocks on Your Watch Walking down the street my watch buzzes me. RIM stock price just hit $11.00 my threshold to sell. I check my Android and sure enough...

**Name Guru**
HOCKWORLD  /  LIFESTYLE
(2)
$1.97 BUY

Why shouldn't I call my son Clint? Have you ever met a Bruce who was innocent knucklehead? Do you think a girl called Sky has never sunbaked in the nude? Why is that? ...

**Red Letenja**
MIŠA PEIĆ  /  TRAVEL & LOCAL
(173)
INSTALL

Prikaz dolaznih i odlaznih letova sa Aerodroma Nikola Tesla Beograd. Nezvanična aplikacija Aerodroma Nikola Tesla Beograd. Prikaz dolaznih i odlaznih letova, mape term...

**Giraffe**
ANDREAS GOHR  /  BUSINESS
(9)
INSTALL

Giraffe is a personal conference schedule tool for Android. Most conferences, barcamps and similar events offer their plan of sessions and talks in the iCal format fo...

**Modern Talking The Space Mix**
TICKLEMEPINKAPPS  /  MUSIC & AUDIO
(18)
INSTALL

Modern Talking - The Space Mix The longest official track by Modern Talking, available on the "Space Mix '99" 12"Maxi Single and the Anniversary "25 Years of Disco-Pop...





**Mardi Gras WV**
WSI ONLINE SOLUTIONS    /    TRAVEL & LOCAL

INSTALL

MARDI GRAS CASINO & RESORT It's Always a Party with the official app of Mardi Gras Casino & Resort in Cross Lanes, West Virginia. You can get immediate access to the …



**Photo Coin Flip**
IT-EO    /    ENTERTAINMENT
(29)

INSTALL

Photo Coin Flip - Heads and Tails of the XXI Century Your favorite coins, ready to draw in Coin Flip challenge! Heads and Tails were never so easy, plus - You will nev...



**Super Mega Decision Maker Free**
RADIANT MONKEY SOFTWARE    /    ENTERTAINMENT
(12)

INSTALL

Super Mega Decision Maker (Free) Indecisive? Need a simple toss of a coin or help on a more complex decision? Radiant Monkey Software's Super Mega Decision Maker ha...



**Orbix**
AMARO    /    BRAIN & PUZZLE
(8)

INSTALL

Orbix is a new puzzle game that's currently being developed. The core gameplay is implemented, but where it goes from here will also depend on you! You'll be able to f…



**Magic Eyes 2 in Motion**
CURTIS CHOU    /    ARCADE & ACTION
(27)

INSTALL

This is the second episode of the Magic Eyes in Motion sequel. If you have not tried the first episode, search for "Magic Eyes in Motion" on the Market. If you don't …



**OneTouchDial**
FORCENET CO., LTD.    /    TOOLS
(2)

$1.00 BUY

OneTouchDial is we jet to telephone in one-touch according to the name. I call by I can register a partner calling well to up to four cases, and clicking the button on...



**LC Metal Glass Go Launcher EX**
LC DROID DEV    /    PERSONALIZATION
(12)

INSTALL

LC Metal Glass for Go Launcher EX View developer web site for instructions on how to enable sphere effect. Works on tablets and supports larger icons, see tips below….



**AFSA University of Waterloo**
CAMPUSCURRENT MOBILE    /    EDUCATION
(3)

INSTALL

Instant access to campus events, important dates, phone numbers and news on your Android provided by the University of Waterloo Accounting and Finance Students' Associ…



**Holidays: D-A-CH-US-FR-ES-CN..**
POCKETKAI    /    TRAVEL & LOCAL
(3)

$3.55 BUY

Holidays: D-A-CH-US-FR-ES-CN-UK-PL-CZ for the next 9999 years. Send it per email as .iCal file to your PC or Mac and add to your Google Calendar and you see it in you...



**Action TV: Criminals vs Cops**
APPTYZE    /    ENTERTAINMENT
(1)

$1.29 BUY

Watch the worlds dumbest criminals, drunk drivers, cops, robbers, wildest police chases and accidents caught on tape. This app gives users access to real, full length …



**Ryerson Commerce Society**
CAMPUSCURRENT MOBILE    /    EDUCATION

INSTALL

Instant access to campus events, important dates, phone numbers and news on your Android provided by the Ted Rogers School of Management at Ryerson University and the …



**All Sports Calendars**
MRBIT    /    SPORTS
(3)

INSTALL

sportYcal gathers many sport events from all around the world and lets you download your chosen events right into your calendar. Using sportYcal you can retrieve info...



**My Dictionary**
APPS 4 CAUSE    /    TOOLS
(4)

$1.99 BUY

perfect, compact and powerful dictionary. My Dictionary is a great simple to use Dictionary to get info for any word you need. Includes a Widget to get the Word of the…

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ·

jasonmflom@gmail.com ·

icall

| SHOP ◢ | | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |

| Android Apps | All prices | SafeSearch: Off | Sort by: Relevance |

## Android Apps  About 362 results

**Zaphod Beeblebrox**
FAVEQUEST CORP.  /  ENTERTAINMENT
        (2)
INSTALL

Zaphod Beeblebrox, the original pub at the edge of the universe, is an intimate live music venue and dance club. Home of the world famous Pan Galactic Gargle Blaster a...

**CalendarSync**
CALENDAR/CONTACT SYNC MOBILE
    /  PRODUCTIVITY
        (50)
$11.14 BUY

CalendarSync is an Android app which allows it to synchronize your appointments/calendar using CalDAV, FTP, HTTP, WebDAV, or plain ics files (stored on your device or ...

**A Student**
MOBBASE BY MIXMATCHMUSIC  /  HEALTH & FITNESS
$4.99 BUY

Welcome to the A+ Student mobile app! ***** Great study tool - Mom 4.0 "This review is for part 1 and 2, since they must be used together. The part 1 audio provides an...

**CalApp**
KTSOFT  /  PRODUCTIVITY
        (5)
INSTALL

CalApp is a iCal file browser and Calendar application. It allows you to import events,todos,journal entries from iCal,iCalendar, ics, vcs formatted files to your sma...

**Earthquake Magnitude**
ZORIK CHERFAS  /  PRODUCTIVITY
        (10)
INSTALL

The main idea of the application is to receive data form web services(REST type) of the last earth quakes for each day and to show the average in rating bar ( I ca...

**BSA Brock University**
CAMPUSCURRENT MOBILE  /  EDUCATION
INSTALL

Instant access to campus events, important dates, phone numbers and news on your Android provided by the Brock University Business Students' Association, and sponsored...

**OneTouchDial Free**
FORCENET CO., LTD.  /  TOOLS
        (5)
INSTALL

OneTouchDial is we jet to telephone in one-touch according to the name. I call by I can register a partner calling well to up to two cases, and clicking the button on ...

**Proximity Plus Plus Free**
TAPAN THAKER  /  PRODUCTIVITY
        (12)
INSTALL

Change your music tracks just on a simple sweep motion . No need to touch the screen,it uses the proximity sensor generally found near the top right corner of your scr...

**Alien Names**
ARRSOFT  /  PRODUCTIVITY
        (7)
INSTALL

Trillions of alien names, free to use. It's a great creativity enhancer! Enjoy! WHAT IT IS: ALIEN NAMES generates fanciful but usually pronounceable or at least readab...

**Forbidden Mental Tactics Pv**
VERTEX MIND LLC  /  BOOKS & REFERENCE
        (5)
INSTALL

*** How to Use "Psychological Tactics" to Motivate, Influence, and Persuade People to Open their Wallets and Give You Money! Discover the Amazing Persuasion Secrets t...

**UBC Schulich School of Busines**
CAMPUSCURRENT MOBILE  /  EDUCATION
        (2)
INSTALL

Instant access to campus events, important dates, phone numbers and news on your Android provided by York University Schulich School of Business and the Undergraduate ...



**timetrack**
F1 OUTSOURCING DEVELOPMENT   /   BUSINESS
(6)
INSTALL

setup your free account on www.timetrack.eu and sync your projects to the mobile Track your time easily and quickly on clients or projects and subprojects. This is th...

**emmcal - calendar + note**
EMART   /   PRODUCTIVITY
(38)
INSTALL

emart, emartmall, emmcal, calendar, note, schedules, googlecalendar, googledocs 1. eMMcal goes way beyond what other calendar apps can do for you; it's an easy to use,...

**Lionel Richie Lyrics**
ANDRODESK   /   MUSIC & AUDIO
(4)
INSTALL

Best of Lionel Richie lyrics and discography Lionel Richie Lyrics - A selection of 66 Lionel Richie lyrics including : Hello Just Go I call it love I D...

**Unicorn Universe Calendar**
UNICORN UNIVERSE AS.   /   PRODUCTIVITY
(13)
INSTALL

Unicorn Universe iCal(.ics) reader and agenda viewer, application features syncing of any iCal to internal Android calendar.

**ICAL**
ICAL   /   FINANCE
(10)
INSTALL

עולם הפיננסים במרחק נגיעה, כל האתרים המובילים בתחום הפיננסים בארץ ובעולם אצלכם ICAL בגיגעה אחת. האפליקציה מאפשרת לכם גישה ישירה לכל האתרים המובילים בתחום שוק ההון וזה...

**MobiQ**
QUESCOM   /   PRODUCTIVITY
(4)
INSTALL

MobiQ enables QuesCom One Number benefits on your Android phone: Cost savings All calls to foreign countries are charged from your corporate telephony system instead ...

**Parental Time Control - Phone**
GWSQUARE   /   LIFESTYLE
(3)
$9.99 BUY

• Parent downloads to child's smart phone. • Parent selects times of day and days of week phone is available for child to use. • Parent has ability to select two start...

**Spirit Break - Beta**
VONNIEKINSEY   /   PERSONALIZATION
(1)
INSTALL

This app helps us build margins in our schedule for God. He wants to meet with us to let us know how much He cares, what He has called us to do, and answer our concern...

**Freeze System**
DRAGON SCALE   /   TOOLS
(20)
INSTALL

Do not answer the phone? Want an excuse? Show them that your phone is broken. System Freeze is an application like no other. The aim is to deceive others to believe th...

**MESA University of Toronto Sca**
CAMPUSCURRENT MOBILE   /   EDUCATION
INSTALL

Instant access to campus events, important dates, phone numbers and news on your Android provided by the University of Toronto Scarborough and the Departmental Student...

**iPlatypus**
CHADDINGTON SOFTWARE STUDIO, LLC
/   ENTERTAINMENT
(3)
$0.99 BUY

iPlatypus is a simple platypus emulator for those that love the platypus. Feel free to name your platypus; I call mine Parry! Features: - Interesting facts about the...

**MyTravelApp**
TELIVO   /   TRAVEL & LOCAL
(3)
INSTALL

MyTravelApp is a mobile prepaid calling application that works with your MyTravelPin prepaid calling card and pins registered on www.mytravelpin.com. a. MyTravelApp ...

**Snake Jagger Studio**
SNAKE JAGGER   /   PHOTOGRAPHY
(7)
INSTALL

I hope that my artwork inspires other artists to follow thier passion in life. A collection of my new abstract artwork, mixed media paintings and assemblage sculptures...

1  •  2  •  3  •  4  •  5  •  6  •  7  •  8  •  9  •  10

My Orders & Settings    |    Redeem    |    Buy Gift Card    |    Buy Google Play Credit    |    English (United States)    |    Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

## Android Apps
About 362 results

**Anastacia Lyrics**
ANDRODESK / MUSIC & AUDIO
(7)
INSTALL
Best of Anastacia lyrics and discography Anastacia lyrics - A selection of 76 Anastacia lyrics including : Left Outside Alone I Can Feel You Defeated E...

**Free Mold (Mould) Book**
MOLD BUSTERS / EDUCATION
(7)
INSTALL
Learn about the mold (mould) and begin a happier and healthier life right away! This Free App will answer all of these questions and more: How did mold get into my hou...

**The Urban Fisherman**
SQUAWK BOX MARKETING, INC. / SPORTS
(1)
INSTALL
Have you ever wondered where all the big bass are? I have fished numerous rivers, lakes, and streams in search of the lunker of a lifetime. Something I have discover...

**Flow intercept**
KING KONG LOCK / TOOLS
(4)
INSTALL
Flow intercept Flow intercept is a flow block convenient for users to open and close the network widget widgets. The application of compact and convenient for the majo...

**pushbell**
채 수 남 / COMMUNICATION
(27)
INSTALL
The main function of bell push Free push ring service * Summary: I made a sound (music, voice, etc ...) and an image from a friend's phone to ring Service. Methods:...

**DCS DeGroote School of Busines**
CAMPUSCURRENT MOBILE / EDUCATION
INSTALL
Instant access to campus events, important dates, phone numbers and news on your Android provided by the DeGroote School of Business and DeGroote Commerce Society at M...

**The Blacksheep Inn**
FAVEQUEST CORP. / ENTERTAINMENT
INSTALL
Get the Blacksheep Inn app, and you'll always know who's playing! The Blacksheep Inn in Wakefield Quebec: We are a humble jukejoint divebar tavern in Wakefield Quebec...

**Studio Visage**
WEBAPPCLOUDS.COM / LIFESTYLE
INSTALL
Have immediate access to Knoxville's World-Class and most award-winning salon with the new Studio Visage Concierge. Make reservations, view specials, see the hottest h...

**Mr. Postman**
EVERCITY PROJECT. / COMMUNICATION
(3)
INSTALL
I put in the mail do not care about the time. To make a reservation. (Mr. Postman) is an application that can be booked automatically send e-mail to the specified dat...

**Verbble**
VERDATUM, LLC / PRODUCTIVITY
(3)
INSTALL
Verbble™ makes it easier and quicker for you to get things done by using voice input. Speak your way through updating salesforce.com™, creating Evernote™ notes, sendi...

**CETSC Telfer School of Mgmt**
CAMPUSCURRENT MOBILE / EDUCATION
(1)
INSTALL
Instant access to campus events, important dates, phone numbers and news on your Android provided by the University of Ottawa Telfer School of Management and Conseil É...





**Tasklite: Project Manager**
CPS CREATIVE   /   PRODUCTIVITY
INSTALL

Easy-to-use anywhere-accessible task and project management software for teams.
Tasklite is easy-to-use anywhere-accessible task and project management software for
te...



**Clown Fish Sky Shot LWP**
ANGELS SWEETHEART   /   PERSONALIZATION
(1)
$1.00 BUY

I call this the clown fish sky shot because from a distance it almost seems like Im looking
at it from the sky. Like a bird flying past looking down into a pond seein...



**Centrepointe Theatres**
FAVEQUEST CORP.   /   ENTERTAINMENT
(1)
INSTALL

The Centrepointe Theatres app provides you with a complete listing of events in the 954
seat auditorium and the newly constructed 237 seat, multi-configurable Studio t...



**Action Pack TV: Cops vs Crooks**
APPTYZE   /   MEDIA & VIDEO
$0.99 BUY

Watch the worlds dumbest criminals, drunk drivers, cops, robbers, wildest police chases
and accidents caught on tape. This app gives users access to real, full length ...



**Magical Rotation(Full)**
JOEL.ZHOU   /   BRAIN & PUZZLE
(2)
INSTALL

Train your brain!Rotate cards on board so balls will match.Good brain trainer! The game
is easy to play. It is just need you move and rotate the card, cover the needn'...



**Purity Fairy LWP2**
ANGELS SWEETHEART   /   PERSONALIZATION
(5)
$0.99 BUY

Purity Fairy LWP2 I have alot of favorites out of the many that I have but this one seems
to be the best out of all of them. I call it purity because she is dresse...



**NASCAR411**
KRISTO DESIGNS   /   SPORTS
(1)
$0.99 BUY

NASCAR411 "Your Gateway to NASCAR" The only NASCAR app you will ever need! Are
your ready to enter the "Gateway to NASCAR"? Then look no further NASCAR NATION
you hav...



**Birmingham Bail Bonds**
BAIL BONDS   /   TOOLS
INSTALL

Birmingham's Most Recommended Bail Bonding Company... This app designed to be
activated during the event of the user's arrest. Simply press the arrested button to noti...



**OCS Odette School of Business**
CAMPUSCURRENT MOBILE   /   EDUCATION
(1)
INSTALL

Instant access to campus events, important dates, phone numbers and news on your
Android provided by the University of Windsor, the Odette School of Business and the O...



**Shenkman Arts Centre**
FAVEQUEST CORP.   /   ENTERTAINMENT
INSTALL

This app is the ultimate and official guide to the Shenkman Arts Centre; Ottawa's only
multidisciplinary arts facility offering services and programs in both English a...



**iLoveNote**
NATHAN ZACHER   /   LIFESTYLE
(2)
$1.99 BUY

This is the ultimate App for couples. Share memories and keep them for a lifetime in your
own personal scrapbook. The idea for this App came to me while serving over...



**Korean good-looking calendar**
CAERUX.CO.,LTD   /   ENTERTAINMENT
(1)
$2.61 BUY

■■■■■■■■■■■■■■■■■■■■■■ **TIME SALE-50% OFF** ■■■■■■■■■■■■■■■■■■■■■■ I
collected the real faces of the Korean amateur who gave Korean favorite you it [Korean
good-loo...



**ServiceDroid**
SEAN MCARTHUR   /   PRODUCTIVITY
(1,306)
INSTALL

A field service assistant for Jehovah's Witnesses. Keep track of your service time, return
visits, and placements. Record placements and visits in the Call Book, and ...

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings    |    Redeem    |    Buy Gift Card    |    Buy Google Play Credit    |    English (United States)    |    Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists





+You Search Images Maps **Play** YouTube News Gmail More jasonmflom@gmail.com

icall

SHOP | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS

Android Apps | All prices | SafeSearch: Off | Sort by: Relevance

## Android Apps About 362 results

**Mardi Gras FL**
WSI ONLINE SOLUTIONS / TRAVEL & LOCAL
INSTALL
MARDI GRAS CASINO It's Always a Party with the official app of Mardi Gras Casino & Resort in Hallandale Beach, Florida. You can get immediate access to the all gamin...

**ICALG Financial Portal**
ICAL / FINANCE
(1)
INSTALL
The financial world is within your reach. The first financial portal is just a click away! ICLAG App allows for a direct approach to all the financial and economics l...

**Call block**
TACOTY CN / TOOLS
(3,911)
INSTALL
"Call block" To keep all the harassment thousands of miles away! "Call block" is a free full-featured app to block harassing phone calls and SMS for you. And we've det...

**Exploriem.org**
FAVEQUEST CORP. / BUSINESS
INSTALL
Exploriem develops and accelerates start-ups and other enterprises by providing exceptional entrepreneurial services to its members. Its goal is to mentor, teach, cond...

**2012 FEO Conference**
FAVEQUEST CORP. / BUSINESS
INSTALL
Enrich, revitalize and fortify your festivals and events at Beyond Borders: 2012 FEO Conference; the pinnacle of education and networking for Ontario's festival and ev...

**Calendar Invitation Manager**
PROSIGNIA / PRODUCTIVITY
(4)
$0.99 BUY
Add Gmail Meeting Requests to your Calendar right from your phone! The Android Gmail is a great app for productivity, except one major flaw. It doesn't let you accep...

**Code-Z: Word Puzzle Game**
PRASAD BANDARU / BRAIN & PUZZLE
(15)
INSTALL
Code-Z, an innovative social word game breaking barriers! Learn & have fun :) Introduction: Code-Z is a highly intuitive and innovative social word game. It is design...

**DJ Danny Olson**
APPMOLOGY / ENTERTAINMENT
(4)
INSTALL
DJ Danny Olson. Interact with him live here! Hailing from Arlington Heights, IL, a suburb of Chicago, Danny (formerly DJ O) knew he wanted to live behind the decks sin...

**Bro Code and Chick Codes**
DROID DEV'S / ENTERTAINMENT
(1)
$0.99 BUY
SPECIAL SPECIAL SPECIAL GET BOTH THE LEGEN....WAIT FOR IT....DARY, BRO CODE AND CHICK CODE FOR ONE LOW PRICE!!!!! The Chick Code In Barney Stintson's "The Bro Code"...

**Secret Mermaid**
BEST SCENIC APPS / PERSONALIZATION
$1.01 BUY
Secret Mermaid I call it secret mermaid because she looks like she is trying to hide somewhere safe.. maybe keeping a secret? Features: *App2SD Card Support *Setting...

**The Fortune Teller**
WYN / ENTERTAINMENT
(2)
$0.99 BUY
The Fortune Teller - Magic Crystal Orb is a fortune teller that lets you get a quick answer to your question. This great crystal ball oracle is direct, clever, and eve...

**The Bronson Centre**
FAVEQUEST CORP. / ENTERTAINMENT
INSTALL

Get the Bronson Centre app, and you'll always know what's happening! Our Heritage The Bronson Centre was established in 1996 as a non-profit registered charity. Loca...



**Mr Animation & Mr Wiggles**
MR.ANIMATION / ENTERTAINMENT
(1)
$2.00 BUY

You keyword Mr Animation on on you android tube. he is Currently A Member In The Union Screen Actors Guild He's Been In The Entertainment Industry For Over Two Decades...



**Super Mega Decision Maker**
RADIANT MONKEY SOFTWARE / LIFESTYLE
$0.99 BUY

Super Mega Decision Maker Indecisive? Need a simple toss of a coin or help on a more complex decision? Radiant Monkey Software's Super Mega Decision Maker has you c...



**Man U**
MWFPRO / NEWS & MAGAZINES
$1.00 BUY

Are you a fan of Manchester United? Well now here is an app that has all the news in one place! Keep up with games and even subscribe to there game calendar in ICal to...



**Animated Fractal Opoly**
ED NOLAN / MUSIC & AUDIO
(1)
INSTALL

Video of animated fractal. Created using Apophysis. This video is colorful and morphs between 60+ single images seamlessly. I call my creations Virtual Opolies. As I m...



**Forbidden Mental Tactics**
VERTEX MIND LLC / BOOKS & REFERENCE
$7.99 BUY

*** How to Use "Psychological Tactics" to Motivate, Influence, and Persuade People to Open their Wallets and Give You Money! Discover the Amazing Persuasion Secrets t...



**Victoria Essential Guide**
SUTRO MEDIA / TRAVEL & LOCAL
$2.99 BUY

★ Victoria's Best Stuff to Explore, Taste & See ★ Once a little corner of the British Empire, Victoria is now pushing past its colonial heritage to take on the 21st ce...



**8bit Serial Contacts Case**
HIKARU / PERSONALIZATION
$1.29 BUY

This is not a game. This is a Phone book. As 8bit old game, you can search the phone book, call history watching, the outgoing call history, you can make a phone call....



**Action Pro TV: Extreme Videos**
APPTYZE / ENTERTAINMENT
$1.29 BUY

The most hilarious collection of the wildest videos in the world, including drunk drivers, action pursuits, police chases, traffic stops, robbers, thieves, cri...



**Freeze System [Donate]**
DRAGON SCALE / TOOLS
$0.99 BUY

Do not answer the phone? Want an excuse? Show them that your phone is broken. This is a Donation version, if you want to invite me a beer, I'd appreciate it very much....



**A-ha Lyrics**
LYRICS APP / ENTERTAINMENT
INSTALL

A-ha Lyrics App - 104+ A-ha Lyrics for A-ha fans including : A Fine Blue Line A Little Bit Afternoon High Analogue And You Tell Me Angel In The Snow Barely Hanging On ...



**Random Dial**
ATTORO ELECTRONICS / TOOLS
(2)
INSTALL

Random Dial lets you randomly call a number from a group of phone numbers. Random Dial is a free service that lets you randomly call a number from a group of numbers. ...



**Obama Dance Show**
MR.ANIMATION / ENTERTAINMENT
(1)
$2.00 BUY

Very Funny Barack Obama On Your Android Device. Comedy Dance By Mr Animation And A Bonus Dance Step Video My name is mr.animation i've been performing this style pop...

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2012 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ▾

jasonmflom@gmail.com ▾

icall

| SHOP ▵ | | | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |

Android Apps      All prices      SafeSearch: Off      Sort by: Relevance

## Android Apps   About 362 results

**yrastermap**
YOYOEK1   /   TRAVEL & LOCAL
INSTALL

find your way Very experimental version! 100% free, no ads. Too much to write here. To top. This is not the NAVIGATION! Map raster engine written from scratch. The e...

**CalMark**
CM3, LLC   /   BUSINESS
(1)
$4.99 BUY

CalMark imports calendar items from an Internet Calendar Subscription directly to your Android device. Calmark supports importing .ics internet calendar subscriptions...

**Call of Duty Kill Death Calc**
LIPAPPS   /   TOOLS
(169)
INSTALL

This app will tell you your kill/death ratio in the Call of Duty games. More importantly, it tells you how many kills you need to "boost" your kill death ratio up by 0...

**Modern Warfare 3 Wallpapers HD**
WALLPAPERS GALLERY DEV   /   SPORTS
(859)
INSTALL

Enjoy Call of Duty: Modern Warfare 3 HD Game Gallery Cool HD Wallpapers from Call of Duty: Modern Warfare 3--Best seller game. A HD photo feast for game lovers and Cal...

**When Dummies Attack TV**
APPTYZE   /   ENTERTAINMENT
$0.99 BUY

Watch hundreds of clips and clip compilations with a total of over 50 videos of the best caught on tape footage. Watch the funniest accidents, stunts, pranks gone wron...

**Lionel Richie Lyrics**
LYRICS APP   /   ENTERTAINMENT
INSTALL

Lionel Richie Lyrics App - 110+ Lionel Richie Lyrics for Lionel Richie fans including : All Around The World All Night Long Angel Ball and Chain Ballerina Girl Brick H...

**The Ketosis Diet Plan**
SMARTAPP3   /   HEALTH & FITNESS
$0.99 BUY

"An Open Letter To Anyone Who Wants To Lose Up To 20 Pounds In 30 Days The 'Low Carb' Way" The Ketosis Diet Plan has already helped scores of people lose their excess...

**Party App**
PARTY MEDIA B.V.   /   LIFESTYLE
(22)
INSTALL

The complete dutch Party agenda in your pocket! Party App gives you the complete dutch Party agenda on your Android device. This way you'll never miss the great partie...

**Lonley Tree Illusion LWP 2**
ANGELS SWEETHEART   /   PERSONALIZATION
$1.00 BUY

Lonley Tree Illusion 2 I like lonley trees and I love adding things to the picture that isnt there, thats why I call it an illusion setting for size and frames per se...

**Call of Duty Cheats & Codes**
SITARG DEV   /   BOOKS & REFERENCE
(138)
INSTALL

CoD Cheats provides codes for five versions of Call of Duty. With it you can at any moment check what code get you a new set of weapons, full ammo, fly through walls, ...

**Magic Yes No Answer**
SARARITH MAO   /   LIFESTYLE
INSTALL

Do you find it hard to make decision for doing something?? Or just want a random answer for your question? Open your app and ask in your mind "Should I call her out ...



**Hublife Mobile**
HUBLIFE DEVELOPMENT TEAM   /   PRODUCTIVITY
(56)
INSTALL

Unique, easy-to-use daily planner and organizer. Hublife is a unique, easy-to-use and intuitive daily planner and organizer that manages your life from one central "HU...

---



**Thoughts for the Day**
APPS944   /   ENTERTAINMENT
INSTALL

Lovely little 'Thoughts for the Day' These little gems will help you through the day and certainly get your grey matter going. In compiling this beautiful app it has...

---



**Feiertage: D-A-CH-US-FR-ES...**
POCKETKAI   /   TRAVEL & LOCAL
(6)
$3.55 BUY

Feiertage: D-A-CH-US-FR-ES-CN-UK-PL-CZ Feiertage und Gedenktage aus 10 Ländern. Alle Daten können Sie als .iCal Datei per eMail an sich selbst senden und damit in den...

---



**PlayerGrid**
ICONIC SPORTS TECHNOLOGY   /   SPORTS
INSTALL

*** FREE FOR A LIMITED INTRODUCTORY PERIOD **** PlayerGrid's interactive Android application lets you keep track of multiple sports team schedules and events. It wil...

---



**Anastacia Lyrics**
LYRICS APP   /   ENTERTAINMENT
INSTALL

Anastacia Lyrics App - 53+ Anastacia Lyrics for Anastacia fans including : Absolutely Positively All Fall Down Baptise My Soul Beautiful Messed Up World Black Roses Co...

---



**Investment Club Startup Guide**
APPNOK.COM   /   BUSINESS
$1.30 BUY

Start An Investment Club For Fun And Profit! You Don't Have To Be An Expert Stock Broker To Get Started Today! Are you alone when you make your stock decisions? Do ...

---



**Prayer St. Gerard**
2 COMMA TITANS INC.   /   BOOKS & REFERENCE
$0.99 BUY

Saint Gerard - Patron Saint of Expectant Mothers. *requires free Adobe AIR plugin* This beautiful prayer application provides you with the comfort and inspiration of ...

---



**Hymns Of The Samaveda**
APPS PUBLISHER   /   LIFESTYLE
$0.99 BUY

1. Hither, for powerful kinship, I call Agni, him who prospers you, Most frequent at our solemn rites. 2. May Agni with his pointed blaze cast down each fierce devouri...

---



**Miss Postman**
EVERCITY PROJECT.   /   COMMUNICATION
$2.56 BUY

I put in the mail do not care about the time. To make a reservation. (Miss Postman) is an application that can be booked automatically send e-mail to the specified da...

---



**BO2 Barracks**
DODGING PIXELS   /   ENTERTAINMENT
(6)
$0.99 BUY

From the maker of the #1 Paid MW3 app (MW3 Barracks) comes a completely redesigned guide for Black Ops 2 multiplayer. This app is on sale for the lowest price allowed ...

---



**Call of Duty KD Calc PRO**
LIPAPPS   /   TOOLS
(3)
$1.29 BUY

This app will tell you your kill/death ratio in the Call of Duty games. More importantly, it tells you how many kills you need to "boost" your kill death ratio up by 0...

---



**Fuzzy Square**
TAICHICARD   /   BRAIN & PUZZLE
$0.99 BUY

Fuzzy Square is a board game. There are 81 blocks on the board. You can play three kinds of game with this board: Fuzzy Square, Sudoku, and Beginner's Go. This app is ...

---



**Hide Girlfriend, Record Calls**
MANAS GAJARE   /   ENTERTAINMENT
(4)
$6.99 BUY

This is a MUST HAVE app for those who have girlfriend! If you have a girlfriend, you and your mobile are constantly watched by your friends and relatives. You need a ...

---

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2012 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists



+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ▾

jasonmflom@gmail.com ▾

icall

SHOP ◢      MY MUSIC      MY BOOKS      MY MAGAZINES      MY MOVIES & TV      MY ANDROID APPS

Android Apps      All prices      SafeSearch: Off      Sort by: Relevance

## Android Apps  About 362 results

**Elayne James**
WEBAPPCLOUDS.COM  /  LIFESTYLE
INSTALL

Have immediate access to Elayne James Salon & Spa with the new Elayne James App. Make reservations, view specials, see the hottest hairstyles, and more. FEATURES: •...

**Hide Record Girlfriend - Trial**
MANAS GAJARE  /  LIFESTYLE
(33)
INSTALL

This is a MUST HAVE app for those who have girlfriend! **This is 15 day trial version. If you like this app, you can purchase PRO version from market *** If you have...

**100 Symbols Memo³ (Free)**
KINDERGARTEN  /  BRAIN & PUZZLE
(22)
INSTALL

My vision: To bring memory games to 3th-dimension. 100 Symbols Memo³ is a 3-dimensional memory game. 3D Memory trainer works on: -Visual memory in 3d; -Motor memory in...

**stadtlichter**
MARCUS DIECK  /  TRAVEL & LOCAL
(3)
INSTALL

stadtlichter Events iPhone-Nutzer können über ihren Safari-Browser unsere mobile Website http://stadtlichter.lueneburgevents.org ansteuern die Events als iCal in d...

**Alice, Or The Mysteries, Compl**
MYAPP BUILDER  /  BOOKS & REFERENCE
$0.99 BUY

"Thee, hid the bowering vales amidst, I call." --EURIPIDES: Hel. I. 1116.Who art thou, fair one, who usurp'st the place Of Blanch, the lady of the matchless grace?--LA...

**The G Factor**
CHIBOOKS  /  BUSINESS
$0.99 BUY

Find Out How U Can Apply The BIG G FACTOR To Your Internet Business Bottom-Line. "Discover How To INCREASE Your Monthly Income, BOOST Your Website Traffic And Achieve ...

**Hide Record Boyfriend - Free**
MANAS GAJARE  /  LIFESTYLE
(18)
INSTALL

This is a MUST HAVE app for those who have boyfriend! If you have a boyfriend, you and your mobile are constantly watched by your friends and relatives. You need a P...

**Speed Launcher Pro Lock screen**
PETALAPPS  /  PERSONALIZATION
(70)
$4.00 BUY

Beauty, Style and Speed for you! Custom lock screen that give you style! Speed Launcher Pro replaces your default lock screen with customizable screen. It gives you ab...

**Dijon Liquid Live Wallpaper**
JAIME LAIGO  /  PERSONALIZATION
$0.99 BUY

This live wallpaper I call Dijon Liquid Tiger.

**JOY CLUB**
WEB DREAM  /  SOCIAL
(1)
INSTALL

Application officielle du Joy Club à Nîmes pour mobile Android. Utilitaire indispensable pour être membre et profiter des avantages liés. Grâce à l'application vous a...

**Hide Boyfriend, Record Calls**
MANAS GAJARE  /  LIFESTYLE
$6.99 BUY

This is a MUST HAVE app for those who have boyfriend! If you have a boyfriend, you and your mobile are constantly watched by your friends and relatives. You need a P...



**Libra Festival**
APPLIX SRL / ENTERTAINMENT

INSTALL

Primi echi dell'estate e il LIBRAFESTIVAL torna a bussare alle porte dei bielesi con un calendario che preannuncia più di un mese di grandi concerti. Con questa App...



**The Beatles(ザ ビートルズ)**
FAITH WONDERWORKS, INC. / ENTERTAINMENT
(5)

INSTALL

Beatles（ビートルズ）の名曲着メロ・歌詞がいっぱい!Beatlesアーティストページ特性ホームショートカットアプリが登場！※楽曲購入はGIGA エンタメロディの有料サービスです ※ホーム画面にショートカットを作成できます（選択可能です）the excellent ringtone and words of Beatles...



**Schulferien D-A-CH-NL-FR**
POCKETKAI / TRAVEL & LOCAL

$1.96 BUY

Schulferien von Deutschland, Österreich, Schweiz, Holland und Frankreich für das aktuelle Jahr + das nächste Jahr. Alle Bundesländer. -Auswahl Jahr, Land, Bundesland...



**100 Symbols Memo³**
KINDERGARTEN / BRAIN & PUZZLE

$0.99 BUY

My vision: To bring memory games to 3th-dimension. 100 Symbols Memo³ is a 3-dimensional memory game. 3D Memory trainer works on: -Visual memory in 3d; -Motor memory in...



**Gun Maker 2**
JHAMPLE / ENTERTAINMENT
(1)

$0.99 BUY

With Gun Maker 2 you can build the gun of your dreams! Do you like customizing your guns in Call of Duty, Battlefield, and other games? Are you wondering what parts wo...



**No Laughing Matter-Book**
DIGI-MEDIA-APPS / BOOKS & REFERENCE

$9.99 BUY

No Laughing Matter-Book For the first time, in NO LAUGHING MATTER, Norman Hudis, who wrote the first six Carry On movies, reveals his hitherto secret, decades-long and...



**The Beatles Lyrics**
LYRICS APP / ENTERTAINMENT

INSTALL

The Beatles Lyrics app - 292 + The Beatles Lyrics for The Beatles fans including : A Day In The Life A Hard Day's Night A Little Rhyme A Shot Of Rhythm And Blues A Tas...



**Beth Woodburn**
MYAPP BUILDER / BOOKS & REFERENCE

$0.99 BUY

In the good old county of Norfolk, close to the shore of Lake Erie, lies the pretty village of Briarsfield. A village I call it, though in truth it has now advanced al...



**7 Secrets of Prosperous People**
WIDEMEDIA, LLC / BOOKS & REFERENCE

$9.99 BUY

Let's talk about the seven secrets of extremely prosperous people. I call them secrets not because very few of us are aware of them, but because very few of us practic...

1 • 2 • 3 • 4 • 5 • 6 • 7 • 8 • 9 • 10

My Orders & Settings | Redeem | Buy Gift Card | Buy Google Play Credit | English (United States) | Help

©2012 Google Site Terms of Service Devices Terms of Sale Privacy Policy Developers Artists