**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

## CIVIL MINUTES

**Date:**  November 15, 2012   **Time:** 10:09-10:51
**Court Reporter**: Belle Ball (415) 373-2529

**Case No. and Name:**  C12-2406 EMC iCall v. Tribair, Inc., et al.

**Attorneys:**  Charles Carreon for Plaintiff
Andrew MacKay and John Kirke for Defendants

**Deputy Clerk:**  Betty Lee

### PROCEEDINGS:

- PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION #28

### SUMMARY:

Court took matter under submission and to issue order.   Parties shall contact mediator to set up mediation session.  Further CMC already set for 12/14/12 at 10:30 a.m.  A joint CMC Statement shall be filed by 12/7/12.