UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ICALL, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIBAIR, INC., et al.<br>　　　　Defendants. | No. C 12-2406 EMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　not yet scheduled<br>Evaluator:　　Jo Saxe Levy |

　　IT IS HEREBY ORDERED that the request to excuse defendant Eric Reiher from personal attendance at the not yet scheduled mediation session before Jo Saxe Levy is GRANTED. The representative is excused from appearing in person at the session but shall appear by videoconference for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

　　The court also DENIES, without prejudice, plaintiff's request to excuse its principal from appearing in person at the mediation. Requests to be excused from attending in person a mediation must comply with ADR L.R. 6-10(d), and at the very least, include a reason why requiring an individual to appear would cause him or her 'extraordinary or otherwise unjustifiable hardship.' A single line inserted into another attendance request with no justification is not a sufficient request.

　　IT IS SO ORDERED.

November 19, 2012　　　　　　　By:　　_[signature: Elizabeth D. Laporte]_

Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge