UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ICALL, INC.,
        Plaintiff,

    v.

TRIBAIR, INC., et al.
        Defendants.

No. C 12-2406 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    not yet scheduled
Mediator:    Jo Saxe Levy

    IT IS HEREBY ORDERED that the request to allow the as yet unscheduled mediation before Jo Levy to proceed by videoconference is GRANTED. The parties will make, and advise the mediator of, the necessary logistical arrangements in advance of the session and finalize a date and time for the mediation as soon as possible.

    IT IS SO ORDERED.

November 29, 2012        By:    *Elizabeth D. Laporte*
Dated
                                  Elizabeth D. Laporte
                          United States Magistrate Judge