CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff iCall, Inc.

JOHN C. KIRKE, #175055
SOPHIA E.C. SCHWARTZ, #272915
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Defendants TRIBAIR, INC.
and ERIC REIHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIBAIR, INC., ERIC REIHER and DOES 1-5,<br><br>　　　　　Defendants. | CASE NO. CV 12-2406 EMC<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM PURSUANT TO F.R.Civ.P. 41(a)(1)(A)(ii)** |

　　　　Pursuant to F.R.Civ.P. 41(a)(2), Plaintiff iCall, Inc. ("Plaintiff") and Defendants Tribair, Inc. and Eric Reiher (collectively, "Defendants") and by and through their respective undersigned attorneys, hereby stipulate as follows:

　　　　WHEREAS, the parties have claims pending against each other, to wit, the First Amended Complaint filed by Plaintiff and the Counterclaim filed by Defendants;

　　　　WHEREAS, the parties have resolved their disputes by final settlement and desire to dismiss the action in its entirety with prejudice, with the parties to bear their own costs and

attorneys fees;

THERFORE, IT IS HEREBY STIPULATED that Plaintiff hereby dismisses the entire action with prejudice, including Plaintiff's First Amended Complaint and Defendants's Counterclaim, with the parties to bear their own costs and attorneys fees.

Dated: June 10, 2013          CHARLES CARREON, ESQ.


By: /s/Charles Carreon
    Charles Carreon
    Attorney for Plaintiff iCall, Inc.


Dated: June 10, 2013          DONAHUE GALLAGHER WOODS LLP


By: /s/John C. Kirke
    John C. Kirke
    Attorneys for Defendants TRIBAIR, INC. and
    ERIC REIHER


IT IS SO ORDERED. All hearings and deadlines are vacated.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document was obtained and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: June 10, 2013

By: /s/Charles Carreon
Charles Carreon